**FILED**

MAY 2 7 2005

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JERRY LEWIS BEY,

      Plaintiff,

-v-               )  Civil No. _____

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

CASE NUMBER  1:05CV01076

JUDGE: John Garrett Penn

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 05/27/2005

**COMPLAINT**

1.)    This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act (PA), 5 U.S.C. § 552(a), to order the production of Federal Bureau of Investigation (FBI) records on Tonya Lewis Bey and Doris Lewis Bey. The information sought is in FBI file #2[245B-5], and authorization has been given under sworn oath pursuant to 5 U.S.C. 552a(b) to the FBI to release [all] disclosable information pursuant to these Acts.

These records should include surveillance photos, video tapes, logs, pen-register information, telephone records, arrest, automobile records, etc.

In this action, plaintiff, request declaratory, injunctive relief, and all incurred cost and trial by jury.

**RECEIVED**

APR 1 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**

APR 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JURISDICTION AND VENUE

2.)    This court has jurisdiction pursuant to the FOIA
5 U.S.C. § 552 And P/A 5 U.S.C. § 552(a), ADMINISTRATIVE PRO-
CEDURE ACT, 5 U.S.C. § 701, Venue is proper in this District
pursuant to the provisions of 5 U.S.C. § 552(a)(g)(5) and 5
U.S.C. § 703.

## PARTIES

3.)    Plaintiff, JERRY LEWIS BEY, is a Federal Prisoner,
currently incarcerated at the Federal Correctional Institution
(FCI), Edgefield, South Carolina.

4.)    Defendant, is the UNITED STATES DEPARTMENT OF JUS-
TICE (DOJ), which the FBI is an agency thereof, and has posse-
ssion of and control over the records that Plaintiff seeks.

## FACTS

5.)    On April 7, 2004, Doris J. Franklin, aka Doris Lewis
Bey, made a request to the FBI under the FOIA and PA for re-
cords in St. Louis FBI file # 245B-5 and that these records
be disclosed to her ex-husband Jerry Lewis Bey (Plaintiff). [Exhibit A]

6.)    On April 9, 2004, Tonya S. Timmons, aka Tonya Lewis
Bey, made a request to the FBI under the FOIA and PA for re-
cords in St. Louis file # 245B-5, and that these records be
disclosed to her ex-husband, Jerry lewis Bey (Plaintiff). [xhibit B]

-2-

7.)    On May 3, 2004, Plaintiff in a letter to the FBI, regarding the April 9, 2004 letter sent by his ex-wife Tonya S. Timmons, aka Tonya Lewis Bey, specified the information requested, in an attempt to assist the FBI in their search. [Exhibit C]

8.)    On September 20, 2004, after not recieving a FOIA request number nor hearing from the FBI regarding any of the above letters, plaintiff in a September 20, 2004 letter to the FBI enclosed copies of the above three (3) letters and inquired why he had not been contacted by the FBI that they had recieved the two April 2004 FOIA request and why there had been [no] correspondence. [Exhibit D]

9.)    On November 20, 2004, plaintiff again wrote to the FBI inquiring about the April 7 and 9, 2004 FOIA request letters, and why the FBI refuse to acknowledge receipt of those letters and plaintiff's letters. [Exhibit E]

10.)    As of March 2005, (11 months later), plaintiff has yet to hear from the FBI, even though all plaintiff has sought was "[non-privileged records]" regarding his two ex-wives that is being maintained in the St. Louis FBI file # 245B-5, which said file and records do exist as the FBI has disclosed records from this file to plaintiff pertaining to him pursuant to the FOIA, and in this file, records pertaining to Tonya Lewis Bey and Doris Lewis Bey was withheld and others with their names were [deleted] pursuant to the FOIPA.

-3-

11.)    The actions of defendant stated in paragraphs 5-10, denied plaintiff rights afforded by United States Laws.

## DEMANDS

12.)    The Defendant makes a mistake by not supplying Plaintiff copies of the requested records, wherefore, this plaintiff's rights were violated.    Therefore, Plaintiff demands judgement against the Defendant and Prays that the Court grant the following:

A.    That the Court declare the actions of defendant in this case has failed to comply with the FOIPA statutes by improperly withholding agency records and therefore is outside of establish law.

B.    That the Court order that the requested records be made available to the plaintiff.

C.    That the Court order defendant to reimburse the Plaintiff of any cost that he may incur in relation to this action.

D.    That such relief as this Court may deem appropriate.

This action is filed in the interest of justice, in the spirit of the FOIPA provisions and its intent as well as in the interest of good Faith.

Respectfully submitted,

Jerry Lewis Bey/Plaintiff
#22328-044

This 6 day of April, 2005.

-4-