## AFFIDAVIT

I, <u>Jerry Lewis Bey</u>, depose by oath the following; that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs.   I declare that I am unable to pay the costs of these said proceedings and that I am entitled to the relief sought in the complaintant petition/motion.

Jerry Lewis Bey

This <u>6</u> day of April, 2005.

Date: April 7, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy/ Section Chief
    Freedom of Information Section
    Washington, D.C. 20535

From: Doris J. Franklin   aka Doris J. Lewis Bey
      10405 Lord
      St. Louis, Missouri 63136

Re: St. Louis FBI File No. 245B-5

Dear Mr. Hardy:

This request is pursuant to the Freedom of Information and Privacy
Ats, Title 5 USC 552 and 552(a).  I'm requesting that your agency
disclosed to my ex-husband, Jerry Lewis Bey, all records being
maintained on me in St. Louis FBI file # 245B-5.  The request is
for any FBI memorandums, 302 reports, and should include a 1983
memorandum  regarding a traffic violation that was forwarded to
te 1983 MSTA task force.  I'm enclosing a signed Certificate of
Identity form showing I authorized your agency to release these
records at my request. I thank you in advance for your time and
concern.

                              Sincerely,

                              Doris Franklin        **FILED**

                              **MAY 2 7 2005**

                              **NANCY MAYER WHITTINGTON, CLERK**
                              **U.S. DISTRICT COURT**

cc: Jerry Lewis Bey

                              05 1076

                              Exhibit A

U.S. Department of Justice

Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    Doris J. Franklin   aka Doris Lewis Bey

Citizenship Status [2] _____ USA _____    Social Security Number [3]  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

Current Address    10405 Lord  St. Louis, Mo. 63136

Date of Birth    2-17-55    Place of Birth    St. Louis, Mo.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____  _____ Date  April 7, 2004

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552b(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Mr. Jerry Lewis Bey, #22328-044   FCI, PO. Box 725, Edgefield, S.C. 29824

Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

Date: April 9, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy/ Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mrs. Tonya S. Timmons
    1400 Herrington Rd. # 2102
    Lawrenceville, GA. 30044

Re: FBI St. Louis File # 245B-5

Dear Mr. Hardy:

This request is pursuant to Title 5 USC 552 and 552(a) of the Free-
dom of Information and Privacy Acts. I'm requesting that your
agency disclose to my ex-husband, Jerry Lewis Bey, all the records
being maintained on me in St. Louis FBI File # 245B-5. It has
been brought to my attention by my ex-husband, that this file in-
vestigation began in March 1983. In 1983, my name was Tonya S.
Brown and I was Jerry Lewis Bey's girlfriend and later became his
wife in April 1990. I have since remarried on November 21, 2001,
and my name is now Tonya S. Timmons. The requested records should
include all FBI 302 reports, memorandums, photos, surveillance
logs records, pen-register records.

I'm also enclosing a FBI privacy waiver and Certification of Iden-
tity form that I have signed showing that I have made the authori

**FILED**

**05 1076**

**MAY 2 7 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit B

U.S. Depa..    ..f Justice                Certification of Identity                

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the ime for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, F..ilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs. Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    Tonya S. Timmons

Citizenship Status [2]    USA                Social Security Number [3]    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

Current Address    1400 Herrington RD. #2102    Lawrenceville, GA. 30044

Date of Birth    11-22-61            Place of Birth    St. Louis, Missouri

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] X _Tmy_                    Date    4/9/04

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Mr. Jerry Lewis Bey # 22328-044    FCI, P.O. Box 725, Edgefield, S.C. 29824

Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.



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

TONYA S TIMMONS

Bank of America
*Gold Check Card*

VISA



*Georgia*

DRIVER S-LICENSE

NUMBER 058692208    EXPIRES 11-22-2006

TIMMONS, TONYA S
115 JACKSON BLUFF CT
LAWRENCEVILLE, GA 30044-4888

| SEX | BIRTHDATE | EXAM DATE | COUNTY |
|-----|-----------|-----------|--------|
| F | 11-22-1961 | 06-22-2002 | 067 |

| HEIGHT | WEIGHT | EYE | FEE | RESTRICTIONS |
|--------|--------|-----|-----|--------------|
| 5-05 | 140 | | 008.00 | |

| CLASS | ENDORSEMENTS | TYPE |
|-------|--------------|------|
| C | | REG |



COMMISSIONER

Date: May 3, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey # 22328-044
    F.C.I. Edgefield
    P.O. Box 725
    Edgefield, S.C. 29824

Re: <u>FOIA Request on Tonya Brown Being Maintained In
    St. Louis FBI File No. 245B-5</u>

Dear Mr. Hardy:

This letter is in regards to a Freedom of Information Act, Title
5 USC 552 and 552(a), the Privacy Act, request, that was submitted
to your agency by my ex-wife, Tonya Timmons, formerly Tonya
Lewis Bey and Tonya Brown.  In her April 9, 2004 request letter,
she requested that your agency, the FBI, release to me all
records being maintained by the St. Louis FBI office in file
# 245B-5.

    Sir, since I'm familiar with this file, I wanted to make
sure that your agency know that the information would be found
under the name Tonya Brown, her maiden name, not Lewis Bey
nor Timmons.  This is a 1983 task force file, which she and
I was living at 11882 San Remo at one time during the investi-
gation which lasted over a number of years. Additionally, our
telephone number at San remo was (314) 741-3118.

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1076

Exhibit C

Sir, the information being maintained, should include all automobiles Tonya Brown was seen in by the FBI, and photos of those automobiles, as well as surveillance records of those automobiles. The records should include pen-register records on telephone number (314) 741-3118, as well as toll-records and South Western Bell telephone records, bills, etc. These records should include all FBI 302 reports, memorandums, and federal court records , including subpoenas, installation records for telephone recordings or trace and traps. In addition, any federal grand jury subpoenas relating to Tonya Brown and all task force surveillance records from the task force under cover apartment as well as any other surveillance records.

Sir, I hope by my being specific, and identifying the file, it would assist you and your staff in locating these records. I want to thank you again in advance for your time and all the assistance you have rendered me in the past, as I hope to hear from you soon.

Sincerely,

Jerry Lewis Bey

-2-

Date: September 20, 2004


To: Federal Bureau of Investigation
    Attn: Mr. David Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525


From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      FCI Edgefield
      P.O. Box 725
      Edgefield, S.C. 29824


Re: Unacknowledged FOIA Request


Dear Mr. Hardy:

    This letter is to inquire about my three (3) seperate Free-
dom of Information Act (FOIA) request that I forwarded to your
agency on April 7, 2004, May 3, 2004 and August 2, 2004, which
has not been acknowledged. I have not recieved a FOIA request
number for either of my request, which has been the normal pro-
cedure when an individual makes a request for records pursuant
to the FOIA. Two of the request was from two of my ex-wives,
giving the FBI authorization to disclose any information being
maintained in your FBI files on them to me. The other request
was from me seeking information on myself that are being main-
tained in polygraph examinations taken by the FBI on certain
government witnesses in my RICO case.

    I'm enclosing copies of the three(3) letters, as it is my
y hope that I will hear from you soon and that no civil act
has to be filed in federal court. I again thank you in advance
for your time and concern in the herein matter.

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1076

Exhibit D

Sincerely,

Jerry Lewis Bey

cc: file copy

-2-

Date: November 20, 2004


To: Federal Bureau of Investigation
    Attn: Freedom of Information Section
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey
      #22328-044
      FCI
      P.O. Box 725
      Edgefield, S.C. 29824


Re: April 7, 2004, April 9, 2004, May 3, 2004 and September 20,
    2004 FOIA Request Letters Unacknowledged BY The FBI


Dear FOIA Officer:

     This letter is to inquire about my Freedom of Information
Act (FOIA) request for records being maintained by your agency.
Seven months ago my ex-ife Doris Franklin (Doris Lewis Bey), in
a letter to your office requested that you disclose all records
being maintained on her in St. Louis FBI file #245B-5.  I never
heard from your agency nor did I recieve a FOIA Request Number.

     Also on April 9, 2004 my other ex-wife Tonya Timmons (Tonya
Lewis Bey) also made a request that you disclose all records in
the same St. Louis file 245B-5 and as of this writing, I never
recieved a FOIA Request Number nor any disclosure.  On May 3,
2004 and again on September 20, 2004 I wrote to your agency and
sent copies of their request letters and asked that these records
be disclosed to me and again **"there was no response."**

     It's clear that the FOIA requires governmental agencies such
as the FBI, upon **"any"** request for records which reasonably describes such records, to make the records **"promptly"** available
pursuant to Title 5 USC 552(a)(3).  I want to thank you again
and hope to hear from you soon.

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                    Sincerely yours
                    _Jerry Lewis_
                    Jerry Lewis Bey

05 1076

Exhibit E

Date: December 1, 2002


To: Federal Bureau of Investigation
    Attn: Freedom of Information Section
    935 Pennsylvania Avenue, N.W.
    Washington, D.C. 20535-0001


From: Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720-6030


Re: <u>Previously Requested FOIA Information</u>


Dear FOIPA Officer:

    This letter is to inquire about the status of my three (3)
previous request pursuant to the Freedom of Information and Pri-
vacy Acts, Title 5 USC 552 and 552(a). I sent a request for In-
formation on myself, dated August 30, 2002, specifically seeking
the November 1985 long distance toll-records on my home tele-
phone number (314) 355-6721, that was being maintained by your
agency under file # SL-245B-5-333.   I also sent another request
dated September 1, 2002, seeking information regarding all auto-
mobiles that I was a passenger or the driver and the license
plates that is being maintained by your agency under file # 245B-5.
My third request was sent on September 13, 2002, and I specifi-
cally asked for records showing all pagers or beepers that was in
my name or my organization name, the Moorish Science Temple of
America (MSTA), during the years of January 1980 through January
1987, that was being maintained by your agency under file 245B-5.

FILED

MAY 27 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1076

Plaintiff Exhibit H

As of this date, I have not recieved any response from your agency, acknowledging that it had recieved my three(3) requests, or that I had been assigned one or three seperate FOIPA numbers. Please acknowledge receipt of my letters and their status. I'm at this time enclosing a copy of each letter and if your agency has already assigned me FOIPA numbers, will you please advise and forward me a copy of those FOIPA numbers.  I have attempted to be as specific as I could be by sending you the FBI file number that I believe the information I seek is being maintained, so as to i assist you in your search of your records.  I do hope to hear from you upon receipt of this letter and hope that my request is being process and I just hadn't recieved your letters acknowledging receipt of my letters.

                    Sincerely yours,

                    Jerry Lewis Bey
                    Jerry Lewis Bey

cc: file copy



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

February 3, 2003

MR JERRY LS BEY
**22328-044
POST OFFICE BOX 26030
BEAUMONT, TX 77720

Request No: 971238
Subject: LEWIS BEY, JERRY

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Based on the information you provided in your December 1, 2002, letter, no records were located at FBI Headquarters regarding tolls records, pagers or beepers or incidences where you were the driver or passenger in a vehicle during January 1980 thru January 1987.

If you want a check of our field office files, you must write directly to the appropriate field office.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 6 days from receipt of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Records Information
    and Dissemination Section
Records Management Division

FILED

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1076

Plaintiff Exhibit I

Date: May 9, 2003

To: Federal Bureau of Investigation
    Attn: Freedom of Information Officer
    P.O. Box 7251, Main Station
    St. Louis, Missouri 63177

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720-6030

Re: Information On Myself, Jerry Lewis Bey
    In FBI File # SL-245B-5-333

Dear FOIA Officer:

This request is being made pursuant to the Freedom of Information and Privacy Acts, Title 5 USC 552 and 552(a). I'm at this time making a "specific" request for information being maintained by your agency in FBI file # SL 245B-5-333. The information is long distance toll records for the period of July 1985 through December 1985, in the name of Jerry L. Bey. The telephone number was (314) 355-6721 and in the name Jerry L. Bey. This information is disclosable under the Acts, and to assist you in your search, I'm enclosing a copy of two pages, I recieved three years ago, from an earlier search. I want to thank you in advance for your time and concern in the herein matter, and hope to hear from you soon.

                                    Sincerely yours,

                                    Jerry Lewis Bey

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1076

cc: file copy

Plaintiff Exhibit J

Date: July 23, 2003

To: Federal Bureau of Investigation
    Attn: Freedom of Information Officer
    P.O. Box 7251, Main Station
    St. Louis, Missouri 63177

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720-6030

Re: <u>May 9, 2003 FOIA Request Letter</u>

Dear FOIA Officer:

    This letter is in regards to my May 9, 2003 letter, whereas,
I made a "specific" request for information being maintained by
your agency on a 1985 telephone number (314) 355-6721, that was
in my name, Jerry L. Bey, at my residence, 12654 Stoneridge
Drive, Florissant, Missouri.  The request was made pursuant to
Title 5 USC 552 and 552(a), the Freedom of Information Act and
the Privacy Act.   The information can be found in FBI file #
SL-245B-5-333 and it relates to "long distance toll-records
for the period of July 1985 through December 1985.  I never
heard back from your agency within the time allowed pursuant
to the Acts, nor have I heard from your Headquarters in Washing-
ton, D.C.   I want to again thank you in advance for your time
and concern in the herein matter and hope to recieve the herein
requested information and that your agency delete and informa-
tion which is exempt from disclosure.

                              Sincerely yours,

                              *Jerry Lewis Bey*
                              Jerry Lewis Bey

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

cc: files;

Plaintiff Exhibit 05 1078



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR JERRY LEWIS BEY                                    November 12, 2003
**22328-044
FEDERAL CORRECTIONAL INSTITUTION
UNIT C-4, CELL #319
POST OFFICE BOX 725
EDGEFIELD, SC  29824

Request No.: 0967782-000
Subject: FILE NO 245B-5

Dear Requester:

    This is in response to your letters dated July 23, 2003, and August 2, 2003, in which you requested specific documents that you state are contained in St. Louis file number 245B-5.

    Please be advised that with the release of documents made to you by letter dated November 6, 2003, all of the documents contained in St. Louis file number 245B-5 have now been processed and released to you through your various Freedom of Information-Privacy Acts (FOIPA) requests to the FBI. Therefore, you have already received all releasable documents pertinent to the above letters.

                        Sincerely yours,

                        David M. Hardy
                        Section Chief
                        Record/Information
                          Dissemination Section
                        Records Management Division

## FILED

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1076

Date: November 17, 2003

To: U.S. Department of Justice
    Federal Bureau of Investigation
    Attn: Mr. David M. Hardy
    Record Management Division
    Washington, D.C. 20535

From: Mr. Jerry Lewis Bey
      22328-044
      Federal Correctional Institution
      Unit C-4  Cell# 319
      P.O. Box 725
      Edgefield, S.C. 29824

Re: FOIA Request No. 0967782-000
    Subject FILE No. 245B-5

Dear Mr. Hardy:

    Sir, I recieved your letter today, November 17, 2003, which is dated

November 12, 2003, and according to your letter, your agency released documents

to me in a letter dated November 6, 2003.  Sir, I never recieved those records,

asI just recently tranferred from USP Beaumont to my current address, as

I beeen here at Edgefield since October 17, 2003.  I'm asking at this time

would you please forward those documents to me at the above address.  I want

to thank you in advance for your time and concern in the herein matter and

I hope to recieve those documents soon.

                              Sincerely yours,

                              Jerry Lewis Bey

                                        **FILED**

                                        MAY 2 7 2005

                                        **NANCY MAYER WHITTINGTON, CLERK**
                                        **U.S. DISTRICT COURT**

                                        05 1076

cc: self;


Plaintiff Exhibit 'M'

Date: November 29, 2003


To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy
    935 Pennsylvania Avenue, N.W.
    Washington, D.C. 20535-0001


From: Mr. Jerry Lewis Bey #22328-044
      F.C.I.
      Unit C-4
      P.O. Box 725
      Edgefield, S.C. 29824


Re: FOIA Request Dated July 23, 2003


Dear Mr. Hardy:

I recieved 458 pages of FBI records from file 245B-5.  I would
like to thank you for your attention in this matter, however,
I must return the disclosure in its entirety, as it does not
pertain to me, nor did I request those records.

First of all, all of the released records pertains to an in-
dividual name Vernon Whitlock, that I do not know. Further-
more, in an earlier dosclosure back in 1991, your agency
also sent me records pertaining to Mr. Whitlock.  Apparently
he was a subject in an investigation back in the early 1980's
whereas I was the main target and his name was under the
same investigation file.

Also, I want to bring your attention to my July 23, 2003 FOIA
request, whereas, I specifically requested that your agency
release to me telephone records on my home telephone number
(314) 355-6721 that was in my name Jerry L. Bey, at my home
12654 Stoneridge Drive, Florrissant, Missouri.

I specificaaly ask for my July 1986 through December 1985
"long distance toll-records" that is being maintained in FBI
foile 245B-5-333.  Unfortunately, in the 458 pages your

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1076

Plaintiff Exhibit N

released on November 6, 2003, there is not one single telephone
bill page for that time period nor any other time period. I
would like to take this time to request again pursuant to the
FOIA that your agency release to me the specified records. I'm
enclosing another copy of my July 23, 2003 letter and I hope to
hear from you soon.  OI'm also enclosing a copy of an earlier
disclosure record, that should help you find the requested
records.  I want to again thank you in advance for your time
and concern in the herein matter.

Sincerely yours,

Jerry Lewis Bey

-2-

Date: December 11, 2003

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy
    FOIA Disclosure Section
    935 Pennsylvania Avenue, N.W.
    Washington, D.C. 20535-0001

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044   Unit C-4
      FCI Edgefield
      P.O. Box 725
      Edgefield, S.C. 29824

Re: May 9, 2003 and July 23, 2003 FOIA Request

Dear Mr. Hardy:

This letter is to follow up on my original FOIA request I made
with the FBI on May 9, 2003 and again on July 23, 2003 and most
recently in a letter dated November 29, 2003, whereas I returned
to your agency 458 pages of a disclosure that I did not request.

I'm again making a request pursuant to Title 5 USC 552 and 552(a)
of the FOIPA.  Again, I'm only requesting that your agency disclose
to me my "personal" home telephone toll records from July 1985
through December 1985.  These records is being maintained in
FBI file SL-245B-5-333.  My home number was (314) 355-6721 and
my address was 12654 Stoneridge Drive, Florrisant, MO.

I want to thank you again in advance for your time and concern
in the herein matter and hope to hear from you upon receiving
this letter within the time frame pursuant to the Acts.

                                Sincerely yours,

                                Jerry Lewis Bey

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1076

Plaintiff Exhibit O

Date:  January 18, 2004


To: Federal Bureau of Investigation
    Attn: david M. Hardy
    FOIA Disclosure Section
    935 Pennsylvania Avenue, N.W.
    Washington, D.C. 20535-0001


From: Mr. Jerry Lewis Bey
      # 22328-044
      Federal Correctional Institution
      Unit C-4
      P.O.Box 725
      Edgefield, South Carolina 29824


Re: May 9, 2003 and July 23, 2003 FOIA Request


Dear Mr. Hardy:

This letter is a follow-up to my December 11, 2003 follow-up letter, which
was in regards to my earlier May 9, 2003 FOIA request, which I also followed
that request letter up with another letter dated July 23, 2003 and as of
this letter, I have not yet heard back from your agency.

In a letter dated November 29, 2003, your agency erroneously sent me 458
pages of records that was not requested nor did they involved me, as they
was related to another individual whose name indexed with the investigation
that I was the target of.  I returned those 458 pages to you and explained
to you that I only requested records that was being maintained in St. Louis
FBI file # SL-245B-5-333.  Those records sought was my telephone toll records
from July 1985 through December 1985. My telephone number was (314) 355-
6721 and I lived at 12654 Stoneridge Drive in Florrisant, Missouri.  Along
with my May 2003 letter and December 2003 letter, I attached a copy of an
earlier FBI FOIA disclosure report showing that these records existed. I
want to thank you again for your time and concern and hope to hear from
you soon.

FILED

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                                    Sincerely yours,

05 1076

                                    Jerry Lewis Bey


Plaintiff Exhibit P



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

February 2, 2004


Mr. Jerry Lewis Bey
**22328-044
Federal Correctional Institution
Unit C-4, Cell #319
Post Office Box 725
Edgefield, SC 29824

                    Request No.: 0967782-000
                    Subject:   FILE NO 245B-5


Dear Mr. Bey:

        This is in response to your letters dated December 11,
2003, and January 18, 2004, in which you requested specific
documents that you state are contained in St. Louis file
number 245B-5.

        Please be advised that with the release of documents
made to you by letter dated November 6, 2003, all of the
documents contained in St. Louis file number 245B-5 have now been
processed and released to you through your various Freedom of
Information-Privacy Acts (FOIPA) requests to the FBI. Therefore,
you have already received all releasable documents pertinent to
the above letters.



                    Sincerely yours,

                                          05 1076

                    David M. Hardy
                    Section Chief          **FILED**
                    Record/Information
                       Dissemination Section
                    Records Management Division 7 2005
                                                MAY 2 7 2005

                         **NANCY** MAYER WHITTINGTON, **CLERK**
                              U.S. DISTRICT COURT



Date: February 7, 2004

To: Co-Director
    Office of Information and Privacy
    U.S. Department of Justice
    Flag Building  Suite 570
    Washington, D.C. 20530

From: Mr. Jerry Lewis Bey
      # 22328-044
      F.C.I.
      P.O. Box 725
      Edgefield, South Carolina 29824

Re: FOIA Request No.  0967782-000
    APPEAL


Dear Co-Director:

This letter will serve as my appeal from the Federal Bureau of
Investigation (FBI) decision not to disclose to me pursuant
to my Freedom of Information Act request, my home telephone
long distance toll-records for the period of July 1985 through
December 1985.   I was advised by the FBI that they had these
records and I sent FBI records showing that these records exist
and thereafter sought to obtain them.   I'm enclosing the same
copies in this appeal letter, along with a copy of the last
letter I recieved from the FBI.   It is clear that pursuant to
the spirit and the letter of the FOIPA, that I'm entitled to
my own home telephone records after deletion of the non-disclosed
material.   I want to thank you in advance for your time and
concern in the herein matter.

**FILED**

Sincerely yours,       MAY 2 7 2005

                       **NANCY MAYER WHITTINGTON, CLERK**
Jerry Lewis Bey          **U.S. DISTRICT COURT**

                       05 1076


Plaintiff Exhibit R



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*          *Washington, D.C. 20530*

MAR -4 2004

Mr. Jerry L. Bey
Register No. 22328-044
F.C.I., Unit C-4, Cell 319
P.O. Box 725
Edgefield, SC 29824

     Re:    Request No. 967782

Dear Mr. Bey:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on February 17, 2004.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **04-1113**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                    Sincerely,

                    Priscilla Jones
                    Administrative Specialist

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1076

Plaintiff Exhibit S