

**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.   245B-5

Post Office Box 7251, Main Station
St. Louis, Missouri  63177
January 14, 1986

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  b7C

Southwestern Bell Telephone Company
100 North Tucker, Room 1025
St. Louis, Missouri  63101

Dear ▓▓▓▓▓▓▓▓▓▓▓  b7C

    Pursuant to an official criminal investigation of a suspected violation of Title 21, United States Code, being conducted by the Federal Bureau of Investigation, St. Louis Division, it is requested that your company furnish subscriber information and long distance toll records for the period July, 1985 through December, 1985 inclusive, for the following telephone numbers: ▓▓▓▓▓ and (314) 355-6721. ▓▓▓▓▓  b7C

    In lieu of a witness appearing at this office, records may be turned over to any agent/employee of the Federal Bureau of Investigation.

    You are requested not to disclose the existence of this request. Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law.

    Very truly yours,

CHARLES LONTOR
Assistant Special Agent in Charge



1-Addressee
3-St. Louis (2-245B-5)
  (1-66-2462 Sub C)
DAD:tp
(4)

Plaintiff Exhibit F

245-5-329
SEARCHED
SERIALIZED  JM
INDEXED
FILED  JM

FILED
MAY 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1076

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  1/24/86

On January 21, 1986, subscriber information and long distance toll records for telephone number (314) 355-6721 were obtained from the Security Office of SOUTHWESTERN BELL TELEPHONE COMPANY, 100 North Tucker, pursuant to an Administrative Subpoena:

Telephone number (314) 355-6721 is issued to JERRY L. BEY, 12654 Stoneridge, Florissant, Missouri.

Toll records were obtained for the period of July, 1985 through December, 1985.

Investigation on 1/21/86 at St. Louis, MO.   File # SL 245B-5-333

by SA [redacted] tp b7C   Date dictated 1/24/86

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

83

Date: August 30, 2002

To: Federal Bureau of Investigation
    Freedom of Information Section
    935 Pennsylvania Avenue, N.W.
    Washington, D.C. 20535-0001

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720-6030

Re: <u>November 1985 Long Distance Toll-Records From The
    St. Louis City Jail Or Missouri Department of Correction
    On Telephone Numbers (314) 741-3341 and (314) 355-6721
    Issued To Jerry Lewis Bey aka Jerry L. Bey</u>

Dear FOIA Officer:

This request is pursuant to the Freedom of Information and Privacy Acts, Title 5 U.S.C. 552 and 552(a). I'm making a "specific" request for long distance toll-records and subscriber information on telephone numbers (314) 741-3341 and (314) 355-6721, that was in my name back in November 1985, that is being maintained by your agency under FBI file No. 245B-5. The toll-records and subscriber information was gathered by the FBI on January 21, 1986, as part of an OCDE Task Force investigation. Both phone numbers were in the name Jerry Lewis Bey and Jerry L. Bey. My address at that time was 12654 Stoneridge Drive, Florrisant, Missouir. I'm enclosing copies of FBI reports that was released to me pursuant to an earlier FOIPA request that should assist you in locating the above information. This is a "small" request for

FILED
MAY 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff Exhibit G
05 1076

"specific" information on both telephone numbers which is a matter of public record because government witness Ronnie Thomas testified at my trial that he made a collect call to my home on stoneridge on November 1, 1985. Thomas testified that he made the call while incarcerated at the St. Louis City Jail or from the Missouri Department of Correction. Another government witness, Sergeant Guinn Kelly also testified that I lived at 12654 Stoneridge Drive and that my telephone numbers were (314) 741-3341 and (314) 355-6721. Through an earlier FOIPA disclosure, the Federal Bureau of Investigation (FBI), released a FBI report that showed that on January 14, 1986, the FBI issued an administrative subpoena to Southwestern Bell Telephone Company, requesting that the telephone company furnish subscriber information and long distance toll-records for telephone number (314) 355-6721 and another unidentified number for the period July 1985 through December 1985. It is clear from the above request that the November 1, 1985 collect call made by government witness Ronnie Thomas would fall within the July 1985 through December 1985 period.

On January 21, 1986, the FBI obtained the subscriber information and long distance toll-records for telephone number (314) 355-6721 from Southwestern Bell Telephone Company and according to another FBI report I recieved, (314) 355-6721 was issued to a Jerry L. Bey at 12654 Stoneridge, Florrisant, Missouri. Thus, it is clear from my request that there exist no unwarranted privacy interest to be protected St. Louis City Jail, Missouri Department of Correction nor my telephone number on Stoneridge in the name Jerry L. Bey, as each subscriber was disclosed in open court

-2-

through sworn testimony. [See Attached Exhibits] [See Also Civil Action No. 01-0299 (JDB), Jerry Lewis Bey v. Federal Bureau of In Investigation ]  The subscriber information and the long distance toll records are normally immunized from disclosure under FOIA, however, once disclosed and preserved in a permanent public record, such as my trial, they lost their protective cloak.  See Niagara Mohawk Power Corp v. United States Dept. of Energy, 169 F.3d 16, 19 (D.C. Cir. 1999).  Accord Cottone v. Reno, 193 F.3d 550 (D.C. Cir. 1999).

Again, I want to thank you in advance for your time and concern in the above mentioned matter and I do hope that the attached documents will aid you in your search, as the information that I'm requesting can be found in FBI file No. 245B-5.  I also would like to make sure that I got the request on the long distance toll records correct, as I only seek the Southern Western Bell telephone record for the month of November 1985 and not the entire July 1985 through December 1985 records. I do hope to hear from your agency within the ten(10) working days puruant to the Acts as the pages I seek should not be no more than 2-3 pages.

                                            Sincerely yours,

                                            Jerry Lewis Bey  
                                            R.G.# 22328-044  
                                            U.S. Penitentiary Beaumont  
                                            P.O. Box 26030  
                                            Beaumont, Texas 77720