IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY LEWIS BEY**<br>R# 22328-044<br>F.C.I.-EDGEFIELD<br>POB 725<br>Edgefield, N.C.  29824<br><br>                    **Plaintiff,**<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**<br><br>                    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1076 (JGP)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Lisa S. Goldfluss as counsel for defendant in the above-captioned case.

Respectfully submitted,

LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198

**CERTIFICATE OF SERVICE**

  I hereby certify that on this ____ day of _____, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey- **pro se**
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198