UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY,                              )<br>                                                        )<br>            Plaintiff,                          )<br>                                                        )<br>     v.                                              )         Civil Action No. 05-1076 (JGP)<br>                                                        )<br>U.S. DEPARTMENT OF JUSTICE,    )<br>                                                        )<br>            Defendant.                       )<br>                                                        ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, by undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully moves for an enlargement of time of 30 days, up to and including August 8, 2005, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response would otherwise be due on July 8, 2005. Defendant seeks this enlargement because the

Federal Bureau of Investigation ("FBI"), from which plaintiff *pro se* seeks records in this Freedom of Information Act ("FOIA") case, has indicated to government counsel that it will need additional time to investigate the status of the efforts made to respond to plaintiff *pro se*'s FOIA request. Part of the difficulty appears to be the retirement from the agency of a now-former employee working out of the FBI's St. Louis field office with specific knowledge about the case that has been extremely time-consuming to replicate. The FBI regrets this inconvenience to the Court and to plaintiff *pro se,* but respectfully submits that the enlargement sought will provide the necessary period in which to determine in a thorough manner the events associated with plaintiff *pro se*'s FOIA request.

For the foregoing reasons, defendant respectfully requests that the enlargement sought be granted.  Defendant's counsel has not conferred with plaintiff *pro se* regarding this motion because plaintiff *pro se* is incarcerated.[1]

An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C.  20530
(202) 514-7198
 Counsel for Defendant

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a).

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

_____
LISA S. GOLDFLUSS
Assistant United States Attorney