UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY LEWIS BEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1076 (JGP) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| **Defendant.** | ) |

**ORDER**

UPON CONSIDERATION of defendant's motion for enlargement of time, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have until August 8, 2005, in which to move, answer, or otherwise respond to the Complaint.

Date: _____

_____
UNITED STATES DISTRICT JUDGE