UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JERRY LEWIS BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1076 (JGP) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, by undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully moves for an enlargement of time of 30 days, up to and including September 7, 2005, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response would otherwise be due on August 8, 2005. Defendant seeks this enlargement on the following grounds:

The Federal Bureau of Investigation ("FBI"), from which plaintiff *pro se* seeks records in this Freedom of Information Act ("FOIA") case, has made significant efforts to locate the documents sought in plaintiff *pro se*'s FOIA request, which are approximately 20 years old. The FBI has thus far been unable to locate the subject documents. As explained in defendant's previous motion for enlargement of time, part of the difficulty appears to be the retirement from the agency of a now-former employee of the FBI's St. Louis field office with specific knowledge about the case that has been extremely time-consuming to replicate. FBI has thus notified undersigned counsel that, barring the prospect that the documents will be found, it would appear that a declaration will need to be prepared to document these multiple searches and their

outcome. Because of the significant caseload faced by FOIA personnel at FBI headquarters who will be preparing such declaration, defendant respectfully requests that this motion for a 30-day enlargement be granted.

Defendant's counsel has not conferred with plaintiff *pro se* regarding this motion because plaintiff *pro se* is incarcerated.[1]

An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
 Counsel for Defendant

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

_____
LISA S. GOLDFLUSS
Assistant United States Attorney