UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE, ) ) Defendant. ) ) | Civil Action No. 05-1076 (JGP) |

**ORDER**

UPON CONSIDERATION of defendant's motion for enlargement of time, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have until September 7, 2005, in which to move, answer, or otherwise respond to the Complaint.

Date: _____ _____
 UNITED STATES DISTRICT JUDGE