UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY LEWIS BEY,                     )
                    Plaintiff,       )
                                     )
-v-                                  )      Civil Action No. 05-1076 (JGP)
                                     )
U.S. DEPARTMENT OF JUSTICE,          )
                    Defendant.       )
                                     )

---

### MOTION IN OPPOSITION FOR ENLARGEMENT OF TIME

Come Now Plaintiff, Jerry Lewis Bey, pro se, and respect-
fully files his motion opposing defendant's request for an en-
largement of time of 30 more days, up to September 7, 2005,
in which to move, answer or otherwise respond to plaintiff's
complaint.   Plaintiff files his opposition on the following
grounds:

1.    Defendant was due to answer or otherwise respond to
plaintiff's complaint on July 8, 2005 and ask and was granted
a 30 days enlargement of time up to August 8, 2005 to respond
to complaint.

2.    On August 5, 2005, defendant now seeks another 30
days of enlargement of time to respond on September 7, 2005,
stating that due to the retirement of a now-former employee
of the FBI's St. Louis field office, who has specific knowledge
about plaintiff's case has made it difficult, even though signi-

ficant efforts has been made to locate the documents sought which are approximately 20 years old.

3.    It's undisputed that plaintiff has sought some of these records since 1999 and specifically requested his residential long distance toll-records since August 30, 2002.

4.    Defendant states that the St. Louis FBI field office is having difficult in locating the records due to the retirement of a former employee, however, it's also undisputed that on June 21, 1999 in a letter from  John M. Kelso, Jr., Chief FBI Freedom of Information Officer, identified the existence of the now requested records in FBI file 245B-5.

5.    On February 29, 2000, the FBI released 510 pages of records from file 245B-5  and later on May 31, 2000 released an additional 1,358 pages from the same file.

6.    The FBI in their May 31, 2000 release, identified the existence of the sought after records as they acknowledged that plaintiff's long distance toll records would not be released.

7.    The FBI also released records on February 29, 2000 and May 31, 2000 that clearly contained the name of plaintiff's ex-wife Tonya Brown Bey as her name was deleted.  There is no question that these records existed and there was no problem in locating them.

8.    On November 6, 2003, the FBI after recieving another request from plaintiff for his 1985 residential toll-records, released 458 of the same pages from file 245B-5 that had been

released back on February 29, 2000 and May 31, 2000, which records
was returned by plaintiff, so again, these records was not hard
to locate nineteen (19) months ago and should not be hard to
locate today.

9.    Plaintiff avers that the records in question can be
located in the St. Louis FBI filed office file 245B-5 (red wal-
let 1A104-1A126, 1A127,28,29,30,31,and 32), which contains photos,
subpeanas, surveillance logs, toll-records and pen-register
records on my ex-wife Tonya Brown Bey and myself.

10.    According to Mr. Kelso, the St. Louis file 245B-5,
consist of approximately 2,500 pages and is maintained in 5
main file sections and that each section consist of approximae-
ly 200 pages, two sub sections and 17 red wallets.

11.    Plaintiff hope that the herein information will
assist the defendant in locating the requested information on
both of his ex-wives, Doris J. Franklin aka Doris J. Lewis Bey,
and Tonya S. Brown Bey, aka Tonya S. Lewis Bey.

For all of the foregoing reasons, this court should deny
plaintiff's second request for an enlargement of time, as the
FBI has had over 18 months to respond to plaintiff's initial
request pursuant to the FOIA and failed to do so.

                              Respectfully submitted,

                              Jerry Lewis Bey/Plaintiff
                              #22328-044
                              P.O. Box 725
                              Edgefield, S.C. 29824

-3-

## CERTIFICATE OF SERVICE

I, Jerry Lewis Bey, the pro se plaintiff, certify that on this 10th day of August, 2005, I caused the foregoing to be served on the following by placing it in the U.S. Mailbox at FCI Edgefield, postage prepaid:

> Lisa S. Goldfluss
> Assistant United States Attorney
> 555 4th Street, N.W., Tenth Fl.
> Washington, D.C. 20530

Jerry Lewis Bey No. 22328-044
Pro Se Plaintiff

This 10th day of August, 2005.

-4-