U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

MR JERRY LEWIS BEY
\*\*22328-044
POST OFFICE BOX 26030
BEAUMONT, TX 77720 6030

November 6, 2003

Subject: FILE NO 245B-5

FOIPA No. 0967782- 000

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☒(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

**528** page(s) were reviewed and **458** page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

  ☐ referred to the OGA for review and direct response to you.

  ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001 within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

June 21, 1999

Mr. Jerry Lewis Bey
# 22328-044
Post Office Box 1000
Leavenworth, Kansas   66048

FOIPA No. 423585
Subject:  Jerry Lewis Bey

Dear Mr. Lewis Bey:

    Reference is made to your pending Freedom of Information-Privacy Acts requests pertaining to records maintained in our St. Louis Field Office concerning yourself.

    In an effort to reduce our backlog of FOIPA requests more competently and more fairly, we have divided the backlogged requests awaiting assignment for processing into three "tracks" based on volume of material to be processed. Requests within our **small** "fast" track consist of 500 pages or less, the **medium** track requests consist of 501 to 2500 pages and our **large** track consist of 2501 pages or more. Your request is currently placed in our largest track, whose rate of assignment is the slowest. In order to reposition your request into our "fast" track, you must reduce the pages to be processed to 500 pages or less. If you reduce the scope of your request to 501 to 2500 pages, it will be placed in our medium track. If you decide not to reduce the size of your request, it will remain in our large track and its assignment will be delayed for a considerable time.

    Your letter of April 1, 1999, advised that you were willing to pay fees of approximately $540 for the approximately 5,500 pages responsive to your request. Bear in mind that any scope-reduction on your part would have the benefit of reducing your duplication costs, previously explained in my March 25, 1999 letter as well as accelerating your request's assignment. What follows is a brief description of the responsive files:

*note: The requested records can be found in this file under the above sections.*

Mr. Jerry Lewis Bey

## ST. LOUIS FILE 245-5

This investigative file, captioned "Jerry Lewis, a.k.a., Jerry Lewis Bey, Jerry Lewis Bey Sheik, Brother Jerry Lewis Bey, D.M. Jerry Lewis Bey; et al; The Moorish Science Temple of America (MSTA); Narcotics", consists of approximately 2,500 pages and is maintained in 5 main file sections (For your information a section generally consists of approximately 200 pages), two sub sections and 17 red wallets (accordion folders containing exhibits). This case was opened by the St. Louis office in March, 1983 when information was developed that Mr. Lewis, the head of the MSTA in St. Louis, and certain other members of his organization were a major drug trafficking group that dealt in a variety of different drugs but primarily cocaine, dilaudid, and preludin tablets. This investigation was closed in January, 1989. For your information, the time frames for the sub-sections and the red wallets are within the same time frame as the main file sections. What follows is a breakdown according to the time frame of each section, which was attained by a review of St. Louis file 245-5.

Section 1:   March 2, 1983 to February 14, 1984
Section 2:   February 14, 1984 to December 3, 1984
Section 3:   December 26, 1984 to August 14, 1985
Section 4:   August 15, 1985 to April 7, 1986
Section 5:   April 17, 1986 to February 14, 1995

Substantive information located in sub-sections:

Sub B:   consensual monitoring information, pen register information, forfeitures, seizures,
Sub J:   forfeiture, seizure information

Substantive information located in red wallets:

1A1-1A11:    toll records, interview notes, photos
1A12-1A17:   toll records, interview notes, photos, Federal Grand Jury (FGJ) subpoenas
1A18-1A35:   surveillance logs, tape logs, photos
1A36-1A64:   surveillance logs, interview notes, logs of telephone recordings
1A65-1A103:  telephone and microphone transcripts
1A104-1A126: subpoenas, photos, surveillance logs
1A127 (only): 4/30/86 to 7/31/86 surveillance log
1A128 (only): pen register daily summaries
1A129 (only): pen register daily summaries
1A130 (only): toll records
1A131 (only): pen register tapes

2

Mr. Jerry Lewis Bey

St. Louis file 245-5 continued:

```
1A132 (only):    pen register tapes
1A133 (only):    telephone and microphone transcripts
1A134 (only):    St. Louis Police Department video tape
1A135 (only):    computer printout of subscriber information
1A136 (only):    computer printout of subscriber information
1A137-1A141:     police department reports, interview notes,
                 electronic data on pen register
```

## ST. LOUIS FILE 245F-SL-172780

This investigative file, captioned "Jerry Lewis Bey; et al; Organized Crime Drug Enforcement Task Force (OCDETF)", consists of approximately 2,400 pages maintained in 5 main file sections, 7 sub-sections and 5 red wallets. This investigation was opened in May, 1988, when information was received that Mr. Lewis Bey was the leader of a drug/murder ring in St. Louis. It is alleged that he was responsible for approximately 30 murders, including a deputy sheriff and a witness subpoenaed to testify against him. This investigation was closed in April, 1994. What follows is a breakdown according to the time frame of each section, which was attained by a review of St. Louis file 245F-SL-172780.

```
Section 1:   May 10, 1988 to June 14, 1989
Section 2:   June 14, 1989 to September 10, 1990
Section 3:   September 12, 1990 to March 16, 1991
Section 4:   March 21, 1991 to May 15, 1993
Section 5:   April 28, 1993 to March 8, 1994.
```

Substantive information located in sub-sections:

```
Sub A:           bulky exhibits forms (lists contents of red wallets)
Sub E, sub 1:    consensual monitoring information
Sub E, sub 2:    consensual monitoring information
Sub E, sub 3:    non-telephonic consensual monitoring information
Sub F, sub 1:    probable seizure information
Sub F, sub 2:    consensual monitoring information
Sub S:           seized property, 1/31/91, $52,700
```

Substantive information in red wallets:

```
1A1 to 1A19:     photos, subscriber information, FGJ subpoenas, toll
                 records, MSTA literature, interview notes
1A20 to 1A31:    administrative subpoenas, subscriber information,
                 interview log, interview notes, MSTA literature
```

3

Mr. Jerry Lewis Bey

<u>St. Louis file 245F-SL-172780 continued</u>

1A32 to 1A43:   photos, FGJ subpoenas, phone records, arrest transportation log for a third party, source information
1A44:   administrative subpoenas, interview notes and log, Miranda warning and waiver.

### **ST. LOUIS FILE 89E-SL-174210**

This investigative file, captioned "Jerry Lewis-Bey; et al; Assistant United States Attorney (AUSA) Michael Fagan - Victim; AUSA Dean R. Hoag - Victim; Conspiracy to Murder a U.S. Attorney", consists of approximately 600 pages maintained in 1 main file section and 3 red wallets (containing exhibits). This investigation was opened in December, 1990, when information was received that murder threats had been allegedly made by Mr. Lewis Bey against the AUSAs handling his prosecution. Due to the conclusion of the trial of Mr. Lewis Bey and his confederates, the AUSA advised that further investigation into the threats would not be pursued and the case was closed. The time frame for the main investigative section is from December 14, 1990 to June 20, 1994. The sub E section contains pen register and trap and trace information from 3/18/91 to 1/16/92. The three red wallets contain FGJ material, subpoenas, pen register tapes, computer printouts.

In addition to the above mentioned files responsive to your FOIPA request, one additional file was located which consists of 21 pages. This file is being denied in its entirety pursuant to the provisions of Title 5, United States Code, Section 552, (b)(7)(C) and (b)(7)(F), which are further described in the enclosed explanation of exemptions, Form 4-694a,.

We ask that you review the above information and your options carefully, and that you advise us of your decision to reduce the scope of your request as soon as possible so that we may proceed with your requests. You may contact my representative, Mrs. Sandra Bunker, by telephone on (202)324-5543, or in writing at 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535, Room 6927. If we do not receive your reply by August 18, 1999, we will assume you are no longer interested in receiving this material and close your requests administratively.

4

Mr. Jerry Lewis Bey

    Your prompt attention to this matter will be appreciated.  Your continued patience and cooperation are solicited.

                      Sincerely yours,

                      John M. Kelso, Jr., Chief
                      Freedom of Information-
                        Privacy Acts Section
                      Office of Public and
                        Congressional Affairs

Enclosure