UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1076 (JGP) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

MOTION FOR ENLARGEMENT OF TIME
OF EIGHT BUSINESS DAYS

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 8 business days, up to and including October 20, 2005, in which to move, answer or otherwise respond to the Complaint in this action.[1]  Defendant's response would otherwise be due on October 7, 2005.  Defendant seeks this enlargement on the following grounds:

Several weeks ago, the last undersigned Assistant United States Attorney returned to work after extended medical leave resulting from an unanticipated bout with pneumonia.  Upon her return, she was required to deal with a significant backlog of matters, some requiring expeditious judicial review of certain unanticipated events in connection with certain cases within her caseload, others involving cases pending as long as five, seven and twelve years, and others where impending discovery deadlines were linked to other important deadlines in anticipation of a jury trial.  Although she has been working steadily to compensate for lost time,

---

[1] October 13th is the Jewish holiday of Yom Kippur.

the number of matters requiring her immediate attention since her return has precluded the completion of defendant's response to the Complaint in this action.

Because of upcoming depositions, hearings, and other court-scheduled events during the next two-week period, defendant seeks an enlargement of time to October 20, 2005 to respond to the Complaint in this Freedom of Information Act ("FOIA") case. The undersigned can represent to the Court that the draft declaration that the undersigned has received from the Federal Bureau of Investigation ("FBI") (17 pages long and attaching 18 exhibits) discusses in great detail the chronology of events involving plaintiff's FOIA request and the unsuccessful efforts undertaken by the FBI to locate the subject documents. The declaration requires further revision, however. Due to the demands of the undersigned's litigation schedule over the coming weeks, made particularly difficult by an unanticipated period of medical leave some weeks ago, it will be extremely difficult to complete any dispositive motion earlier than October 20th. For these reasons, defendant respectfully requests that the enlargement sought be granted.

Defendant's counsel has not conferred with plaintiff *pro se* regarding this motion because plaintiff *pro se* is incarcerated.[2]

An order granting the relief sought is attached hereto.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
 Counsel for Defendant

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of October, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

 

_____
LISA S. GOLDFLUSS
Assistant United States Attorney