UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY,           )<br>                            )<br>      Plaintiff,           )<br>                            )<br>v.                          )<br>                            )<br>U.S. DEPARTMENT OF JUSTICE, )<br>                            )<br>      Defendant.            )<br>                            ) | Civil Action No. 05-1076 (JGP) |

**MOTION FOR ENLARGEMENT OF TIME
OF THREE BUSINESS DAYS**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 3 business days, up to and including October 25, 2005, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response would otherwise be due on October 20, 2005. Defendant seeks this enlargement on the following grounds:

The last undersigned Assistant United States Attorney, who has primary responsibility for representing the government in this case, has been working over the past week on a series of cases in which unanticipated developments with timely implications have diverted her attention from several matters, including this one. One of those cases involves a suit against four State Department employees in their individual capacities for millions of dollars in damages. Another suit seeks expedited injunctive relief, which has required expedited briefing on several complex issues. In two of her cases, depositions were unexpectedly scheduled for several days this week

and next to accommodate the schedules of high-level officials. Defendant regrets this additional delay and appreciates the patience demonstrated by the Court and by plaintiff.

For these reasons, defendant respectfully requests that the enlargement sought be granted.

Defendant's counsel has not conferred with plaintiff *pro se* regarding this motion because plaintiff *pro se* is incarcerated.[1]

An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
Counsel for Defendant

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

 

_____
LISA S. GOLDFLUSS
Assistant United States Attorney