# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JERRY LEWIS BEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Civil Action Number** |
| v. | ) | **05-1076 (JPG)** |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)    I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C.  I have held this position since August 1, 2002. Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law.  In that capacity, I had direct oversight of Freedom of Information ("FOIA") policy, procedures, appeals, and litigation for the Navy.  From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters.  I am also an attorney, and have been licensed to practice law in the State of Texas since 1980.

(2)    In my current capacity as Section Chief, I supervise the Freedom of Information/Privacy Acts ("FOIPA") Litigation Support Unit.  The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my

official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act (PA) of 1974, 5 U.S.C. § 552a, collectively referred to as FOIPA.  Specifically, I am aware of the treatment which has been afforded the FOIPA request of plaintiff, Jerry Lewis Bey, which seeks access to certain telephone toll records for two telephone numbers that were issued to him.  Plaintiff maintains that these telephone toll records were obtained by the FBI and filed in St. Louis Office file number 245B-SL-5.

(4)     This FOIPA request by plaintiff seeks access to the telephone toll records for two telephone numbers that were issued to him, specifically (314) 741-3341 and (314) 355-6721, for the period of November of 1985.  Plaintiff states that these telephone toll records were obtained by the FBI via an Administrative Subpoena pursuant to an Organized Crime Drug Enforcement (OCDE) Task Force investigation of himself.  Plaintiff states that these telephone toll records should have been filed in St. Louis file 245B-SL-5 and thus should have been released to him pursuant to his FOIPA requests for all of the documents contained in this St. Louis file.

(5)     The purpose of this declaration is to provide the Court and the plaintiff with a chronology of plaintiff's FOIPA request for these telephone toll records, an explanation of the FBI's Central Records System, a description of St. Louis file number 245B-SL-5, and a description of the searches of this St. Louis file for these telephone toll records and the efforts to locate these records made by the FBI at both the St. Louis Field Office and FBIHQ.

-2-

## CORRESPONDENCE PERTAINING TO PLAINTIFF'S FOIPA REQUEST

(6)     Set forth below is a chronology and description of the pertinent correspondence concerning plaintiff's FOIPA request. Copies of this correspondence are attached hereto as **Exhibits A-O.**

(7)     Letter from plaintiff to FBIHQ, dated August 30, 2002, making a FOIPA request for specific records in St. Louis file 245B-SL-5 concerning telephone toll records for the month of November, 1985, for two telephone numbers that were issued to him during the year of 1985. Plaintiff states that the FBI obtained the telephone toll records for telephone numbers (314) 741-3341 and (314) 355-6721 pursuant to an OCDE Task Force investigation of himself. In addition, plaintiff provides a Certification of Identity form. **(See Exhibit A).**

(8)     Letter from FBIHQ to plaintiff, dated September 27, 2002, acknowledging receipt of his FOIPA request and assigning it FOIPA Request Number 967782. **(See Exhibit B).**

(9)     Letter from plaintiff to FBIHQ, dated May 9, 2003, requesting telephone toll records for only his home telephone number of (314) 355-6721 for the period of July of 1985 through December of 1985. Plaintiff also encloses two FBI documents that were released to him by FBIHQ pursuant to a prior FOIPA request. These FBI records state that the FBI obtained subscriber information and long distance toll records for telephone number (314) 355-6721 for the period of July of 1985 through December of 1985 from the Southwestern Bell Telephone Company on January 21, 1986, pursuant to an Administrative Subpoena. **(See Exhibit C).**

(10)     Letter from plaintiff to FBIHQ, dated July 23, 2003, which reiterates his request for the telephone toll records for his home telephone number of (314) 355-6721. **(See Exhibit D).**

-3-

(11)    Letter from plaintiff to FBIHQ, dated October 31, 2003, advising that he has been transferred from the U.S. Penitentiary in Beaumont, Texas, to the Federal Correctional Institute in Edgefield, South Carolina.  Plaintiff also encloses a copy of his letter to FBIHQ, dated July 23, 2003, and copies of the two FBI documents concerning the telephone toll records of his home telephone number.  **(See Exhibit E).**

(12)    Letter from FBIHQ to plaintiff, dated November 6, 2003, that was inadvertently mailed to his former address at the U.S. Penitentiary at Beaumont, Texas.  This letter advises that 528 pages of records from Subfiles C through I and Subfiles K through M of St. Louis file 245-SL-5 have been processed pursuant to the provisions of the FOIPA and that 458 pages were being released to him with certain information being exempt from disclosure pursuant to subsections (b)(2), (b)(7)(C), (b)(7)(D), (b)(7)(E), and (b)(7)(F) of the Freedom of Information Act and subsection (j)(2) of the Privacy Act.[1]  This letter also advises that, with the prior releases of records made to him on May 31, 2000, and November 14, 2001, this release of records completes his FOIPA request and all releasable documents from St. Louis file 245-SL-5 have been released to him.  This letter also advises him that there is a fee of $45.80 in duplication fees for this release of documents.  In addition, this letter also advises him of the procedure for filing an administrative appeal with the Department of Justice, Office of Information and Privacy, concerning any denials of information pertaining to this release.  **(See Exhibit F).**

(13)    Letter from FBIHQ to plaintiff, dated November 12, 2003, that was mailed to his new address at the Federal Correctional Institution in Edgefield, South Carolina, advising that all

---

[1]  These 458 pages released constituted the FBI's response to plaintiff's earlier FOIPA request dated July 31, 2001, which is not at issue in this litigation requesting "telephone toll records."

of the documents contained in St. Louis file number 245B-5 have now been processed and released to him pursuant to the provisions of the FOIPA and therefore, he has received all releasable documents from this file.    **(See Exhibit G).**

(14)    Letter from plaintiff to FBIHQ, dated November 17, 2003, advising that he has not received the letter dated November 6, 2003, in which the FBI released documents to him.  This letter also requests that these documents be forwarded to him at his new address at the Federal Correctional Institution in Edgefield, South Carolina.  There is a handwritten notation on this letter which states that the previous release package was remailed to his new address.  In addition, plaintiff encloses a copy of the letter from FBIHQ dated November 12, 2003.  **(See Exhibit H).**

(15)    Letter from plaintiff to FBIHQ, dated November 29, 2003, advising that he has received the 458 pages of documents released to him pursuant to provisions of the FOIPA. Plaintiff also advises that he is returning these documents to FBIHQ inasmuch as he asserts that these documents do not pertain to him, but rather to an individual named Vernon Whitlock, and he also asserts that he did not request these records.[2]  Plaintiff reiterates his request for the telephone toll records and encloses a copy of his letter to FBIHQ dated May 9, 2003, and copies of the two FBI documents concerning the telephone toll records of his home telephone number.  **(See Exhibit I).**

(16)    Letter from plaintiff to FBIHQ, dated December 11, 2003, in which he reiterates

---

[2]  It should be noted that these records processed and released to plaintiff were requested by him pursuant to his earlier FOIPA request for all documents contained in St. Louis file 245B-SL-5; that plaintiff, although never indicted, was a subject of the Narcotics investigation contained in this file; and that Vernon Whitlock was a co-subject of this Narcotics investigation who was subsequently indicted and pled guilty as a result of this investigation.

his request for the telephone toll records of his home telephone number.  Plaintiff also encloses copies of his letters to FBIHQ dated May 9, 2003, and July 23, 2003, and copies of the two FBI documents concerning the telephone toll records of his home telephone number.

**(See Exhibit J).**

(17)    Letter from plaintiff to FBIHQ, dated January 18, 2004, in which he reiterates his request for the telephone toll records of his home telephone number.    **(See Exhibit K).**

(18)    Letter from FBIHQ to plaintiff, dated February 2, 2004, which refers to his letters to FBIHQ dated December 11, 2003, and January 18, 2004, and advises that all of the documents contained in St. Louis file number 245B-5 have been processed and released to him pursuant to the provisions of the FOIPA and therefore, he has received all releasable documents from this file.    **(See Exhibit L).**

(19)    Letter from plaintiff to the Department of Justice, Office of Information and Privacy, dated February 7, 2004, in which he makes an administrative appeal of the decision of the FBI to not disclose to him the telephone toll records of his home telephone number.  Plaintiff also encloses copies of one FBI document concerning the telephone toll records of his home telephone number and the FBIHQ letter to him dated February 2, 2004.    **(See Exhibit M).**

(20)    Letter from the Department of Justice, Office of Information and Privacy, to plaintiff, dated March 4, 2004, advising that his administrative appeal has been assigned Appeal Number 04-1113.  This letter also advises that there is a substantial backlog of pending appeals and that he would be notified of the decision on his appeal as soon as possible.

**(See Exhibit N).**

(21)    Letter from plaintiff to the Department of Justice, Office of Information and

-6-

Privacy, dated July 21, 2004, inquiring as to the status of his administrative appeal.  Plaintiff also

encloses copies of the letter from the Department of Justice, Office of Information and Privacy,

dated March 4, 2004, and copies of two FBI documents concerning the telephone toll records of

his home telephone number.  **(See Exhibit O).**

## EXPLANATION OF THE FBI'S CENTRAL RECORDS SYSTEM

(22)   The Central Records System ("CRS"), which is utilized by the FBI to conduct

searches in response to FOIA and Privacy Act requests, enables it to maintain all information

which it has acquired in the course of fulfilling its mandated law enforcement responsibilities.

The records maintained in the CRS consist of administrative, applicant, criminal, personnel, and

other files compiled for law enforcement purposes.  This system consists of a numerical sequence

of files broken down according to subject matter.  The subject matter of a file may relate to an

individual, organization, company, publication, activity, or foreign intelligence matter.  Certain

records in this system are maintained at FBIHQ.  Records which are pertinent to specific field

offices of the FBI are maintained in those field offices.

(23)   Access to the CRS is afforded by the General Indices, which are arranged in

alphabetical order.  The General Indices consist of index cards on various subject matters that are

searched either manually or through the automated indices.  The entries in the General Indices

fall into two categories:

> (a)  A "main" entry — A "main" entry carries the name corresponding with a
> subject of a file contained in the CRS.

> (b)  A "reference" entry — "Reference" entries, sometimes called "cross-
> references" are generally only a mere mention or reference to an individual,
> organization, etc., contained in a document located in another "main" file on

a different subject matter.

(24)    Access to the CRS files at FBI field divisions is also afforded by the General Indices (automated and manual), which are likewise arranged in alphabetical order, and consist of an index on various subjects, including the names of individuals and organizations.  Searches made in the General Indices to locate records concerning a particular subject, such as "Jerry Lewis Bey", are made by searching the subject requested in the index.  FBI field divisions have automated indexing functions.

(25)    On October 16, 1995, the Automated Case Support ("ACS") system was implemented for all Field Offices, Legats and FBIHQ.  More than 105 million records were converted from automated systems previously utilized by the FBI.  ACS consists of three integrated, yet separately functional, automated applications that support case management functions for all FBI investigative and administrative cases, which are:

(a)  Investigative Case Management ("ICM") – ICM provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign, and track leads. The Office of Origin ("OO"), which sets leads for itself and other divisions, as needed, opens a case.  The offices that receives leads are referred to as Lead Offices ("LOs"), formerly known as Auxiliary Offices.  When a case is opened, it is assigned a Universal Case File Number ("UCFN"), such as "245-SL-34567", which is utilized by all FBI offices, including FBIHQ, that are conducting or assisting in the investigation.  The "245" indicates the type of investigation, which in this case is "Narcotics"; "SL" indicates the Office of Origin of the investigation, which in this case is the St. Louis Field Office; and "34567" indicates the individual case file number for the particular investigation.

(b)  Electronic Case File – ECF serves as the central electronic repository for the FBI's official text-based documents.  ECF supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the computerized system.  All original serials are maintained in the OO case file.

(c)  Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases.  Only the OO is required to index: however, the LOs may index additional information as needed.  UNI, an over 90.1 million record index, provides functions to index names to cases, and to search names and cases for use in FBI investigative and administrative cases.  Names of individuals or non-individuals are recorded with identifying information, such as sex, race, event date, date or place of birth, locality, Social Security number, or address.

(26)  The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the investigative FBI Special Agent ("SA"), the supervisor in the field division conducting the investigation, and the supervising FBI SA at FBIHQ.  The FBI does not index every name in its files; rather, it indexes only that information considered to be pertinent, relevant, or essential for future retrieval.  Without a "key" or index to this mass of data, information essential to ongoing investigations could not be readily retrieved.  The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal statutes.  Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matter or individual.

## SEARCHES FOR AND DESCRIPTION OF ST. LOUIS FILE NUMBER 245B-SL-5

(27)    In response to plaintiff's FOIPA request, FBIHQ and the St. Louis Field Office initiated searches of their respective Automated General Indices to the CRS to identify any records concerning plaintiff.  The Automated General Indices to the CRS were searched for any records pertaining to "Jerry Lewis Bey".  As result of this search, FBIHQ identified St. Louis Field Office main file number 245B-SL-5 as responsive to plaintiff's request.  This St. Louis file was forwarded to FBIHQ for processing pursuant to the provisions of the FOIPA and all releasable documents contained in this file were subsequently released to plaintiff.

(28)    St. Louis file 245B-SL-5 pertains to a FBI Narcotics investigation of plaintiff and several other individuals.  This investigation is captioned "Jerry Lewis Bey; Vernon Whitlock, Jr.; the Moorish Science Temple of America, et. al; Narcotics Matter; Organized Crime Drug Enforcement Task Force Case" and was conducted by the Organized Crime Drug Enforcement Task Force, of which the St. Louis Field Office was a participant along with other federal law enforcement agencies (including the Drug Enforcement Administration and the Bureau of Alcohol, Tobacco and Firearms) and local law enforcement agencies (including the St. Louis Police Department).  The FBI has jurisdiction over this type of law enforcement investigation pursuant to 21 U.S.C. § 801 et seq. (the Comprehensive Drug Abuse Prevention and Control Act of 1970, also referred to as the Controlled Substances Act) and 21 U.S.C. § 841 (Manufacture and Distribution of a Controlled Substance).  The initial document in this file is dated March 2, 1983, and the last document in this file is dated February 14, 1995, although it should be noted that the bulk of the investigation was conducted between 1983 and 1987 while the remainder of the file concerns such administrative matters as Civil Forfeiture matters.  During

this investigation, the FBI utilized confidential FBI sources, cooperating witnesses and St. Louis Police Department officers and a FBI Special Agent acting in undercover capacities to investigate and gather evidence concerning the distribution of heroin, cocaine, Dilaudid and Preludin in the St. Louis area by plaintiff, Vernon Whitlock and other subjects and suspects.  Plaintiff was never indicted pursuant to this Narcotics investigation; however, Vernon Whitlock was indicted and pled guilty to eight counts of 21 U.S.C. § 841(a)(1) and was sentenced to serve 24 years in a federal penitentiary.

(29)    During the course of this Narcotics investigation, the telephone toll records of several individuals, including plaintiff, were obtained by the FBI through the use of Administrative Subpoenas served on the Southwestern Bell Telephone Company.  However, a complete review of all of the documents contained in this file has determined that apparently only certain telephone toll records of investigative and/or evidentiary value were maintained by the FBI and filed in St. Louis file 245B-SL-5.  The review of this St. Louis file has determined that the specific telephone toll records sought by plaintiff are not contained in this file and were apparently not of sufficient investigative or evidentiary value to be maintained and filed by the FBI pursuant to this investigation.

### REVIEWS OF ST. LOUIS FILE NUMBER 245B-SL-5 FOR THE TELEPHONE TOLL RECORDS SOUGHT BY PLAINTIFF

(30)    Pursuant to this litigation by plaintiff, Special Agent Peter Krusing, the Chief Division Counsel of the St. Louis Field Office, personally conducted a complete review of all of the documents contained in St. Louis file 245B-SL-5 in an effort to locate the specific telephone toll records sought by plaintiff.  Concurrently, a Legal Administrative Specialist in the FOIPA

Litigation Support Unit at FBIHQ also personally conducted a complete review of all of the documents contained in the copy of St. Louis file 245B-SL-5 that was used in the processing of plaintiff's FOIPA request. Both of these reviews determined that the specific telephone toll records sought by plaintiff are not contained in this St. Louis file.

(31)    It should be noted that this St. Louis file exists only in a paper format and that there are no computerized or digitized records within this file. The searches of this file conducted by the St. Louis Field Office Chief Division Counsel and the Legal Administrative Specialist at FBIHQ consisted of a document-by-document review of all of the paper documents within this file.

(32)    These reviews conducted by both the St. Louis Field Office and FBIHQ determined that on January 21, 1986, the St. Louis Field Office did obtain telephone toll records of telephone number (314) 355-6721 for the period of July of 1985 through December of 1985 through the use of an Administrative Subpoena served on the Southwestern Bell Telephone Company. However, these reviews have also determined that these telephone toll records were apparently not retained by the St. Louis Field Office and filed in St. Louis file 245B-SL-5.

(33)    The only documents in this file which refer to telephone number (314) 355-6721 are attached hereto as **Exhibit P.** These four documents are identified as Serials 329, 333, 1A Cover Sheet, and Serial 1A93 of St. Louis file 245-B-SL-5. Serial 329 is a letter from the St. Louis Field Office to the Southwestern Bell Telephone company, dated January 14, 1986, requesting that subscriber information and long distance toll records for three telephone numbers in the St. Louis area, including plaintiff's telephone number (314) 355-6721, be provided to the St. Louis Field Office pursuant to an official criminal investigation of a suspected violation of

-12-

Title 21 of the United States Code.  Serial 333 is an FBI Form FD-302 detailing the acquisition

by the FBI of subscriber information and long distance toll records for plaintiff's telephone

number (314) 355-6721 for the period of July 1985 through December 1985 from the

Southwestern Bell Telephone Company pursuant to an Administrative Subpoena.  The third

document is a 1A Section Cover Sheet which lists the contents of Serial 1A93 as an

Administrative Subpoena for three telephone numbers in the St. Louis area, including plaintiff's

telephone number (314) 355-6721.[3]  Serial 1A93 consists of a 1A envelope and an

Administrative Subpoena served on the Southwestern Bell Telephone Company for subscriber

billing information and long distance toll records for the period of July 1985 through December

1985 for three St. Louis area telephone numbers, including plaintiff's telephone number (314)

355-6721.  **(See Exhibit P).**

    (34)    These reviews of St. Louis file 245B-SL-5 conducted by the St. Louis Office and

FBIHQ also determined that there are no references in this file to plaintiff's other telephone

number (314) 741-3341.  There is no documentary evidence contained in this file that the FBI

ever attempted to obtain any telephone toll records for this telephone number and there is no

mention of this telephone number anywhere in this St. Louis file.

    (35)    The FBI has considered the possibility as to whether there may be any additional

locations where the requested documents concerning these telephone toll records would

reasonably be expected to be located, and has concluded that there are no other files, apart from

the St. Louis file, in which the subject documents could reasonably be located.

--------

[3] The 1A Section of a FBI file is utilized to separately file documentary material obtained
or created during the course of an investigation, such as photographs, telephone toll records,
subpoenas, and handwritten interview notes.

## <u>EXPLANATION OF WHY PLAINTIFF'S TELEPHONE TOLL RECORDS ARE NOT FILED IN ST. LOUIS FILE 245B-SL-5</u>

(36)    As detailed in the preceding paragraphs, the complete reviews of all of the documents contained in St. Louis file 245B-SL-5 have determined that the telephone toll records sought by plaintiff are not contained in this file.

(37)    During the course of a criminal investigation, numerous documents and records are obtained by the FBI.  These records are then reviewed and analyzed for pertinent information of investigative and/or evidentiary interest to the particular criminal investigation.  Such records containing information of investigative and/or evidentiary interest are then utilized to set investigative leads that will further the progress of the investigation or are retained for future investigative or evidentiary purposes.  Records which contain information of investigative and/or evidentiary interest are then filed in the main file of the criminal investigation.

(38)    However, it is often the case that the FBI will obtain records and documents which, upon further review and analysis, are determined to not contain any information of investigative and/or evidentiary interest to the particular criminal investigation.  In those instances in which the records are not useful to the furtherance of the criminal investigation or are not of evidentiary value, such records are not retained by the FBI and filed in the main file of the criminal investigation.  This is apparently the case in regard to the telephone toll records of plaintiff's telephone number (314) 355-6721.  Although there is documentary evidence that the telephone toll records for this telephone number were obtained by the FBI through the use of an Administrative Subpoena, there is no documentary evidence that these records were subsequently retained and filed in the St. Louis main file concerning this Narcotics investigation.

-14-

(39)    As an illustration that this is the most probable explanation as to why the telephone

toll records sought by plaintiff are not located in this file, it should be noted that there are several

other instances in this file in which telephone toll records of other subjects and suspects of the

investigation were obtained through the use of Administrative Subpoenas, but were apparently

also not retained and filed in this file.  For example, attached as **Exhibit Q** are three consecutive

serials from this file (serials 104, 105 and 106) which document that the FBI obtained telephone

toll records for three St. Louis area telephone numbers of other individuals through the use of

Administrative Subpoenas.  However, the reviews of this file conducted by the St. Louis Office

and FBIHQ have also determined that none of these telephone toll records are filed in the St.

Louis file.  These telephone toll records of other individuals were obtained in the same method as

plaintiff's telephone toll records; however, they also were apparently not retained by the FBI and

filed in the main file of this Narcotics investigation.  **(See Exhibit Q).**

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

(40)    On August 15, 2005, plaintiff filed a Memorandum in Opposition to Defendant's

Motion for Enlargement of Time, in which he states that the telephone toll records at issue in this

litigation should be located in Serials 1A104 through 1A132 of St. Louis file 245B-SL-5.  As

stated in the preceding paragraphs, the complete reviews of all of the documents in this file by

the St. Louis Office and FBIHQ have determined that the telephone toll records sought by

plaintiff for telephone numbers (314) 741-3341 and (314) 355-6721 are not contained anywhere

in this file, including Serials 1A104 through 1A132.  Attached as **Exhibit R** are the 1A Section

Cover Sheets that list the contents of Serials 1A104 through 1A132.  Although Serials 1A104,

1A106, 1A114, 1A119 and 1A130 do contain references to Administrative Subpoenas and telephone toll records, these references are to different telephone numbers than the two telephone numbers sought by plaintiff.  **(See Exhibit R).**

## CONCLUSION

(41)    The thorough and complete reviews of all of the documents contained in St. Louis file 245B-SL-5 conducted by both the St. Louis Field Office and FBIHQ have determined that the telephone toll records sought by plaintiff are not contained in this file.  These reviews have also determined that the telephone toll records for plaintiff's telephone number (314) 355-6721 were obtained on January 21, 1986, by the St. Louis FBI Field Office during the course of this Narcotics investigation through the use of an Administrative Subpoena served on the Southwestern Bell Telephone Company.  These reviews also determined that there is no documentary evidence that the FBI ever obtained telephone toll records for plaintiff's telephone number (314) 741-3341 and that there are no references at all to this telephone number in St. Louis file 245B-SL-5.  These reviews also determined that there are several other instances in this file in which telephone toll records of other individuals were also obtained by the FBI through the use of Administrative Subpoenas, but were apparently also not retained by the FBI and filed in the St. Louis main file.

(42)    The multiple examples in this file of telephone toll records being obtained by the FBI, but apparently not subsequently retained and filed in the St. Louis main file leads to the logical probability that the telephone toll records for telephone number (314) 355-6721 were obtained by the FBI; subsequently reviewed and analyzed by the FBI and determined to not be of any investigative and/or evidentiary interest in the Narcotics investigation of plaintiff and other

individuals; and were therefore not retained by the FBI and filed in St. Louis file 245B-SL-5.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of October, 2005.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Federal Bureau of Investigation
Washington, D.C.

-17-

# EXHIBIT A

Date: August 30, 2002

To: Federal Bureau of Investigation
    Freedom of Information Section
    935 Pennsylvania Avenue, N.W.
    Washington, D.C. 20535-0001

From: Mr. Jerry Lewis Bey
    R.G.# 22328-044
    U.S. Penitentiary Beaumont
    P.O. Box 26030
    Beaumont, Texas 77720-6030

Re: <u>November 1985 Long Distance Toll-Records From The</u>
    <u>St. Louis City Jail Or Missouri Department of Correction</u>
    <u>On Telephone Numbers (314) 741-3341 and (314) 355-6721</u>
    <u>Issued To Jerry Lewis Bey aka Jerry L. Bey</u>

Dear FOIA Officer:

    This request is pursuant to the Freedom of Information and
Privacy Acts, Title 5 U.S.C. 552 and 552(a). I'm making a "speci-
fic" request for long distance toll-records and subscriber infor-
mation on telephone numbers (314) 741-3341 and (314) 355-6721,
that was in my name back in November 1985, that is being maintain-
ed by your agency under FBI file No. 245B-5. The toll-records
and subscriber information was gathered by the FBI on January 21,
1986, as part of an OCDE Task Force investigation. Both phone
numbers were in the name Jerry Lewis Bey and Jerry L. Bey. My
address at that time was 12654 Stoneridge Drive, Florrisant, Mis-
souir. I'm enclosing copies of FBI reports that was released to
me pursuant to an earlier FOIPA request that should assist you in
locating the above information. This is a "small" request    for

"specific" information on both telephone numbers which is a mat-
ter of public record because government witness Ronnie Thomas
testified at my trial that he made a collect call to my home on
stoneridge on November 1, 1985.  Thomas testified that he made
the call while incarcerated at the St. Louis City Jail or from
the Missouri Department of Correction.  Another government wit-
ness, Sergeant Guinn Kelly also testified that I lived at 12654
Stoneridge Drive and that my telephone numbers were (314) 741-
3341 and (314) 355-6721.  Through an earlier FOIPA disclosure,
the Federal Bureau of Investigation (FBI), released a FBI report
that showed that on January 14, 1986, the FBI issued an admini-
strative subpoena to Southwestern Bell Telephone Company, request
ing that the telephone company furnish subscriber information and
long distance toll-records for telephone number (314) 355-6721
and another unidentified number for the period July 1985 through
December 1985.  It is clear from the above request that the Novem-
ber 1, 1985 collect call made by government witness Ronnie Thomas
would fall within the July 1985 through December 1985 period.

On January 21, 1986, the FBI obtained the subscriber informa-
tion and long distance toll-records for telephone number (314)
355-6721 from Southwestern Bell Telephone Company and according
to another FBI report I recieved, (314) 355-6721 was issued to a
Jerry L. Bey at 12654 Stoneridge, Florrisant, Missouri. Thus, it
is clear from my request that there exist no unwarranted privacy
interest to be protected St. Louis City Jail, Missouri Department
of Correction nor my telephone number on Stoneridge in the name
Jerry L. Bey, as each subscriber was disclosed in open court

-2-

through sworn testimony. [See Attached Exhibits] [See Also Civil

Action No. 01-0299 (JDB), Jerry Lewis Bey v. Federal Bureau of In

Investigation ]  The subscriber information and the long distance

toll records are normally immunized from disclosure under FOIA,

however, once disclosed and preserved in a permanent public  re-

cord, such as my trial, they lost their protective cloak.  See

Niagara Mohawk Power Corp v. United States Dept. of Energy, 169

F.3d 16, 19 (D.C. Cir. 1999).  Accord Cottone v. Reno, 193 F.3d

550 (D.C. Cir. 1999).

   Again, I want to thank you in advance for your time and con-

cern in the above mentioned matter and I do hope that the attach-

ed documents will aid you in your search, as the information that

I'm requesting can be found in FBI file No. 245B-5.  I also would

like to make sure that I got the request on the long distance

toll records correct, as I only seek the Southern Western Bell

telephone record for the month of November 1985 and not the en-

tire July 1985 through December 1985 records. I do hope to hear

from your agency within the ten(10) working days puruant to the

Acts as the pages I seek should not be no more than 2-3 pages.

                         Sincerely yours,

                         Jerry Lewis Bey
                         R.G.# 22328-044
                         U.S. Penitentiary Beaumont
                         P.O. Box 26030
                         Beaumont, Texas 77720

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3)

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    JERRY LEWIS-BEY      #22328-044

Citizenship Status [2]   U.S.A.      Social Security Number [3] ▮▮▮▮▮▮▮

Current Address   USP BEAUMONT, P.O. BOX 26030, BEAUMONT, TEXAS 77720

Date of Birth ▮▮▮▮▮▮▮      Place of Birth   ST. LOUIS, MISSOURI

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000

Signature [4] _Jerry Lewis Bey_      Date   8-30-02

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
Print or Type Name

     [1] Name of individual who is the subject of the record sought.
     [2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
     [3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
     [4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO 1103-0016
EXPIRES 3/29/04

FORM DOJ-361
APR.01

**EXHIBIT B**

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D C 20535*

SEPTEMBER 27, 2002

MR JERRY LEWIS BEY
**22328-044
POST OFFICE BOX 26030
BEAUMONT, TX 77720 6030

Request No.: 0967782- 000
Subject:FILE NO 245B-5

Dear Requester:

☒  This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI  The FOIPA number listed above has been assigned to your request

☐  For an accurate search of our records, please provide the complete name, alias. date and place of  birth for the subject of your request.  Any other specific data you could  provide such as prior  addresses, or employment information would also be helpful  If your subject is deceased, please  include date and proof of death

☐  To make sure information about you is not released to someone else, we require your notarized  signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746  For your convenience, the reverse side of this letter contains a form which may be used for this purpose

☐  If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest  record, please follow the enclosed instructions in Attorney General Order 556-73  You must submit fingerprint impressions so a comparison can be made  with the records kept by CJIS  This is to make sure your information is not released to an unauthorized person

☐  We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible

☐  Processing delays have been caused by the large number of requests received by the FOIPA  We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above   Please use this number in all correspondence with us   Your patience is appreciated

Sincerely yours,

David M  Hardy
Section Chief,
Freedom of Information-
 Privacy Acts Section
Records Management Division

**EXHIBIT C**

Date: May 9, 2003

To: Federal Bureau of Investigation
    Attn: Freedom of Information Officer
    P.O. Box 7251, Main Station
    St. Louis, Missouri 63177

From: Mr. Jerry Lewis Bey
    R.G.# 22328-044
    U.S. Penitentiary Beaumont
    P.O. Box 26030
    Beaumont, Texas 77720-6030

Re: Information On Myself, Jerry Lewis Bey
    In FBI File # SL-245B-5-333

Dear FOIA Officer:

    This request is being made pursuant to the Freedom of Information and Privacy Acts, Title 5 USC 552 and 552(a). I'm at this time making a "specific" request for information being maintained by your agency in FBI file # SL 245B-5-333. The information is long distance toll records for the period of July 1985 through December 1985, in the name of Jerry L. Bey. The telephone number was (314) 355-6721 and in the name Jerry L. Bey. This information is disclosable under the Acts, and to assist you in your search, I'm enclosing a copy of two pages, I recieved three years ago, from an earlier search. I want to thank you in advance for your time and concern in the herein matter, and hope to hear from you soon.

                                Sincerely yours,

                                  Jerry Lewis Bey

cc: file copy

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.  245B-5

Post Office Box 7251, Main Station
St. Louis, Missouri  63177
January 14, 1986

▇▇▇▇▇▇▇▇▇▇ *b7C*

Southwestern Bell Telephone Company
100 North Tucker, Room 1025
St. Louis, Missouri 63101

Dear ▇▇▇▇▇▇ *b7C*

Pursuant to an official criminal investigation
of a suspected violation of Title 21, United States Code,
being conducted by the Federal Bureau of Investigation,
St. Louis Division, it is requested that your company
furnish subscriber information and long distance toll
records for the period July, 1985 through December, 1985
inclusive, for the following telephone numbers: ▇▇▇▇ *b7C*
▇▇▇▇ and (314) 355-6721.

In lieu of a witness appearing at this office,
records may be turned over to any agent/employee of the
Federal Bureau of Investigation.

You are requested not to disclose the existence
of this request. Any such disclosure could impede the
investigation being conducted and thereby interfere with
the enforcement of the law.

Very truly yours,

CHARLES LONTOR
Assistant Special Agent in Charge

▇▇▇▇▇▇▇ *b7C*

1-Addressee
1-St. Louis (2-245B-5)
 (1-66-2462 Sub C)
DAD:tp
(4)

245-5-329
SEARCHED _____
SERIALIZED __JM__
INDEXED _____
FILED __JM__

FEDERAL BUREAU OF INVESTIGATION

1

Date of transcription    1/24/86

On January 21, 1986, subscriber information and long distance toll records for telephone number (314) 355-6721 were obtained from the Security Office of SOUTHWESTERN BELL TELEPHONE COMPANY, 100 North Tucker, pursuant to an Administrative Subpoena:

Telephone number (314) 355-6721 is issued to JERRY L. BEY, 12654 Stoneridge, Florissant, Missouri.

Toll records were obtained for the period of July, 1985 through December, 1985.

Investigation on ___1/21/86___ at ___St. Louis, MO.___ File # ___SL 245B-5-333___

by ___SA___ tp ___b7C___ Date dictated ___1/24/86___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# EXHIBIT D

Date: July 23, 2003

To: Federal Bureau of Investigation
    Attn: Freedom of Information Officer
    P.O. Box 7251, Main Station
    St. Louis, Missouri 63177


From: Mr. Jerry Lewis Bey
    R.G.# 22328-044
    U.S. Penitentiary Beaumont
    P.O. Box 26030
    Beaumont, Texas 77720-6030


Re: May 9, 2003 FOIA Request Letter


Dear FOIA Officer:

    This letter is in regards to my May 9, 2003 letter, whereas,
I made a "specific" request for information being maintained by
your agency on a 1985 telephone number (314) 355-6721, that was
in my name, Jerry L. Bey, at my residence, 12654 Stoneridge
Drive, Florissant, Missouri. The request was made pursuant to
Title 5 USC 552 and 552(a), the Freedom of Information Act and
the Privacy Act. The information can be found in FBI file #
SL-245B-5-333 and it relates to "long distance toll-records
for the period of July 1985 through December 1985. I never
heard back from your agency within the time allowed pursuant
to the Acts, nor have I heard from your Headquarters in Washing-
ton, D.C. I want to again thank you in advance for your time
and concern in the herein matter and hope to recieve the herein
requested information and that your agency delete and informa-
tion which is exempt from disclosure.

                                Sincerely yours,

                                Jerry Lewis Bey




cc: files;

# EXHIBIT E

10-31-03

To: Federal Bureau of Investigation
Attn: Freedom of Information Officer
P.O. Box 7251, Main station
St. Louis, Mo. 63177

From: Mr Jerry Lewis Bey # 22328-044
Federal Correctional Institution
Unit C-4  Cell # 319
P.O. Box 725
Edgefield, South Carolina 29824

Re: FOIA letters dated May 9, 2003, July 23, 2003 and August 2
2003

Dear FOIA Officer,
       This letter is to inform your agency of my new address
as I have been transferred from the USP Beaumont to the
following Institution:  Federal Correctional Institution
                        Unit C-4  Cell # 319
                        P.O. Box 725
                        Edgefield, South Carolina 29824

       I left USP Beaumont on September 15, 2003 and
I do not know if your agency responded to my requests,
however, I never heard back from your field office nor
recieved any FOIA number from your Washington, D.C.

Headquarters. I'm enclosing a copy of two of my love-
with hope that I hear from your agency soon. I again
will thank you in advance for your time and concern in
the herein matter.

Sincerely
Jerry Lewis Bey

cc: self

Date: July 23, 2003

To: Federal Bureau of Investigation
    Attn: Freedom of Information Officer
    P.O. Box 7251, Main Station
    St. Louis, Missouri 63177

From: Mr. Jerry Lewis Bey
    R.G.# 22328-044
    U.S. Penitentiary Beaumont
    P.O. Box 26030
    Beaumont, Texas 77720-6030

Re: May 9, 2003 FOIA Request Letter

Dear FOIA Officer:

    This letter is in regards to my May 9, 2003 letter, whereas,
I made a "specific" request for information being maintained by
your agency on a 1985 telephone number (314) 355-6721, that was
in my name, Jerry L. Bey, at my residence, 12654 Stoneridge
Drive, Florissant, Missouri. The request was made pursuant to
Title 5 USC 552 and 552(a), the Freedom of Information Act and
the Privacy Act. The information can be found in FBI file #
SL-245B-5-311 and it relates to "long distance toll-records
for the period of July 1985 through December 1985. I never
heard back from your agency within the time allowed pursuant
to the Acts, nor have I heard from your Headquarters in Washing-
ton, D.C. I want to again thank you in advance for your time
and concern in the herein matter and hope to recieve the herein
requested information and that your agency delete and informa-
tion which is exempt from disclosure.

                         Sincerely yours,

                         Jerry Lewis Bey

cc: files;

FEDERAL BUREAU OF INVESTIGATION

1

Date of transcription ___1/24/86___

On January 21, 1986, subscriber information
and long distance toll records for telephone number (314) 355-6721
were obtained from the Security Office of SOUTHWESTERN
BELL TELEPHONE COMPANY, 100 North Tucker, pursuant to
an Administrative Subpoena:

Telephone number (314) 355-6721 is issued to
JERRY L. BEY, 12654 Stoneridge, Florissant,
Missouri.

Toll records were obtained for the period of
July, 1985 through December, 1985.

Investigation on ___1/21/86___ at ___St. Louis, MO.___ File # ___SL 245B-5-333___

by ___SA___ ___ :tp b1C___ Date dictated ___1/24/86___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

U.S. Department of Justice                    Certification of Identity                    

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form or supplies to the request to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016) Washington DC 20503

Full Name of Requester [1]          **Jerry Lewis Bey # 22328-044**

Citizenship Status [2]    **USA**          Social Security Number [3]    �█████

Current Address          **USP Beaumont, P.O. Box 26030, Beaumont, TX. 77720**

Date of Birth    ▇▇▇▇▇▇          Place of Birth    **St. Louis, Missouri**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both; and that requesting or obtaining any records under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]    *Jerry Lewis Bey*          Date    **8-2-03**

**OPTIONAL:** Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____          _____
                        Print or Type Name

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence" pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 2-28-03

FORM DOJ-361
APR. 00

# EXHIBIT F

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D C 20535*

MR JERRY LEWIS BEY
#22328-044
POST OFFICE BOX 26030
BEAUMONT, TX 77720-6030

November 6, 2003

Subject: FILE NO 245B-5

FOIPA No 0967782- 000

Dear Requester:

    The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☒(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

**528  page(s) were reviewed and 458  page(s) are being released**

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]  This information has been:

    ☐  referred to the OGA for review and direct response to you

    ☐  referred to the OGA for consultation.  The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release  Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D C  20530-0001 within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal "  Please cite the FOIPA number assigned to your request so that it may be easily identified

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation.  Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s)  Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s) Because of our significant backlog, we have given priority to processing only the main investigative file(s)

If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s) - (2)

In response to your letters of August 29, 2002; September 1, 2002; September 13, 2002, and May 9, 2003, enclosed are sub files C through I and sub files K through M of St. Louis file 245-SL-5.

Various portions of St. Louis file 245-SL-5 were released to you on May 31, 2000, and November 14, 2001. With this third release, all documents contained in this file have been processed for release to you.

Pursuant to Title 28, Code of Federal Regulations, Section 16.11 and 6.49, there is a fee of ten cents per page for duplication. Please remit of the amount of **$45.80** by check or money order payable to the Federal Bureau of Investigation. To ensure proper identification of your FOIPA request, please return a copy of this letter and/or include the FOIPA request number on your check or money order.

# EXHIBIT G



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D C 20535*

MR JERRY LEWIS BEY
**22328-044
FEDERAL CORRECTIONAL INSTITUTION
UNIT C-4, CELL #319
POST OFFICE BOX 725
EDGEFIELD, SC 29824

November 12, 2003

Request No.: 0967782- 000
Subject: FILE NO 245B-5

Dear Requester:

    This is in response to your letters dated July 23, 2003, and August 2, 2003, in which you requested specific documents that you state are contained in St. Louis file number 245B-5.

    Please be advised that with the release of documents made to you by letter dated November 6, 2003, all of the documents contained in St. Louis file number 245B-5 have now been processed and released to you through your various Freedom of Information-Privacy Acts (FOIPA) requests to the FBI. Therefore, you have already received all releasable documents pertinent to the above letters

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

**EXHIBIT H**

Date: November 17, 2003

To: U.S. Department of Justice
    Federal Bureau of Investigation
    Attn: Mr. David M. Hardy
    Record Management Division
    Washington, D.C. 20535

From: Mr. Jerry Lewis Bey
      22328-044
      Federal Correctional Institution
      Unit C-4   Cell# 319
      P.O. Box 725
      Edgefield, S.C. 29824

Re: FOIA Request No. 0967782-000
    Subject FILE No. 245B-5

Dear Mr. Hardy:

    Sir, I recieved your letter today, November 17, 2003, which is dated

November 12, 2003, and according to your letter, your agency released documents

to me in a letter dated November 6, 2003.  Sir, I never recieved those records,

as I just recently tranferred from USP Beaumont to my current address, as

I beeen here at Edgefield since October 17, 2003.  I'm asking at this time

would you please forward those documents to me at the above address.  I want

to thank you in advance for your time and concern in the herein matter and

I hope to recieve those documents soon.

                                    Sincerely yours,

                                    Jerry Lewis Bey
                                    Jerry Lewis Bey

cc: self;

previous
package resent
on 11.20.2003
scan admin.
jat



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C 20535*

MR JERRY LEWIS BEY                                    November 12, 2003
**22328-044
FEDERAL CORRECTIONAL INSTITUTION
UNIT C-4, CELL #319
POST OFFICE BOX 725
EDGEFIELD, SC  29824

Request No : 0967782- 000
Subject: FILE NO 245B-5

Dear Requester:

This is in response to your letters dated July 23, 2003, and August 2, 2003, in which you requested specific documents that you state are contained in St  Louis file number 245B-5

Please be advised that with the release of documents made to you by letter dated November 6, 2003, all of the documents contained in St  Louis file number 245B-5 have now been processed and released to you through your various Freedom of Information-Privacy Acts (FOIPA) requests to the FBI Therefore, you have already received all releasable documents pertinent to the above letters.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

# EXHIBIT I

Date: November 29, 2003

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy
    935 Pennsylvania Avenue, N.W.
    Washington, D.C. 20535-0001

From: Mr. Jerry Lewis Bey #22328-044
      F.C.I.
      Unit C-4
      P.O. Box 725
      Edgefield, S.C. 29824

Re: FOIA Request Dated July 23, 2003

Dear Mr. Hardy:

I recieved 458 pages of FBI records from file 245B-5.  I would
like to thank you for your attention in this matter, however,
I must return the disclosure in its entirety, as it does not
pertain to me, nor did I request those records.

First of all, all of the released records pertains to an in-
dividual name Vernon Whitlock, that I do not know.  Further-
more, in an earlier dosclosure back in 1991, your agency
also sent me records pertaining to Mr. Whitlock.  Apparently
he was a subject in an investigation back in the early 1980's
wheras I was the main target and his name was under the
same investigation file.

Also, I want to bring your attention to my May 9, 2003 FOIA
request, whereas, I specifically requested that your agency
release to me telephone records on my home telephone number
(314) 355-6721 that was in my name Jerry L. Bey, at my home
12654 Stoneridge Drive, Florrissant, Missouri.

I specificnaly ask for my July 1986 through December 1985
"long distance toll-records" that is being maintained in FBI
foile 245B-5-333.  Unfortunately, in the 458 pages your agency

released on November 6, 2003, there is not one single telephone
bill page for that time period nor any other time period. I
would like to take this time to request again pursuant to the
FOIA that your agency release to me the specified records. I'm
enclosing another copy of my May 3, 2003 letter and I hope to
hear from you soon. OI'm also enclosing a copy of an earlier
disclosure record, that should help you find the requested
records. I want to again thank you in advance for your time
and concern in the herein matter.

Sincerely yours,

Jerry Lewis Bey

-2-

Date: May 9, 2003

To: Federal Bureau of Investigation
    Attn: Freedom of Information Officer
    P.O. Box 7251, Main Station
    St. Louis, Missouri 63177

From: Mr. Jerry Lewis Bey
    R.G.# 22328-044
    U.S. Penitentiary Beaumont
    P.O. Box 26030
    Beaumont, Texas 77720-6030

Re: <u>Information On Myself, Jerry Lewis Bey</u>
    <u>In FBI File # SL-245B-5-333</u>

Dear FOIA Officer:

    This request is being made pursuant to the Freedom of Infor-
mation and Privacy Acts, Title 5 USC 552 and 552(a). I'm at this
time making a "specific" request for information being maintained
by your agency in FBI file # SL 245B-5-333. The information is
long distance toll records for the period of July 1985 through
December 1985, in the name of Jerry L. Bey. The telephone number
was (314) 355-6721 and in the name Jerry L. Bey. This informa-
tion is disclosable under the Acts, and to assist you in your
search, I'm enclosing a copy of two pages, I recieved three years
ago, from an earlier search. I want to thank you in advance for
your time and concern in the herein matter, and hope to hear from
you soon.

                              Sincerely yours,

                              Jerry Lewis Bey

cc: file copy

**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.  245B-5

Post Office Box 7251, Main Station
St. Louis, Missouri  63177
January 14, 1986

█████████████ b7C 

Southwestern Bell Telephone Company
100 North Tucker, Room 1025
St. Louis, Missouri  63101

Dear ███████████ b7C

      Pursuant to an official criminal investigation
of a suspected violation of Title 21, United States Code,
being conducted by the Federal Bureau of Investigation,
St. Louis Division, it is requested that your company
furnish subscriber information and long distance toll
records for the period July, 1985 through December, 1985,
inclusive, for the following telephone numbers: ██████████
███████ and (314) 355-6721. ██████ b7C

      In lieu of a witness appearing at this office,
records may be turned over to any agent/employee of the
Federal Bureau of Investigation.

      You are requested not to disclose the existence
of this request.  Any such disclosure could impede the
investigation being conducted and thereby interfere with
the enforcement of the law.

Very truly yours,

CHARLES LONTOR
Assistant Special Agent in Charge

 b7C

Addressee
St. Louis (2)245B-5)
()-66-2462 Sub C)
):tp tp
)

245-5-329
SEARCHED _____
SERIALIZED ___ JM ___
INDEXED _____
FILED ___ JM ___

FEDERAL BUREAU OF INVESTIGATION

1

Date of transcription___ 1/24/86

On January 21, 1986, subscriber information
and long distance toll records for telephone number (314) 355-6721
were obtained from the Security Office of SOUTHWESTERN
BELL TELEPHONE COMPANY, 100 North Tucker, pursuant to
an Administrative Subpoena:

Telephone number (314) 355-6721 is issued to
JERRY L. BEY, 12654 Stoneridge, Florissant,
Missouri.

Toll records were obtained for the period of
July, 1985 through December, 1985.

Investigation on ___ 1/21/86 ___ at __ St. Louis, MO. ___ File # __ SL 245B-5-333

By _____ :tp \5K ___ Date dictated ___ 1/24/86

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency

# EXHIBIT J

Date: December 11, 2003

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy
    FOIA Disclosure Section
    935 Pennsylvania Avenue, N.W.
    Washington, D.C. 20535-0001

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044   Unit C-4
      FCI Edgefield
      P.O. Box 725
      Edgefield, S.C. 29824

Re: May 9, 2003 and July 23, 2003 FOIA Request

Dear Mr. Hardy:

This letter is to follow up on my original FOIA request I made
with the FBI on May 9, 2003 and again on July 23, 2003 and most
recently in a letter dated November 29, 2003, whereas I returned
to your agency 458 pages of a disclosure that I did not request.

I'm again making a request pursuant to Title 5 USC 552 and 552(a)
of the FOIPA.  Again, I'm only requesting that your agency disclose
to me my "personal" home telephone toll records from July 1985
through December 1985.  These records is being maintained in
FBI file SL-245B-5-333.  My home telephone number was (314) 355-6721 and
my address was 12654 Stoneridge Drive, Florrisant, MO.

I want to thank you again in advance for your time and concern
in the herein matter and hope to hear from you upon receiving
this letter within the time frame pursuant to the Acts.

Sincerely yours,

Jerry Lewis Bey
Jerry Lewis Bey

Date: May 9, 2003

To: Federal Bureau of Investigation
    Attn: Freedom of Information Officer
    P.O. Box 7251, Main Station
    St. Louis, Missouri 63177

From: Mr. Jerry Lewis Bey
    R.G.# 22328-044
    U.S. Penitentiary Beaumont
    P.O. Box 26030
    Beaumont, Texas 77720-6030

Re: _Information On Myself, Jerry Lewis Bey_
    _In FBI File # SL-245B-5-333_

Dear FOIA Officer:

This request is being made pursuant to the Freedom of Information and Privacy Acts, Title 5 USC 552 and 552(a). I'm at this time making a "specific" request for information being maintained by your agency in FBI file # SL-245B-5-333. The information is long distance toll records for the period of July 1985 through December 1985, in the name of Jerry L. Bey. The telephone number was (314) 355-6721 and in the name Jerry L. Bey. This information is disclosable under the Acts, and to assist you in your search, I'm enclosing a copy of two pages, I recieved three years ago, from an earlier search. I want to thank you in advance for your time and concern in the herein matter, and hope to hear from you soon.

Sincerely yours,

Jerry Lewis Bey

cc: file copy

Date: July 23, 2003

To: Federal Bureau of Investigation
    Attn: Freedom of Information Officer
    P.O. Box 7251, Main Station
    St. Louis, Missouri 63177

From: Mr. Jerry Lewis Bey
    R.G.# 22328-044
    U.S. Penitentiary Beaumont
    P.O. Box 26030
    Beaumont, Texas 77720-6030

Re: May 9, 2003 FOIA Request Letter

Dear FOIA Officer:

    This letter is in regards to my May 9, 2003 letter,whereas,
I made a "specific" request for information being maintained by
your agency on a 1985 telephone number (314) 355-6721, that was
in my name, Jerry L. Bey, at my residence, 12654 Stoneridge
Drive, Florissant, Missouri.  The request was made pursuant to
Title 5 USC 552 and 552(a), the Freedom of Information Act and
the Privacy Act.   The information can be found in FBI file #
SL-245B-5-333 and it relates to "long distance toll-records
for the period of July 1985 through December 1985.  I never
heard back from your agency within the time allowed pursuant
to the Acts, nor have I heard from your Headquarters in Washing-
ton, D.C.   I want to again thank you in advance for your time
and concern in the herein matter and hope to recieve the herein
requested information and that your agency delate and informa-
tion which is exempt from disclosure.

                      Sincerely yours,

                      Jerry Lewis Bey

cc: files;

**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.   245B-5

Post Office Box 7251, Main Station
St. Louis, Missouri  63177
January 14, 1986

 b7C

Southwestern Bell Telephone Company
100 North Tucker, Room 1025
St. Louis, Missouri  63101

Dear                         b7C

Pursuant to an official criminal investigation
of a suspected violation of Title 21, United States Code,
being conducted by the Federal Bureau of Investigation,
St. Louis Division, it is requested that your company
furnish subscriber information and long distance toll
records for the period July, 1985 through December, 1985,
inclusive, for the following telephone numbers:
and (314) 355-6721,                                       b7C

In lieu of a witness appearing at this office,
records may be turned over to any agent/employee of the
Federal Bureau of Investigation.

You are requested not to disclose the existence
of this request.  Any such disclosure could impede the
investigation being conducted and thereby interfere with
the enforcement of the law.

Very truly yours,

CHARLES LONTOR
Assistant Special Agent in Charge

 b7C

1-Addressee
1-St. Louis (2-245B-5)
(1-66-2462 Sub C)
DAD:tp
(4)

245-5-329
SEARCHED
SERIALIZED   JM
INDEXED
FILED   JM

FEDERAL BUREAU OF INVESTIGATION

1

Date of transcription _____1/24/86_____

On January 21, 1986, subscriber information
and long distance toll records for telephone number (314) 355-6721
were obtained from the Security Office of SOUTHWESTERN
BELL TELEPHONE COMPANY, 100 North Tucker, pursuant to
an Administrative Subpoena:

Telephone number (314) 355-6721 is issued to
JERRY L. BEY, 12654 Stoneridge, Florissant,
Missouri.

Toll records were obtained for the period of
July, 1985 through December, 1985.

Investigation on ____1/21/86____ at St. Louis, MO. _____ File # __SL 245B-5-333__

by ___SA_____tp bTC_____Date dictated_____1/24/86_____

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

**EXHIBIT K**

Date:  January 18, 2004


To: Federal Bureau of Investigation
    Attn: david M. Hardy
    FOIA Disclosure Section
    935 Pennsylvania Avenue, N.W.
    Washington, D.C. 20535-0001


From: Mr. Jerry Lewis Bey
    # 22328-044
    Federal Correctional Institution
    Unit C-4
    P.O.Box 725
    Edgefield, South Carolina 29824


Re: May 9, 2003 and July 23, 2003 FOIA Request


Dear Mr. Hardy:

This letter is a follow-up to my December 11, 2003 follow-up letter, which
was in regards to my earlier May 9, 2003 FOIA request, which I also followed
that request letter up with another letter dated July 23, 2003 and as of
this letter, I have not yet heard back from your agency.

In a letter dated November 29, 2003, your agency erroneously sent me 458
pages of records that was not requested nor did they involved me, as they
was related to another individual whose name indexed with the investigation
that I was the target of.  I returned those 458 pages to you and explained
to you that I only requested records that was being maintained in St. Louis
FBI file # SL-245B-5-333.  Those records sought was my telephone toll records
from July 1985 through December 1985. My telephone number was (314) 355-
6721 and I lived at 12654 Stoneridge Drive in Florrisant, Missouri.  Along
with my May 2003 letter and December 2003 letter, I attached a copy of an
earlier FBI FOIA disclosure report showing that these records existed. I
want to thank you again for your time and concern and hope to hear from
you soon.

Sincerely yours,

Jerry Lewis Bey

# EXHIBIT L



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

February 2, 2004

Mr. Jerry Lewis Bey
**22328-044
Federal Correctional Institution
Unit C-4, Cell #319
Post Office Box 725
Edgefield, SC 29824

Request No.: 0967782-000
Subject:  FILE NO 245B-5

Dear Mr. Bey:

    This is in response to your letters dated December 11, 2003, and January 18, 2004, in which you requested specific documents that you state are contained in St. Louis file number 245B-5.

    Please be advised that with the release of documents made to you by letter dated November 6, 2003, all of the documents contained in St. Louis file number 245B-5 have now been processed and released to you through your various Freedom of Information-Privacy Acts (FOIPA) requests to the FBI. Therefore, you have already received all releasable documents pertinent to the above letters.

                              Sincerely yours,


                              David M. Hardy
                              Section Chief
                              Record/Information
                                Dissemination Section
                              Records Management Division

# EXHIBIT M

04-1113

Date: February 7, 2004

To: Co-Director
    Office of Information and Privacy
    U.S. Department of Justice
    Flag Building  Suite 570
    Washington, D.C. 20530

From: Mr. Jerry Lewis Bey
      # 22328-044
      F.C.I.
      P.O. Box 725
      Edgefield, South Carolina 29824

Re: FOIA Request No.  0967782-000
    APPEAL

Dear Co-Director:

This letter will serve as my appeal from the Federal Bureau of
Investigation (FBI) decision not to disclose to me pursuant
to my Freedom of Information Act request, my home telephone
long distance toll-records for the period of July 1985 through
December 1985.  I was advised by the FBI that they had these
records and I sent FBI records showing that these records exist
and thereafter sought to obtain them.  I'm enclosing the same
copies in this appeal letter, along with a copy of the last
letter I recieved from the FBI.  It is clear that pursuant to
the spirit and the letter of the FOIPA, that I'm entitled to
my own home telephone records after deletion of the non-disclosed
material.  I want to thank you in advance for your time and
concern in the herein matter.

                              Sincerely yours,

                              Jerry Lewis Bey

OFFICE OF INFORMATION
   AND PRIVACY

   FEB 17 2004

RECEIVED

**FEDERAL BUREAU OF INVESTIGATION**

1

Date of transcription___1/24/86___

On January 21, 1986, subscriber information and long distance toll records for telephone number (314) 355-6721 were obtained from the Security Office of SOUTHWESTERN BELL TELEPHONE COMPANY, 100 North Tucker, pursuant to an Administrative Subpoena:

Telephone number (314) 355-6721 is issued to JERRY L. BEY, 12654 Stoneridge, Florissant, Missouri.

Toll records were obtained for the period of July, 1985 through December, 1985.

Investigation on ___1/21/86___ at St. Louis, MO. ___ File # SL 245B-5-333

by ___WGA_____ p 51C   Date dictated ___1/24/86___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



**U S Department of Justice**

Federal Bureau of Investigation

Washington D C 20535-0001

February 2, 2004

Mr  Jerry Lewis Bey
**22328-044
Federal Correctional Institution
Unit C-4, Cell #319
Post Office Box 725
Edgefield, SC 29824

Request No  0967782-000
Subject   FILE NO 245B-5

Dear Mr  Bey

      This is in response to your letters dated December 11,
2003, and January 18, 2004, in which you requested specific
documents that you stat  are contained in St  Louis file
number 245B-5

      Please be adv  ed that with the release of documents
made to you by letter d  ed November 6, 2003, all of the
documents contained in   Louis file number 245B-5 have now been
processed and released  you through your various Freedom of
Information-Privacy Act  (FOIPA) requests to the FBI  Therefore,
you have already receiv  all releasable documents pertinent t
the above letters

Sincerely yours,

David M  Hardy
Section Chief
Record/Information
  Dissemination Sectio
Record  Management Division

# EXHIBIT N



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone (202) 514-3642_          _Washington, D.C. 20530_

MAR - 4 2004    3/4/04

Mr. Jerry L. Bey
Register No. 22328-044
F.C.I., Unit C-4, Cell 319
P.O. Box 725
Edgefield, SC 29824

    Re.    Request No. 967782

Dear Mr. Bey:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on February 17, 2004

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt Your appeal has been assigned number **04-1113**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

            Sincerely,

            Priscilla Jones

            Priscilla Jones
            Administrative Specialist

# EXHIBIT O

Date: July 21, 2004

To: Co-Director
    Office of Information And Privacy
    Attn: Priscilla Jones/Administrative Specialist
    U.S. Department of Justice
    Flag Building-Suite 570
    Washington, D.C. 20530

From: Mr. Jerry Lewis Bey  #22328-044
    FCI Edgefield
    P.O. Box 725
    Edgefield, S.C. 29824

Re: <u>Administrative Appeal No. 04-1113</u>

Dear Priscilla Jones:

    This letter is in regard to the above appeal that I filed with
your office on February 7, 2004.  I'm attempting to find out the
status of my appeal.  As you know, I appealed the FBI decision
not to disclose to me my "personal" home telephone toll-records
from 1985.  These records are being maintained by the FBI, who
has misstakenly overlooked this disclosure, as I was advised that
they had disclosed everything to me in FBI file 245B-5.

Pursuant to the FOIA, I am entitled to the disclosure of my own
home telephone records, and any exempt part of these records should
be deleted.  I want to again thank you in advance for your time
and concern in the herein matter and I hope that during your review
of my appeal, you will render me a favorable reply, as I'm aware
of your agancy's backlog.

                  Sincerely,

                  Jerry Lewis Bey #22328-044

cc: files;



U.S. Department of Justice

Office of Information and Privacy

_Telephone. (202) 514-3642_                    _Washington, D.C. 20530_

MAR - 4 2004

Mr. Jerry L. Bey
Register No. 22328-044
F C.I., Unit C-4, Cell 319
P.O. Box 725
Edgefield, SC  29824

    Re:   Request No. 967782

Dear Mr. Bey:

       This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on February 17, 2004.

       The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **04-1113**. Please mention this number in any future correspondence to this Office regarding this matter.

       We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

       Sincerely,

       Priscilla Jones
       Administrative Specialist

**U.S. Department of Justice**



Federal Bureau of Investigation

In Reply, Please Refer to
File No.   245B-5

Post Office Box 7251, Main Station
St. Louis, Missouri  63177
January 14, 1986

b7C

Southwestern Bell Telephone Company
100 North Tucker, Room 1025
St. Louis, Missouri  63101

Dear ████████████  b7C

        Pursuant to an official criminal investigation
of a suspected violation of Title 21, United States Code,
being conducted by the Federal Bureau of Investigation,
St. Louis Division, it is requested that your company
furnish subscriber information and long distance toll
records for the period July, 1985 through December, 1985
inclusive, for the following telephone numbers: ████████  b7C
████████ and (314) 355-6721.

        In lieu of a witness appearing at this office,
records may be turned over to any agent/employee of the
Federal Bureau of Investigation.

        You are requested not to disclose the existence
of this request.  Any such disclosure could impede the
investigation being conducted and thereby interfere with
the enforcement of the law.

                        Very truly yours,


                        CHARLES LONTOR
                        Assistant Special Agent in Charge


████████████  b7C

·Addressee
·St. Louis  (2)245B-5)
 (1-66-2462 Sub C)
 D:tp
 )

245-5-329
SEARCHED
SERIALIZED
INDEXED
FILED

FEDERAL BUREAU OF INVESTIGATION

1

Date of transcription ___1/24/86___

On January 21, 1986, subscriber information
and long distance toll records for telephone number (314) 355-6721
were obtained from the Security Office of SOUTHWESTERN
BELL TELEPHONE COMPANY, 100 North Tucker, pursuant to
an Administrative Subpoena:

Telephone number (314) 355-6721 is issued to
JERRY L. BEY, 12654 Stoneridge, Florissant,
Missouri.

Toll records were obtained for the period of
July, 1985 through December, 1985.

Investigation on ___1/21/86___  at  St. Louis, MO. ___  File #  SL 245B-5-333

by ___CMGA_____  tp  51C  ___Date dictated___  1/24/86

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

# EXHIBIT P



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.   245B-5

Post Office Box 7251, Main Station
St. Louis, Missouri  63177
January 14, 1986

███████████████  b7C

Southwestern Bell Telephone Company
100 North Tucker, Room 1025
St. Louis, Missouri  63101

Dear ████████████  b7C

      Pursuant to an official criminal investigation
of a suspected violation of Title 21, United States Code,
being conducted by the Federal Bureau of Investigation,
St. Louis Division, it is requested that your company
furnish subscriber information and long distance toll
records for the period July, 1985 through December, 1985,
inclusive, for the following telephone numbers: ██████  b7C
████████████ and (314) 355-6721.

      In lieu of a witness appearing at this office,
records may be turned over to any agent/employee of the
Federal Bureau of Investigation.

      You are requested not to disclose the existence
of this request.  Any such disclosure could impede the
investigation being conducted and thereby interfere with
the enforcement of the law.

      Very truly yours,

CHARLES LONTOR
Assistant Special Agent in Charge

1-Addressee
①-St. Louis  ②-245B-5)
  (1-66-2462 Sub C)
DAD:tp
(4)

████████  ///(//  b7C

245-5-329
SEARCHED _____
SERIALIZED ___JRM___
INDEXED _____
FILED ___JAR___

FD-302 (Rev. 3-10-82)

FEDERAL BUREAU OF INVESTIGATION

1

Date of transcription___1/24/86

    On January 21, 1986, subscriber information
and long distance toll records for telephone number (314) 355-6721
were obtained from the Security Office of SOUTHWESTERN
BELL TELEPHONE COMPANY, 100 North Tucker, pursuant to
an Administrative Subpoena:

    Telephone number (314) 355-6721 is issued to
JERRY L. BEY, 12654 Stoneridge, Florissant,
Missouri.

    Toll records were obtained for the period of
July, 1985 through December, 1985.

Investigation on___1/21/86___at___St. Louis, MO.___File #___SL 245B-5-333

by___UGA [redacted]tp 51C___Date dictated___1/24/86

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

JERRY LEE LEWIS
245B-5

| Item | Date Filed | To be returned | | Disposition |
|------|-----------|----|----|-------------|
| 78 | 10/18/85 | X | Inventory of 78 Bronze Mercedes-Benz, Mo Tag ▓▓▓ seized during the arrest of V. Whitlock on 9/18/85 | |
| 79 | 10/18/85 | X | List of items seized pursuant to an inventory of the contents of a 77 Bronze, Mercedes-Benz, Mo Tag ▓▓ seized from V. Whitlock on 9/18/85 | b7C |
| 80 | 10/3/85 | X | administrative subpoena for tel. records | |
| 81 | 2/10/85 | X | Keys which were on key ring at the time of Vicki Whitlock's arrest with the exception of the 1975 mercede keys | |
| 82 | 2/10/86 | X | receipt given by US Marshall for 1978 and mercedes (St Louis Benz) 3730-85-002 (copy) | |
| 89 | 1/4/86 | X | original notes | b7C/b7D |
| 90 | 2/19/86 | X | orig notes ▓▓▓▓▓ | |
| 91 | 2/19/86 | X | orig notes | |
| 92 | 2/19/86 | X | receipt for evidence turned over to lab 2/6/8 245-B-5 1B42) | |
| 93 | 2/24/86 | X | admin subpoena for telephone numbers ▓▓▓▓ | b7C |
| | | | 355.6721 | |

**SEE RED WALLET**

245B-5-1A

RHM

FD-340 (Rev. 4-2-85)

Field File No. _2458-5_  1A93_____

Serial # of Originating Document _____

OO and File No. _____

Date Received _7/14/86_____

From _____SAC_____
                    (Name of Contributor)

_____
                    (Address of Contributor)

_____
                    (City and State)          **b7C**

By ██████████████_____
                    (Name of Special Agent)

To Be Returned ☐ Yes ☒ No     Receipt Given ☐ Yes ☒ No

Grand Jury Material - Disseminate Only Pursuant to Rule 6(e),Federal Rules
of Criminal Procedure ☐ Yes ☒ No

Title:




Reference: _____
                    (Communication Enclosing Material)

Description: ☐ Original notes re interview of ____

_____

_Administrative subpoena_
_for telephone numbers_
██████████████████, 355-6721

        **b7C**

FD-617 (8-20-82)

**U.S. DEPARTMENT OF JUSTICE/FEDERAL BUREAU OF INVESTIGATION**

# SUBPENA

In the matter of the investigation of

JERRY LEE LEWIS, AKA, ET AL;
VERNON WHITLOCK, JR., AKA;
OCDE TASK FORCE CASE

**TO:**  Southwestern Bell Telephone Company
**AT:**  100 North Tucker, Room 1025
St. Louis, Missouri  63101

**GREETING:**
By the service of this subpena upon you by Special Agent _____ or his representative who is authorized to serve it, you are hereby commanded and required to appear before ___ Hal N. Helterhoff ___ Special Agent in Charge _____, an officer of the Federal Bureau of Investigation to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Furnish subscriber billing information and long distance toll records for the period July, 1985 through December, 1985, inclusive, for the following telephone numbers: _____ and ( )14) 355-6721.

In lieu of a witness appearing at this office, records may be turned over to any agent/employee of the Federal Bureau of Investigation.

Place and time for appearance:

At _The Federal Bureau of Investigation, 1520 Market Street, St. Louis,_
_Missouri_ ___ on the _27th_ ___ day of _January_ ___, 19 _86_.
at _9:00_ o'clock _A._ M.

Failure to comply with this subpena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
( 21 U.S.C. 876 )

## ORIGINAL

Signature: _Charles Fenton_

Issued This _14th_ day of _January_ 19 _86_    Title: _Assistant Special Agent in Charge_

## CERTIFICATE OF SUBPENA

**(Pursuant to Public Law No. 513, 91st Cong, 2nd Session)**

( 21 U.S.C. 876 )

I hereby certify that I served the subpena on the reverse hereof

| DATE SUBPENA SERVED (Day, month, year) | TIME |
|---|---|
| 1/14/85 | 1-00PM |

| HOW SUBPENA WAS SERVED (Check one) | | |
|---|---|---|
| | ☐ | I handed an attested copy thereof to the person to whom it was directed. |
| | ☒ | I handed an attested copy thereof to an officer or agent of the company authorized to receive service of process. |

b7c

| SIGNATURE | TITLE |
|---|---|
| | SA, FBI, St Louis, Mo |

# EXHIBIT Q



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

Post Office Box 7251, Main Station
St. Louis, Missouri  63177
April 5, 1985

b7c

100 North Tucker, Room 1132
St. Louis, Missouri  63101

b7c  Dear

Pursuant to an official criminal investigation of a suspected
violation of Title 21, United States Code, being conducted by the
Federal Bureau of Investigation, St. Louis Division, it is reques-
ted that your company furnish subscriber information, telephone bills
and associated toll records for the months of July, 1982 through
March, 1984, inclusive, for telephone number
b7c  located at                                St. Louis, Missouri.

In lieu of a witness appearing at this office, records
may be turned over to any agent/employee of the Federal Bureau of
Investigation.

You are requested not to disclose the existence of this request.
Any such disclosure could impede the investigation being conducted
and thereby interfere with the enforcement of the law.

Very truly yours,

CHARLES LONTOR
Assistant Special Agent in Charge

1 - Addressee
3 - St. Louis (2 -245B-5) (1 - 66-2462 Sub C)
DAD:gs
(4)

b7c

REVIEW FOR INDEXING_____

2450 - 5 - 104



**U.S. Department o₁ ₁stice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

Post Office Box 7251, Main Station
St. Louis, Missouri  63177
April 5, 1985

b7C ▮▮▮▮▮▮▮▮▮▮▮
100 North Tucker, Room 1132
St. Louis, Missouri  63101

b7C Dear ▮▮▮▮▮▮▮▮

    Pursuant to an official criminal investigation of a suspected
violation of Title 21, United States Code, being conducted by the
Federal Bureau of Investigation, St. Louis Division, it is reques-
ted that your company furnish subscriber information, telephone bills
and associated toll records for the months of January, 1983 through
b7C December, 1984, inclusive, for telephone number ▮▮▮▮▮▮▮▮▮▮▮

    In lieu of a witness appearing at this office, records may
be turned over to any agent/employee of the Federal Bureau of
Investigation.

    You are requested not to disclose the existence of this request.
Any such disclosure could impede the investigation being conducted
and thereby interfere with the enforcement of the law.

                         Very truly yours,


                         CHARLES LONTOR
                         Assistant Special Agent in Charge


 1 - Addressee
 3 - St. Louis (2 -245B-5) (1 - 66-2462 Sub C)
DAD:gs
 (4)

SEARCHED ____
SERIA ED ____
INDEXED ____
FILED ____

b7C ▮▮▮▮▮▮▮▮▮▮

245B-5-105

REVIEW FOR INDEXING

FBI St



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

Post Office Box 7251, Main Station
St. Louis, Missouri  63177
April 5, 1985

b7C

100 North Tucker, Room 1132
St. Louis, Missouri  63101

b7C  Dear

     Pursuant to an official criminal investigation of a suspected
violation of Title 21, United States Code, being conducted by the
Federal Bureau of Investigation, St. Louis Division, it is reques-
ted that your company furnish subscriber information, telephone bills
and associated toll records for the months of January, 1983 through
b7C December, 1984, inclusive, for telephone number

     In lieu of a witness appearing at this office, records may
be turned over to any agent/employee of the Federal Bureau of
Investigation.

     You are requested not to disclose the existence of this request.
Any such disclosure could impede the investigation being conducted
and thereby interfere with the enforcement of the law.

                         Very truly yours,

                         CHARLES LONTOR
                         Assistant Special Agent in Charge

1 - Addressee
(3)- St. Louis (2)-245B-5) (1 - 66-2462 Sub C)
DAD:gs
   (4)

SEARCHED____
SERIALIZED____
INDEXED ____
FILED____

b7C

REVIEW FOR INDEXING_____

245B - 5 - 10.6.

# EXHIBIT R

(Title) _Jerry Lee Lewis_

(File No.) _245B-5_

| Item | Date Placed | To be returned Yes No | | Disposition |
|---|---|---|---|---|
| 94 | 2/24/86 | X | photo of Edwin Myron Nall AKA "Chili" Rhodes | |
| 95 | 2/24/86 | X | SLPD lab report items taken from brown mercedes | |
| 96 | 2/24/86 | X | Copies of Affidavit and warrant for | |
| 97 | 2/24/86 | X | FD-395 advice of rights forms | |
| 98 | 3/12/86 | X | FD-473 bumper beeper on ██████ car | b7C |
| 99 | 3/12/86 | X | FD-473 consent form Bumper Beeper | b7D |
| 100 | 3/12/86 | X | photos ██████ | b7F |
| 101 | 3/8/86 | X | photo of ██████ | |
| 102 | 4/15/86 | X | Form 1608-A Notice of Law | |
| 103 | 4/19/86 | X | Photographs & Negatives of ██████ | |
| 104 | 4/23/86 | X | administrative subpoena and toll records for ██████ (Jan 86-April 86) | |

SEE RED WALLET

245B-5-Sub A

SEARCHED _____ INDEXED _____
SERIALIZED _JGT_ FILED _JGT_

FEB 2 4 1986

FBI — ST. LOUIS          JGT

(Title) _Jerry Lee Kewis_
(File No.) _245B-5_

| Item | Date Placed | To be returned Date | | Disposition |
|---|---|---|---|---|
| 105 | 4/30 86 | X | Copy of order extending Pen register on ▨▨▨ | |
| 106 | 5-05 86 | X | Original subpoena for ▨▨▨ | b3/b7c |
| 107 | 6-03 86 | X | receipt for items returned to examiner on 6/03/86 | |
| 108 | 6-03 86 | X | Fd-192 - items returned to exhibit ro010 on 6/3/86 | |
| 109 | 6/17 86 | X | orig subpoena - Telephone number 741-9665 (@ Mayk market food) | |
| 110 | 7-03 86 | X | surveliance log | |
| 111 | 7-03 86 | X | Surveillance log | |
| 112 | 7-03 86 | X | surveliance log | |
| 113 | 7-03 86 | X | surveliance log | |
| 114 | 7-29 86 | X | toll records ▨▨▨ | b7c |

245B-5-1A

SEARCHED _____ INDEXED _JA1_
SERIALIZED _JA1_ FILED _JA1_

APR 30 1986

FBI — ST. LOUIS    _JA1_

SEE RED WALLET

(Title) Jerry Lee Lewis

(File No) 245B-5

| Item | Date Placed | To be returned Yes No | | Disposition |
|---|---|---|---|---|
| 115 | 7/30/86 | X | orig administrative subpoena | |
| 116 | 8/26/86 | X | Arrest log ▮▮▮▮ | |
| 117 | 8-25-86 | X | Interview notes. | |
| 118 | 8-26-86 | X | receipt for jewelry and $2400 turned over to IRS on 8-31-86 | b7C |
| 119 | 8-26-86 | X | administrative subpoena for toll records ▮▮▮▮ and telephone located in ▮▮▮▮ | |
| 120 | 8/19/86 | X | Photo of items taken from brown Mercedes when seized | |
| 121 | 6/1/87 | X | Seal tag from bag containing 1B 26 & 1D 38 | |
| 122 | 6/1/87 | X | Evidence copies of FD-192s from Jewelry and $2400.00 turned over to IRS 8/21/86 (1B36 & 1B38) | |

SEE RED WALLET

245B-5-1A

SEARCHED ___ INDEXED ___
SERIAL ___

JUN 3 0 1988

FBI — ST. LOUIS

(Title) Jerry Lee Lewis

(File No.) 245B-5

| Item | Date Filed | To be returned Yes / No | | Disposition |
|------|-----------|------|--------------------------------|-------------|
| 123 | 6/19/87 | X | Photos taken of ▓▓▓▓ meet at ▓▓▓▓▓▓▓▓▓▓ Taken by ▓▓▓▓ | b7C/b7D |
| 124 | 6/19/87 | X | Photos taken of ▓▓▓▓▓▓ buy from Vernon Whitlock | |
| 125 | 6/19/87 | X | Original Admin Subpoena served on Royal Bank by ▓▓▓▓▓▓▓ no records obtained | b7C |
| 126 | 6/19/87 | X | Photo's and negatives of buy | |
| 127 | 6/19/87 | X | Surveillance logs ▓▓▓▓▓▓ 4/30/86 - 7/31/86 | |
| 128 | 6/19/87 | X | Daily Summaries Tel No. ▓▓▓▓▓ 4/17/86 - 7/31/86 | b7C |
| 129 | 6/19/87 | X | Daily Totals Tel No. ▓▓▓ 4/7/86 - 7/31/86 | |
| 130 | 6/19/87 | X | Toll records ▓▓▓▓▓▓▓▓▓ | |
| | | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

245B-5-1A

| SEARCHED | INDEXED |
| SERIALIZED | FILED |

JUN 19 1987

FBI - St. Louis

SEE RED WALLET

(Title) JERRY LEE LEWIS

(File No.) 2450-5

| Item | Date Filed | To be returned Yes | To be returned No | | Disposition |
|------|-----------|------|------|---|-------------|
| 131 | 6/19/87 | | X | Pen Register Tapes | |
| 132 | 6/19/87 | | X | Pen Register Tapes | |
| 133 | 6/19/87 | | X | Copies of Telephone and Wages Transcripts - Whitlock | |
| 134 | 6/19/87 | | X | Copy of Video Tape ▮▮▮▮▮ buy from Whitlock | |
| 135 | 6/19/87 | | X | Telephone Subscriber printout | |
| 136 | 6/19/87 | | X | Telephone Subscriber printout | |
| 137 | 9/12/88 | | X | SLPD Investigative Reports & Lab Reports on Drug Buys From VERNON Whitlock | 67C / 67D |
| 138 | 4/23/89 | | X | Electronic data on Pen Register Microcomputer used Burroughs - Operating System: CMS -- Application R Base 4000 - Archived dis. < DAD > | |
| 140 | 10/19/92 | | X | Original interview notes ▮▮▮▮ | |
| 141 | 10/19/92 | | X | Interview notes ▮▮ ▮▮▮▮▮ | |

SEE RED WALLET

2450-5-1A

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

JUN 20 1987

FBI - ST. ▮▮▮▮