UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY,<br><br>  Plaintiff,<br><br>          v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Civil Action Number<br>05-1076 (JGP) |

**ORDER**

UPON CONSIDERATION of defendant's Motion for Summary Judgment, any opposition thereto, and the entire record in this case, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment is granted, and it is further

**ORDERED** that this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

**JERRY LEWIS-BEY**
**R22328-044**
**EDGEFIELD FEDERAL CORRECTIONAL INSTITUTION**
**P.O. Box 725**
**Edgefield, SC 29824**