UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JERRY LEWIS BEY,                      )
         Plaintiff,           )
                                      )
-v-                                   )   Civil No. _____
                                      )
U.S. DEPARTMENT OF JUSTICE,           )
         Defendant.           )

## COMPLAINT

1.)   This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act (PA), 5 U.S.C. § 552(a), to order the production of Federal Bureau of Investigation (FBI) records on Tonya Lewis Bey and Doris Lewis Bey. The information sought is in FBI file # [245B-5], and authorization has been given under sworn oath pursuant to 5 U.S.C. 552a(b) to the FBI to release [all] disclosable information pursuant to these Acts.

These records should include surveillance photos, video tapes, logs, pen-register information, telephone records, arrest, automobile records, etc.

In this action, plaintiff, request declaratory, injunctive relief, and all incurred cost and trial by jury.

*Plaintiff's Exhibit A*

## JURISDICTION AND VENUE

2.)   This court has jurisdiction pursuant to the FOIA 5 U.S.C. § 552 And P/A 5 U.S.C. § 552(a), ADMINISTRATIVE PROCEDURE ACT, 5 U.S.C. § 701, Venue is proper in this District pursuant to the provisions of 5 U.S.C. § 552(a)(g)(5) and 5 U.S.C. § 703.

## PARTIES

3.)   Plaintiff, JERRY LEWIS BEY, is a Federal Prisoner, currently incarcerated at the Federal Correctional Institution (FCI), Edgefield, South Carolina.

4.)   Defendant, is the UNITED STATES DEPARTMENT OF JUSTICE (DOJ), which the FBI is an agency thereof, and has possession of and control over the records that Plaintiff seeks.

## FACTS

5.)   On April 7, 2004, Doris J. Franklin, aka Doris Lewis Bey, made a request to the FBI under the FOIA and PA for records in St. Louis FBI file # 245B-5 and that these records be disclosed to her ex-husband Jerry Lewis Bey (Plaintiff). [Exhibit A]

6.)   On April 9, 2004, Tonya S. Timmons, aka Tonya Lewis Bey, made a request to the FBI under the FOIA and PA for records in St. Louis file # 245B-5, and that these records be disclosed to her ex-husband, Jerry Lewis Bey (Plaintiff). [xhibit B]

7.)    On May 3, 2004, Plaintiff in a letter to the FBI regarding the April 9, 2004 letter sent by his ex-wife Tonya S. Timmons, aka Tonya Lewis Bey, specified the information requested, in an attempt to assist the FBI in their search. [Exhibit C]

8.)    On September 20, 2004, after not recieving a FOIA request number nor hearing from the FBI regarding any of the above letters, plaintiff in a September 20, 2004 letter to the FBI enclosed copies of the above three (3) letters and inquired why he had not been contacted by the FBI that they had recieved the two April 2004 FOIA request and why there had been [no] correspondence. [Exhibit D]

9.)    On November 20, 2004, plaintiff again wrote to the FBI inquiring about the April 7 and 9, 2004 FOIA request letters, and why the FBI refuse to acknowledge receipt of those letters and plaintiff's letters. [Exhibit E]

10.)    As of March 2005, (11 months later), plaintiff has yet to hear from the FBI, even though all plaintiff has sought was "[non-privileged records]" regarding his two ex-wives that is being maintained in the St. Louis FBI file # 245B-5, which said file and records do exist as the FBI has disclosed records from this file to plaintiff pertaining to him pursuant to the FOIA, and in this file, records pertaining to Tonya Lewis Bey and Doris Lewis Bey was withheld and others with their names were [deleted] pursuant to the FOIPA.

11.) The actions of defendant stated in paragraphs 5-10, denied plaintiff rights afforded by United States Laws.

### DEMANDS

12.) The Defendant makes a mistake by not supplying Plaintiff copies of the requested records, wherefore, this plaintiff's rights were violated. Therefore, Plaintiff demands judgement against the Defendant and Prays that the Court grant the following:

A. That the Court declare the actions of defendant in this case has failed to comply with the FOIPA statutes by improperly withholding agency records and therefore is outside of establish law.

B. That the Court order that the requested records be made available to the plaintiff.

C. That the Court order defendant to reimburse the Plaintiff of any cost that he may incur in relation to this action.

D. That such relief as this Court may deem appropriate.

This action is filed in the interest of justice, in the spirit of the FOIPA provisions and its intent as well as in the interest of good Faith.

Respectfully submitted,

*Jerry Lewis Bey*/Plaintiff
#22328-044

This 6 day of April, 2005.

-4-

# AFFIDAVIT

I, <u>Jerry Lewis Bey</u>, depose by oath the following; that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs. I declare that I am unable to pay the costs of these said proceedings and that I am entitled to the relief sought in the complaintant petition/motion.

*Jerry Lewis Bey* (signature)
Jerry Lewis Bey

This 6 day of April, 2005.

Date: April 7, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy/ Section Chief
    Freedom of Information Section
    Washington, D.C. 20535

From: Doris J. Franklin   aka Doris J. Lewis Bey
      10405 Lord
      St. Louis, Missouri 63136

Re: St. Louis FBI File No. 245B-5

Dear Mr. Hardy:

This request is pursuant to the Freedom of Information and Privacy Ats, Title 5 USC 552 and 552(a). I'm requesting that your agency disclosed to my ex-husband, Jerry Lewis Bey, all records being maintained on me in St. Louis FBI file # 245B-5. The request is for any FBI memorandums, 302 reports, and should include a 1983 memorandum regarding a traffic violation that was forwarded to te 1983 MSTA task force. I'm enclosing a signed Certificate of Identity form showing I authorized your agency to release these records at my request. I thank you in advance for your time and concern.

Sincerely,

Doris Franklin

cc: Jerry Lewis Bey

U.S. Department of Justice

## Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] ___Doris J. Franklin    aka Doris Lewis Bey___

Citizenship Status [2] ___USA___    Social Security Number [3] ___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___

Current Address ___10405 Lord    St. Louis, Mo. 63136___

Date of Birth ___2-17-55___    Place of Birth ___St. Louis, Mo.___

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] ___[signature]___    Date ___April 7, 2004___

---

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

___Mr. Jerry Lewis Bey, #22328-044    FCI, P.O. Box 725, Edgefield, S.C. 29824___

Print or Type Name

---

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 2/29/04

FORM DOJ-361
APR.01

Date: April 9, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy/ Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mrs. Tonya S. Timmons
      1400 Herrington Rd. # 2102
      Lawrenceville, GA. 30044

Re: FBI St. Louis File # 245B-5

Dear Mr. Hardy:

This request is pursuant to Title 5 USC 552 and 552(a) of the Freedom of Information and Privacy Acts. I'm requesting that your agency disclose to my ex-husband, Jerry Lewis Bey, all the records being maintained on me in St. Louis FBI File # 245B-5. It has been brought to my attention by my ex-husband, that this file investigation began in March 1983. In 1983, my name was Tonya S. Brown and I was Jerry Lewis Bey's girlfriend and later became his wife in April 1990. I have since remarried on November 21, 2001, and my name is now Tonya S. Timmons. The requested records should include all FBI 302 reports, memorandums, photos, surveillance logs records, pen-register records.

I'm also enclosing a FBI privacy waiver and Certification of Identity form that I have signed showing that I have made the authori-

zation for these records to be disclosed to another person. Your agency also have on file, copies of legal documents showing how I sign my signature, as your agency in FOIA Request No. 0989997-000, recently released other records at my request to Mr. Lewis Bey. I want to thank you in advance for your time and concern in the herein matter.

Sincerely,

Tonya S. Timmons

cc: Jerry Lewis Bey

U.S. Department of Justice                    Certification of Identity                    

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    Tonya S. Timmons

Citizenship Status [2]    USA                         Social Security Number [3]    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

Current Address    1400 Herrington RD. #2102    Lawrenceville, GA. 30044

Date of Birth    11-22-61                          Place of Birth    St. Louis, Missouri

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   X _____                Date    4/9/04

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Mr. Jerry Lewis Bey # 22328-044    FCI, P.O. Box 725, Edgefield, S.C. 29824

Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 2.29.04

FORM DOJ-361
APR. 01







Date: May 3, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey # 22328-044
      F.C.I. Edgefield
      P.O. Box 725
      Edgefield, S.C. 29824

Re: <u>FOIA Request on Tonya Brown Being Maintained In
    St. Louis FBI File No. 245B-5</u>

Dear Mr. Hardy:

This letter is in regards to a Freedom of Information Act, Title 5 USC 552 and 552(a), the Privacy Act, request, that was submitted to your agency by my ex-wife, Tonya Timmons, formerly Tonya Lewis Bey and Tonya Brown. In her April 9, 2004 request letter, she requested that your agency, the FBI, release to me all records being maintained by the St. Louis FBI office in file # 245B-5.

Sir, since I'm familiar with this file, I wanted to make sure that your agency know that the information would be found under the name Tonya Brown, her maiden name, not Lewis Bey nor Timmons. This is a 1983 task force file, which she and I was living at 11882 San Remo at one time during the investigation which lasted over a number of years. Additionally, our telephone number at San remo was (314) 741-3118.

Sir, the information being maintained, should include all automobiles Tonya Brown was seen in by the FBI, and photos of those automobiles, as well as surveillance records of those automobiles. The records should include pen-register records on telephone number (314) 741-3118, as well as toll-records and South Western Bell telephone records, bills, etc. These records should include all FBI 302 reports, memorandums, and federal court records, including subpoenas, installation records for telephone recordings or trace and traps. In addition, any federal grand jury subpoenas relating to Tonya Brown and all task force surveillance records from the task force under cover apartment as well as any other surveillance records.

Sir, I hope by my being specific, and identifying the file, it would assist you and your staff in locating these records. I want to thank you again in advance for your time and all the assistance you have rendered me in the past, as I hope to hear from you soon.

Sincerely,

*Jerry Lewis Bey*
Jerry Lewis Bey

-2-

Date: September 20, 2004


To: Federal Bureau of Investigation
    Attn: Mr. David Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525


From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      FCI Edgefield
      P.O. Box 725
      Edgefield, S.C. 29824


Re: Unacknowledged FOIA Request


Dear Mr. Hardy:

   This letter is to inquire about my three (3) seperate Freedom of Information Act (FOIA) request that I forwarded to your agency on April 7, 2004, May 3, 2004 and August 2, 2004, which has not been acknowledged. I have not recieved a FOIA request number for either of my request, which has been the normal procedure when an individual makes a request for records pursuant to the FOIA. Two of the request was from two of my ex-wives, giving the FBI authorization to disclose any information being maintained in your FBI files on them to me. The other request was from me seeking information on myself that are being maintained in polygraph examinations taken by the FBI on certain government witnesses in my RICO case.

   I'm enclosing copies of the three(3) letters, as it is my hope that I will hear from you soon and that no civil action has to be filed in federal court. I again thank you in advance for your time and concern in the herein matter.

Sincerely,

*Jerry Lewis Bey*
Jerry Lewis Bey

cc: file copy

-2-

Date: November 20, 2004


To: Federal Bureau of Investigation
    Attn: Freedom of Information Section
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey
    #22328-044
    FCI
    P.O. Box 725
    Edgefield, S.C. 29824

Re: <u>April 7, 2004, April 9, 2004, May 3, 2004 and September 20, 2004 FOIA Request Letters Unacknowledged BY The FBI</u>

Dear FOIA Officer:

    This letter is to inquire about my Freedom of Information Act (FOIA) request for records being maintained by your agency. Seven months ago my ex-ife Doris Franklin (Doris Lewis Bey), in a letter to your office requested that you disclose all records being maintained on her in St. Louis FBI file #245B-5. I never heard from your agency nor did I recieve a FOIA Request Number.

    Also on April 9, 2004 my other ex-wife Tonya Timmons (Tonya Lewis Bey) also made a request that you disclose all records in the same St. Louis file 245B-5 and as of this writing, I never recieved a FOIA Request Number nor any disclosure. On May 3, 2004 and again on September 20, 2004 I wrote to your agency and sent copies of their request letters and asked that these records be disclosed to me and again **"there was no response."**

    It's clear that the FOIA requires governmental agencies such as the FBI, upon **"<u>any</u>"** request for records which reasonably describes such records, to make the records **"promptly"** available pursuant to Title 5 USC 552(a)(3). I want to thank you again and hope to hear from you soon.

                                             Sincerely yours,
                                             Jerry Lewis Bey