

```
                    Jerry Lewis

                    MSG
12   226 NPU    JUL 05 83 *BILL
EY                        1FR   AOC 77  BOC 55    EST 0761
ONERIDGE            DBD   02 AG/CC 4  CR  2   MT  36 TAR BLJ -5.625-3
NT MO  63033      RA1       PPD    HT      CT       PAH       TAX
                  RA2 0802     NT    BSX Y    DEP   68.00 060782*
                  RBA 0712
                                                  USE  MONTH  IC
   0765777760    DCK HIST   000000000        AC/        CUR
SCIENCE TEMPLE SNC 6-78 MINISTER NO TEL NO PO BO         1ST      19
WFE                  REH                     NPS   b7C   2ND      42
                                                         3RD      50
     21.85       PREV BL     192.65
     72.59       PREV PAY & ADJ          CURRENT PAY & ADJ
                 DATE  TC  AMOUNT        DATE TC BATCH  AMOUNT
      5.30       0614  CB    78.22C

      4.70
    104.43
    114.43
    218.86
.00   S&L   1.70  GRT              911        .00
  11443 MR WL PA FA ZS 7-14 FU 7-18                              SI    *?
                    MSG
12   226 NPU    JUL 05 83 *IC
EY                        1FR   AOC 77  BOC 55    EST 0781
ONERIDGE            DBD   02 AG/CC 4  CR  2   MT  36 TAR BLJ -5.625-3
NT MO  63033      RA1       PPD    HT      CT       PAH       TAX
                  RA2 0802     NT    BSX Y    DEP   68.00 060782*
                  RBA 0712
 05 83   DETAIL OF ITEMIZED CALLS                 PAGE   1 OF   4
DATE TIME  PLACE CALLED AREA NUMBER  MIN  ***TCS  AMT REEL CRD #
 603  800P SPANISH LK MO              2 EP D J
LLECTFROM CHCAGO  IL CO                           358 H611
 603 1139P SPANISH LK MO             11 NP D J
LLECTFROM CHCAGO  IL CO                           479 H610
 605  348P SPANISH LK MO             15 NP D J
LLECTFROM CHCAGO  IL CO                           541 H611
 605  810P SPANISH LK MO              2 ES D J
LLECTFROM CHCAGO  IL CO                           213 H611
 608  126P LOCAL COIN MO              2 DS D 6
LLECTFROM RIVERVW MO CO                            50#XC30
 608  911P SPANISH LK MO              5 ES D J
LLECTFROM KALZOO  MI CO                           291 LP94
 613 1039A SPANISH LK MO              4 DP D J
LLECTFROM CHCAGO  IL CO                           475 H611
ATE TAXABLE
```

b7C

Exhibit D



```
12   226 NPU    JUL 05 83 *IC
BEY
ONERIDGE              1FR   AOC 77  BOC 55   EST 0781
NT MO 63033      DBD  02 AG/CC  4   CR  2    MT  36    TAR BLJ -5.625-3
                 RA1       PPD    HT       CT       PAH         TAX
                 RA2 0802  NT     BSX Y    DEP      68.00 060782*
                 RBA 0712

05 83    DETAIL OF ITEMIZED CALLS                    PAGE    2 OF  4
DATE TIME    PLACE CALLED  AREA NUMBER  MIN ***TCS  AMT REEL CRD #
615  908P  LOSANGELES CA                  3 E  H J   91 XC
615  834P  LOSANGELES CA                  1 E  H J   38 XC
618  940A  SPRINGFLD  MO                  2 N  H B   70#XC
618  519P  LOSANGELES CA                  2 N  H J   43 XC
618  655P  LOSANGELES CA                  2 N  H J   43 XC
619 1029A  LOSANGELES CA                  2 N  H J   43 XC         b7C
619 1237A  LOSANGELES CA                  1 NS B J
D NO. FROM STLOUIS MO                                180 XC31
620  358P  LOSANGELES CA                  7 D  H J  328 XC
621 1037P  LOSANGELES CA                  4 E  H J  117 XC
621 1134P  LOSANGELES CA                  5 N  H J   96 XC
623  624P  LOSANGELES CA                  8 E  H J  223 XC
625 1047A  LOSANGELES CA                  4 N  H J   78 XC
625 1151P  LOSANGELES CA                 17 N  H J  307 XC
ATE TAXABLE
                  MSG
12   226 NPU    JUL 05 83 *IC
BEY
ONERIDGE              1FR   AOC 77  BOC 55   EST 0781
NT MO 63033      DBD  02 AG/CC  4   CR  2    MT  36    TAR BLJ -5.625-3
                 RA1       PPD    HT       CT       PAH         TAX
                 RA2 0802  NT     BSX Y    DEP      68.00 060782*
                 RBA 0712
```



```
                                                     b7C
 10 621 1136P LOSANGELES                5 N H J   98 XC
 11 623 624P LOSANGELES CA              8 E H J  225 XC
 12 625 1047A LOSANGELES CA             4 N H J   78 XC
 13 625 1151P LOSANGELES                17 N H J 307 XC
#STATE TAXABLE                              DNKP D
PG3                        MSG
 6912  226 NPU    JUL 05 83 *IC
 L BEY                     1FR  AOC 77 BOC 55  EST 0781
 STONERIDGE          DND   02 AG/CC 4  CR 2   MT  36 TAR BLJ -5.625-3
 SANT MO  63033      RA1       PPD    HT      CT     PAH      TAX
                     RA2 0802  NT     BSX Y   DEP    68.00 060782*
                     REL 0712
JUL 05 83   DETAIL OF ITEMIZED CALLS                    PAGE    3 OF   4
NO.DATE TIME  PLACE CALLED AREA NUMBER MIN ***TCS  AMT REEL CRD #
 1 626  928P LOSANGELES CA             11 E H J  302 XC
 2 628 1203A LOSANGELES CA              7 N H J  131 XC
 3 628  809P LOSANGELES CA              1 E H J   38 XC
 4 628  833P LOSANGELES CA             11 E H J  302 XC
 5 630 1225A LOSANGELES CA             27 N H J  483 XC
 6 630 1125P LOSANGELES CA              6 N H J  113 XC              b7C
 7 701  116P JEFFERSNCY MO              3 D H 8  130#XC
 8 702 1216A LOSANGELES CA              1 N H J   25 XC
 9 702 1216A LOSANGELES CA             18 N H J  324 XC
10 702  115P LOSANGELES CA              2 N H J   43 XC
11 702 1018P COMPTON    CA              3 N H J   60 XC
12 702 1020P LOSANGELES CA              3 N H J   60 XC
13 703  958P CLEVELAND  OH              2 E H J   63 XC
#STATE TAXABLE

PG4                        MSG
 1 6912  226 NPU    JUL 05 83 *IC
Y L BEY                    1FR  AOC 77 BOC 55  EST 0781
 4 STONERIDGE        D5D   02 AG/CC 4  CR 2   MT  36 TAR BLJ -5.625-3
 ISSANT MO  63033    RA1       PPD    HT      CT     PAH      TAX
                     RA2 0802  NT     BSX Y   DEP    68.00 060782*
                     RBA 0712
JUL 05 83   DETAIL OF ITEMIZED CALLS                    PAGE    4 OF   4
NO.DATE TIME  PLACE CALLED AREA NUMBER MIN ***TCS  AMT REEL CRD #
 1 704 1115A LOCAL COIN MO              4 DS D 6
 COLLECT FROM STLOUIS MO CO                        50#XC32
 2 705 1053A LOSANGELES CA             14 D H J  636 XC                b7C
 3 705  930P COMPTON    CA             16 E H J  434 XC

 INTERSTATE  INTRASTATE  U.S. TAX   STATE AND LOCAL TAX
   69.58        3.00       2.18           .17

        TOTAL ITEMIZED CHARGES EXCLUDING TAX       7258
```