ST LOUIS          MO  63115                              BOC -21   DEC 04 82

9078543215  USE - PREV MO-LD        TAXES-
TN-                    1ST           US         00    CCH -
BC-                    2ND           SE     2 29     MT -
EST-1282 CR-           3RD           G-T        00    P-TNT-
DEP-NONE                                STL-6.025-1

SEE            ADJ        OCBC              DA        TAX-      CUR CHG
                         55.11                        2-29      5 40
                          5.51
LAST BL     PAYMENTS AND ADJUSTMENTS         BALANCE         TOTAL
                                                             57.40

Plaintiff's Exhibit E

```
**** 04 ***
MODERLEM SCIENCE TEMPLE                              CLSV  ADC SUB 4 382 6030
4650 MARCUS                                          IFB       77 758
ST LOUIS        MO  63115                            DOC -21  JAN 01 83
```

```
987654321C   USE--PREV MO-LD        TAXES        DUD  -20    RA2-0120
TX=        00          1ST       US    2.05    CCM   -       REA-0127
DC=        00          2ND       SEL   2.72    HT   -        CC - C
EFT-1252 CR-1          3RD       911    .00    F-TNT=        HT < 75
DEP NONE                        STL-5,625-3
```

```
  IBC      ACJ        CCBC       LD        DA        TAX=       CUR CHG
 43.22                9.47      55.45               5.57       111.71
  4.32                 .95
LAST BL        PAYMENTS AND ADJUSTMENTS          BALANCE        TOTAL
 57.40     1217 CB      57.40C                                 111.71
```

```
TEMPLE EST 1262 COS 512 400-9320 REC NA LOC DIR LOUIS BE
Y RES 741-9932 ELU 20 ES 1182
```

```
JAN 01 83                        382 6030                        PAGE 1
NO.DATE TIME  PLACE CALLED AREA NUMBER MIN ***TCS  AMT REEL CRD #
 11202  316P DETROIT      MI              0 D  H J  363 XC
 21202  356P CHICAGO      IL              0 D  H J  175 XC
 31202  751P DETROIT      MI              2 E  H J   63 XC
 61202  756P DETROIT      MI              2 E  H J   63 XC
 51204  741P CHICAGO      IL              4 NS B  J
 3RD NO.FROM RIVERVW MO COI                         225 XC30
 61204  746P CHICAGO      IL              1 NS B  J
 3RD NO.FROM RIVERVW MO COI                         178 XC31
 71206 1255P CHICAGO      IL              2 DS B  J
 3RD NO.FROM STLOUIS MO                             252 XC32
 61206 1247P DETROIT      MI              3 DS B  J
 3RD NO.FROM STLOUIS MO                             303 XC32
 61207  420P CHICAGO      IL              1 DS B  J
 3RD NO.FROM STLOUIS MO                             213 XC30
```

```
JAN 01 83                        382 6030                        PAGE 3
NO.DATE TIME  PLACE CALLED AREA NUMBER MIN ***TCS  AMT REEL CRD #
 11215  554P LOCAL COIN MO               1 DS B 6
 3RD NO.FROM OVLD    MO COI                          50#XC31
 21215  751P CHICAGO      IL              1 ES B  J
 3RD NO.FROM STLOUIS MO                             189 XC31
 31222 1119P DETROIT      MI              5 N  H J   93 XC
 61222  116P CHICAGO      IL             10 DS B  J
 3RD NO.FROM STLOUIS MO                             564 XC32
 51223  540P DETROIT      MI              3 ES B  J
 3RD NO.FROM STLOUIS MO COI                         243 XC32
 61224 1055A LOCAL COIN MO               1 DS B 6
 3RD NO.FROM STLOUIS MO COI                          50#XC12
 71226  250P DETROI       MI              1 NS B
 3RD NO.FROM SPAHLK  MO                             709 XC11
#STATE TAXABLE
```



| NO. | DATE | TIME | PLACE CALLED | AREA | NUMBER | MIN | ***TCS | AMT | REEL CRD # |
|-----|------|------|--------------|------|--------|-----|--------|-----|------------|
| 1 | 1207 | 524P | CHICAGO | IL | | 5 | ES B J | | |
| 3RD NO. FROM STLOUIS MO | | | | | | | | 263 | XC30 |
| 2 | 1207 | 525P | DETROIT | MI | | 2 | ES B J | | |
| 3RD NO. FROM STLOUIS MO | | | | | | | | 218 | XC31 |
| 3 | 1207 | 531P | CHICAGO | IL | | 4 | ES B J | | |
| 3RD NO. FROM STLOUIS MO | | | | | | | | 494 | XC31 |
| 4 | 1207 | 550P | DETROIT | MI | | 4 | ES B J | | |
| 3RD NO. FROM STLOUIS MO | | | | | | | | 289 | XC32 |
| 5 | 1214 | 914P | DETROIT | MI | | 1 | ES B J | | |
| 3RD NO. FROM RIVERVW MO CO | | | | | | | | 192 | XC31 |
| 6 | 1215 | 1220P | DETROIT | MI | | 1 | DS B J | | |
| 3RD NO. FROM STLOUIS MO | | | | | | | | 217 | XC31 |
| 7 | 1215 | 351P | DETROIT | MI | | 1 | DS B J | | |
| 3RD NO. FROM STLOUIS MO | | | | | | | | 217 | XC31 |

AN 01-83                    382-6030                         PAGE 4

| NO. | DATE | TIME | PLACE CALLED | AREA | NUMBER | MIN | ***TCS | AMT | REEL CRD # |
|-----|------|------|--------------|------|--------|-----|--------|-----|------------|
| 1 | 103 | 131P | CHICAGO | IL | | 2 | DS B J | | |
| 3RD NO. FROM STLOUIS MO | | | | | | | | 252 | XC31 |

| INTERSTATE | INTRASTATE | U.S. TAX | STATE AND LOCAL TAX |
|------------|------------|----------|---------------------|
| 52.45 | 1.00 | 1.60 | .05 |

TOTAL ITEMIZED CHARGES EXCLUDING TAX          5345

MOORISH SCIEN     EMPLE
4408 MARCUS
ST LOUIS        MO  63115

ELS.  ADC CUS 4 382 60301
1FB  77.756
BOC -21  FEB 01 83

9876543216   USE--PREV MO-LD        TAXES      DBD  -18   RA2-0218
TH-      060      1ST      53 US    3.51    CCH          REA-0228
DC-      000      2ND      SBL      4.58    WT           CC - C
EST-1282 CR-2     3RD      911       .00    P-TNT        MT - 75
DEP-NONE                          STL-5.625-3

SEE     AE7      OCEC      LD       DA      TAX-       CUR CHG
49.00           17.87    61.28            8.09        136.24
4.90             1.79
LAST BL   PAYMENTS AND ADJUSTMENTS        BALANCE      TOTAL
111.71  0127 CB  111.71C                               136.24

TEMPLE EST 1282 COS 312 488-9320 REC NA LOC DIR LOUIS BE
Y RES 761-9932 ELU 20 ES 1182

FEB 01 83   OTHER CHARGES & CREDITS   PAGE 2           4-382-60301
                                               CHARGE OR CREDIT
THE FOLLOWING EQUIPMENT WAS CONNECTED ON JAN 04
1 CALL WAITING, CALL FORWARDING        8.70

              FULL MONTHLY RATE        8.70 C

THIS PARTIAL MONTH CREDIT IS FOR SERVICE AND
EQUIPMENT FROM JAN 01 THRU JAN 04.                      .87CR

CHARGE FOR WORK DONE ON JAN 04
FOR 382-6030
ONE-TIME CHARGE FOR SERVICE AND EQUIPMENT              10.00

SE 61     10.00
OES7   1ES7

FEB 01 83              382 6030                          PAGE 1

NO.DATE TIME  PLACE CALLED  AREA NUMBER MIN ***TCS  AMT REEL CRD #
1 105  817P DETROIT    MI             2 ES B J
3RD NO.FROM STLOUIS MO
2 105 1058P DETROIT    MI             8 ESHB J       218 XC32
3RD NO.FROM SPANLK  MO
3 106  648P DETROIT    MI             1 ES B J       321 XC11
3RD NO.FROM STLOUIS MO CO
4 107  939P CHICAGO    IL             1 ES B J       192 XC32
3RD NO.FROM STLOUIS MO
5 113 1035A PACIFIC    MO             6 D  H B       189 XC31
6 113 1040A JEFFERSNCY MO             2 D  H B       101#XC
7 113  951A DETROIT    MI             8 ES B J       83#XC
3RD NO.FROM SPANLK  MO
8 114  440P ST LOUIS   MO             2 DS D J       372 XC11
COLLECTFROM ROMLUS MI CO                             260 LP39
#STATE TAXABLE

DIRECTORY ASSISTANCE CALLS
DIALED LOCAL DA CALLS                          29
                                               29            7.20
TOTAL BILLABLE DIALED DA CALLS   24 # .30 EACH
   5 @ NO CHARGE                                          [447722

THE FOLLOWING EQUIPMENT WAS DISCONNECTED
ON JAN 04                                      5.50
1 CALL WAITING FEATURE                         5.50
              FULL MONTHLY RATE                              .55

THIS PARTIAL MONTH CHARGE IS FOR SERVICE AND
EQUIPMENT FROM JAN 01 THRU JAN 04.

                                                    4 382-60307
FEB 01 83   OTHER CHARGES & CREDITS   PAGE 3    CHARGE OR CREDIT
                                                B00G001      .80CR
ADJUSTMENT DUE TO RATE CHANGE
FROM JAN 01 THRU JAN 13
                                 STATE AND LOCAL TAX
          U.S. TAX                    90                  <1.79
           .20
ADDITIONAL SPECIAL MUNICIPAL TAX OR CHARGE

                                                            17.87
                                                         PAGE 2
TOTAL OTHER CHARGES AND CREDITS EXCLUDING TAX

                          382 6030
FEB 01 83                                    3 NS D B   AMT REEL CRD #
NO-DATE-TIME   PLACE CALLED  AREA NUMBER MIN ***TCS
1 115 1145A ST LOUIS    MO              1 NS D B   1648XC30
COLLECT FROM PACIFIC MO CO
2 115  808P ST LOUIS    MO              2 EP D B    133#XC30
COLLECT FROM PACIFIC MO CO               276#XC32
3 116  717P ST LOUIS    MO                          58  XC
COLLECT FROM CHESTR  MO CO  1 D  HD     372 XC11
4 117  239P CHICAGO     IL              8 ES D J
5 121  526P PHILA       P               8 DS D B    316#XC32
3RD NO-FROM FERGUSN MO CO
6 121 1056A ST LOUIS    MO              1 DP D J    362 LPOC
COLLECT FROM PACIFIC MO CO
7 121  202P ST LOUIS    MI
COLLECT FROM DET
STATE TAXABLE

b7c

FEB 01 83                        382 6030                              PAGE 3

| NO. | DATE | TIME | PLACE CALLED | AREA | NUMBER | MIN | ***TCS | AMT | REF | CRD # |
|-----|------|------|--------------|------|--------|-----|--------|-----|-----|-------|
| 1 | 121 | 206P | ST LOUIS MO | | | 1 | DP D J | | | |
| | COLLECTFROM DET MI | | | | | | | 382 LP00 | | |
| 2 | 123 | 539P | DETROIT MI | | | 2 | ES B J | | | |
| | 3RD NO. FROM STLOUIS MO | | | | | | | 218 XC31 | | |
| 3 | 124 | 352P | DETROIT MI | | | 2 | DS B J | | | |
| | 3RD NO. FROM STLOUIS MO | | | | | | | 260 XC32 | | |
| 4 | 124 | 951P | LOCAL COIN MO | | | 1 | DS D 6 | | | |
| | COLLECTFROM STLOUIS MO CO | | | | | | | 50 XC30 | | |
| 5 | 125 | 535P | ST LOUIS MO | | | 2 | ES D 8 | | | |
| | COLLECTFROM PACIFIC MO CO | | | | | | | 159 XC30 | | |
| 6 | 125 | 839P | ST LOUIS MO | | | B | ES D 8 | | | |
| | COLLECTFROM PACIFIC MO COI | | | | | | | 274 XC32 | | |
| 7 | 126 | 1206P | ST LOUIS MO | | | 3 | DS D 8 | | | |
| | COLLECTFROM PACIFIC MO COI | | | | | | | 196 XC31 | | |
| *STATE TAXABLE | | | | | | | | | | |

FEB 01 83                        382 6030                              PAGE 5

| NO. | DATE | TIME | PLACE CALLED | AREA | NUMBER | MIN | ***TCS | AMT | REEL | CRD # |
|-----|------|------|--------------|------|--------|-----|--------|-----|------|-------|

INTERSTATE   INTRASTATE   U.S. TAX   STATE AND LOCAL TAX
  40.03        21.25        1.84              1.20
        TOTAL ITEMIZED CHARGES EXCLUDING TAX        6128

```
F.x .q ***
MOORISH SCIENCE TEMPLE                        FLSV  AOC CUS 4 382-6030Z
4460 MARCUS                                   IFB   77 756
ST LOUIS      MO 63113                         BOC -21 FEB 01 83

    9E7656321C  USE--PREV MO-LD      TAXES     OBD -18   RAZ-0718
TN=      060        1ST  -53 US   3.53  CCM -       AEA-0228
TC=      000        2ND      SRC  4.58  MT  -       CC - C
EST-1282 CR-2       3RD      911   .00  P-TNT-      KT - 75
SEE-NONE                   STL-5.625-3

     SBE     AC/      QCEC      CD      DA      TAX-     CUR CHG
    49.00            17.87    61.28             8.09    136.24
     4.90             1.79
    LAST BL      PAYMENTS AND  ADJUSTMENTS      BALANCE     TOTAL
    111.71   0127 CB  111.71C                              136.24


TEMPLE EST 1282 COS 312 488-9320 REC NA LOC DIR LOUIS BE
Y RES 741-9932 ELU 20 ES 1182
```

b7C

```
FEB 01 83                      382 6030                       PAGE 4

NO.DATE TIME  PLACE CALLED  AREA NUMBER MIN ***ICS  AMT REEL CRD #
 1 127  912A PHILA     PA                     2 DS B J
3RD NO.FROM STLOUIS MO COI                               260 XC30
 2 128  139A CAMDENTON MO                     1 NS B B
3RD NO.FROM STLOUIS MO COI                               143#XC10
 3 128  139A LOCAL COIN MO                    3 DS B B
3RD NO.FROM STLOUIS MO COI                                50#XC10
 4 129  313P CHICAGO   IL                     1 NS B J
3RD NO.FROM STLOUIS MO                                   178 XC32
 5 129  439P CHICAGO   IL                    14 NS B J
3RD NO.FROM RIVERVW MO COI                               381 XC30
 6 129  612P ST LOUIS  MO                     4 NS D B
COLLECTFROM PACIFIC MO COI                               180#XC30
#STATE TAXABLE
```

```
PTR NO
MOORISH SCI    E TEMPLE
4408 MARCUS                                    1FB    77 756
ST LOUIS        MO 63115                        60C -21 MAR 01 83
```

```
987654321C  USE-PREV MO LD        TAXES      DLD -18  RAZ-0313
TW-    0660        1ST     61 US   2.90  CCH -      RBA-0325
OC-    0000        2ND     53 SBL  3.58  HT --      CC - C
EST-1282 CR-3      3RD     911     00    P-TNT-     HT - 75
DEP-NONE                    STL-5.625-3
```

```
SEE        AC/      OE&C      LD        DA        TAX-      CUR CHG
49.00           1.33      46.28               6.48      103.09
4.90            13
LAST BL    PAYMENTS AND ADJUSTMENTS          BALANCE      TOTAL
136.24   0301 CB  136.24C                                103.09
```

```
TEMPLE EST 1282 COS 312 408-9320 REC NA LOC DIR LOUIS BE
Y RES 761-9932 ELU 20 ES 1182
```

```
MAR 01 83              382 6030                    PAGE 1
```

```
NO.DATE TIME PLACE CALLED  AREA NUMBER MIN ***TCS  AMT REEL CRD #
1 203 544P CHICAGO    IL                2 E  H J    58 XC
2 204 1130A ST LOUIS  MO                5 DP D J
COLLECTFROM MILAN - MI COI                          527 LP39
3 205 555P ST LOUIS   MO               13 NS D 8
COLLECTFROM PACIFIC MO COI                          320#XC31
4 209 1039A DETROIT   MI                2 D  H J    105 XC
5 210 1023A CHICAGO   IL                1 D  H J    58 XC
6 210 1037A CHICAGO   IL                2 D  H J    97 XC
7 210 548P CHICAGO    IL                6 ES B J
3RD NO.FROM STLOUIS MO                              306 XC32
8 211 1043P CHICAGO   IL                3 ES B J
3RD NO.FROM STLOUIS MO                              236 XC31
9 212 645P ST LOUIS   MO                4 NP D 8
COLLECTFROM PACIFIC MO COI                          315#XC30
ESTATE TAXABLE
```

b7C

```
MAR 01 83              382 6030                    PAGE 3
```

```
NO.DATE TIME PLACE CALLED  AREA NUMBER MIN ***TCS  AMT REEL CRD #
1 228 350P DETROIT    MI                4 DS B J
3RD NO.FROM STLOUIS MO                              346 XC30
2 228 456P DETROIT    MI                2 DS B J
3RD NO.FROM STLOUIS MO                              260 XC30
```

```
INTERSTATE   INTRASTATE  U.S. TAX  STATE AND LOCAL TAX
27.90        18.38       1.39                1.03
        TOTAL ITEMIZED CHARGES EXCLUDING TAX    4628
```

b7C

MAR 01 83                    352 6050                    PAGE 2

| NO | DATE | TIME | PLACE CALLED | AREA | NUMBER | MIN | ***TCS | AMT | REEL | CRD # |
|----|------|------|--------------|------|--------|-----|--------|-----|------|-------|
| 1 | 213 | 703P | ST LOUIS | MO | | 7 | MS D B | | | |
| | | COLLECT FROM PACIFIC MO | | (R) | | | | 227 | XC32 | |
| 2 | 216 | 453P | CHICAGO | IL | | 7 | DS MB J | | | |
| | | 3RD NO. FROM SPANLK MO | | | | | | 353 | XC11 | |
| 3 | 216 | 647P | DETROIT | MI | | 1 | ES B J | | | |
| | | 3RD NO. FROM SPANLK MO | | | | | | 192 | XC10 | |
| 4 | 218 | 404P | CHICAGO | IL | | 2 | DS B J | | | |
| | | 3RD NO. FROM STLOUIS MO | | | | | | 252 | XC30 | |
| 5 | 219 | 209A | ST LOUIS | MO | | 32 | MS G B | | | |
| | | COLLECT FROM PACIFIC MO | | (R) | | | | 617 | XC32 | |
| 6 | 223 | 206P | JEFFERSNCY | MO | | 1 | DS B B | | | |
| | | 3RD NO. FROM STLOUIS MO | | | | | | 161 | XC31 | |
| 7 | 223 | 208P | JEFFERSNCY | MO | | 2 | DS B B | | | |
| | | 3RD NO. FROM STLOUIS MO | | | | | | 198 | XC31 | |

*STATE TAXABLE

b7C



b7C

b7C

ST LOUIS          MO 63115

APR 01 83   OTHER CHARGES & CREDITS   PAGE 1                    4 382 6030?

DIRECTORY ASSISTANCE CALLS                           CHARGE OR CREDIT
DIALED LOCAL DA CALLS                          16

    TOTAL BILLABLE DIALED DA CALLS             16
        5 @ NO CHARGE   11 @ .30 EACH                              3.30

CHARGE FOR RESTORAL OF TELEPHONE SERVICE       E000001
ON FEB 30                                                        26.90

    U.S. TAX              STATE AND LOCAL TAX
      .11                      1.70
    ADDITIONAL SPECIAL MUNICIPAL TAX OR CHARGE                   <3.36

    TOTAL OTHER CHARGES AND CREDITS EXCLUDING TAX                33.56

APR 01 83                    382 6030                            PAGE 2

NO.DATE TIME   PLACE CALLED  AREA NUMBER MIN ***TCS  AMT REEL CRD B
 1 303 - 303P  ST LOUIS    MO                1 DS D B
 COLLECTFROM PACIFIC  MO COI
 2 303 1120P  ST LOUIS    MO                7 NS D B   146BXC30
 COLLECTFROM PACIFIC  MO COI
 3 307 1130A  ST LOUIS    MO                3 DS D B   227BXC31
 COLLECTFROM PACIFIC  MO COI
 4 308  436P  ST LOUIS    MO                3 DS D B   196BXC31
 COLLECTFROM CHESTR  MO COI
 5 309  323P  ST LOUIS    MO                8 DS D B   169BXC30
 COLLECTFROM PACIFIC  MO COI
 6 309  703P  ST LOUIS    MO                9 EP D B   316BXC32
 COLLECTFROM MILAN   MI COI
 7 309  903P  ST LOUIS    MO                1 ES D B   537 LP39
 COLLECTFROM PACIFIC  MO COI
 8STATE TAXABLE                                        139BXC30



APR 01 83                        382 6030                              PAGE 5
NO.DATE TIME  PLACE CALLED  AREA NUMBER  MIN ***T S   AMT REEL CRD #
1 317 1010P ST LOUIS   MO                  5 EP D J
  COLLECTFROM MILAN   MI CO                             436 LP39
2 318  1GFP CHICAGO    IL                  2 DS B J     252 XC30
3 318  200P JEFFERENCY MO                  5 GS D B
  3RD NO.FROM STLOUIS MO                                309EXC32
4 318  317P ST LOUIS   MO                  2 DS D B
  COLLECTFROM ROBERLY MO                                204EXE01
5 318  647P ST LOUIS   MO                  7 EP D J
  COLLECTFROM MILAN   MI CO                             406 LP3.
6 319  605A ST LOUIS   MO                 10 NS D B
  COLLECTFROM PACIFIC MO CA                             273EXC31
7 319  557P ST LOUIS   MO                 11 NS D B
  COLLECTFROM PACIFIC MO CO                             289EXC31
ESTATE TAXABLE

APR 01 83                        382 6030                              PAGE 6
NO.DATE TIME  PLACE CALLED  AREA NUMBER  MIN ***TCS   AMT REEL CRD #
1 325  232P ST LOUIS   MO                  6 DS D B
  COLLECTFROM ROBERLY MO                                364EXG04
2 326  550P CHICAGO    IL                  4 NS B J     225 XC31
3 326  555P CHICAGO    IL                  1 NS B J
  3RD NO.FROM STLOUIS MO                                178 XC30
4 326  614P CHICAGO    IL                  1 NS B J
  3RD NO.FROM STLOUIS MO                                178 XC32
5 328 1234P CHICAGO    IL                  1 DS B J
  3RD NO.FROM STLOUIS MO                                213 XC32
6 403  365P ST LOUIS   MO                 11 NS D B
  COLLECTFROM PACIFIC MO CO                             289EXC31
ESTATE TAXABLE

b7e

| APR 01 83 | 302 6030 | PAGE 7 |
|---|---|---|

NO.DATE TIME   PLACE CALLED  AREA NUMBER MIN OPTICS  ANT REEL CRD #

| INTERSTATE | INTRASTATE | U.S. TAX | STATE AND LOCAL TAX |
|---|---|---|---|
| 64.46 | 69.96 | 4.03 | 3.93 |

TOTAL ITEMIZED CHARGES EXCLUDING TAX      13440

```
*** LA ***
INVISTIN SCIENCE TEMPLE                        CLSV  ADC CUS 4 382 60501
4608 MARCUS                                    1/0   77 754
ST LOUIS        MO  63115
                                               DEC-21 MAY 01 83

   CCT05-321C  USE--PREV MO-LO        TAXES      EBB-  10   RA2-052?
THD    065880              1ST    134 US    2.28  CCN-      RBA-0527
EC-    000000              2ND    46 16L    6.60  NT -      CC - 0
CST-1282 CR-2             3RD     61 911     .00  P-INT-    NT - 75
ECP-NONE                               STC-5.625-3

   EEE      ACT      DCBC      LO       BA     TAX-    CUR CRG
  49.00             31.22    25.72             7.08   113.02
   4.90              3.12
LAST DL     PAYMENTS AND ADJUSTMENTS       BALANCE      TOTAL
 230.68                                     230.68    -363.70

TEMPLE EST 1282 COS 312 408-9320 REC NA LOC DIR LOUIS BE
Y RES 741-2932 ELU 20 ES 1182
CEP VRM 5-03 SK

MAY 01 63                      382 6050                      PAGE 1

NO.DATE TIME  PLACE CALLED  AREA NUMBER MIN ***TCS  AMT REEL CRD #
 1 323  454P ST LOUIS MO                     6 DP D 8
COLLECTFROM JEFF CY MO                                X 4018X400
 2 410  257P ST LOUIS  MO                    1 NP D 8
COLLECTFROM PACIFIC MO CO                            288#XC31
 3 410  40CP ST LOUIS  MO                    2 NP D J
COLLECTFROM HILAN   HI CO                            340 LP39
 4 413  191P HILAN     HI                    2 DS 8 J
3RD NO.FROM STLOUIS MO                              256 XC31
 5 413  155P HILAN     HI                    3 DS 8 J
3RD NO.FROM STLOUIS MO                              298 XC30
 6 418 125GP LOCAL COIN MO                   1 DS 0 6
COLLECTFROM STLOUIS MO CO                           50#XC32
 7 422  652P ST LOUIS  MO                    8 DS D 8
COLLECTFROM NELSON  MO CO                           460#X601
R STATE TAXABLE
```

b7C



DATE TIME PLACE CALLED                          MIN             AMT FEEL CHG #
1 423  630P ST LOUIS   MO                              2 MP 0 J
2 423       LECTFROM VANDLIA IL COI                    14 18 D 6      337 K632
COLLECTFROM STLOUIS MO CO                                             104XC10
3 427 1125A E ST LOUIS IL                              1 D  M J      32 XC

INTERSTATE  INTRASTATE  U.S. TAX  STATE AND LOCAL TAX
   12.63       15.00       .77          .76
      TOTAL ITEMIZED CHARGES EXCLUDING TAX        2572

b7C

