UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1076 (JGP) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 30 days, up to and including February 5, 2006, in which to reply to plaintiff *pro se*'s opposition to defendant's motion for summary judgment. Defendant's reply would otherwise be due on January 6, 2006. Defendant seeks this enlargement on the following grounds:

Plaintiff *pro se* has filed opposition papers with five exhibits that are, in the aggregate, voluminous. The last undersigned Assistant United States Attorney, who has primary responsibility for representing the government in this case, has been working over the past three weeks on approximately seventeen separate active matters, including one five-year-old case in which the plaintiff company, represented by four partners and five associates in a large corporate law firm, has been steadily filing motions and other court papers since mid-December, requiring expedited action by the undersigned in coordinating several federal agencies to take appropriate action and prepare responsive filings. This matter is extremely complex and the government interests at stake are diverse and significant. The undersigned has been working evening and

weekend hours to carry out her responsibilities in that case and other large cases, including several appellate matters, and has been required, consequently, to seek enlargements in several of her cases, including this one.

Over the next three weeks, the undersigned is scheduled to file eight motions or opposition/reply memoranda in cases in United States District Court, and two dispositive motions in the United States Court of Appeals. The undersigned will also be engaged in a condensed discovery schedule in a case with an impending discovery cut-off date. Simultaneously, the undersigned is attempting to settle several major cases in which settlement proposals have required considerable research and discussion with several high level officials. Defendant regrets the need to seek a second enlargement of time to file its reply, and would not do so unless it was absolutely necessary.

For the foregoing reasons, defendant respectfully requests that the enlargement sought be granted.

Defendant's counsel has not conferred with plaintiff *pro se* regarding this motion because plaintiff *pro se* is incarcerated.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

An order granting the relief sought is attached hereto.

        Respectfully submitted,

        _____
        KENNETH L. WAINSTEIN, D.C. Bar # 451058
        United States Attorney

        _____
        R. CRAIG LAWRENCE, D.C. Bar # 171538
        Assistant United States Attorney

        _____
        LISA S. GOLDFLUSS, D.C. Bar #417787
        Assistant United States Attorney
        555 4th Street, N.W., Tenth Fl.
        Washington, D.C. 20530
        (202) 514-7198
        Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of January, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

 

_____
LISA S. GOLDFLUSS
Assistant United States Attorney