UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JERRY LEWIS BEY,**            )<br>                                                )<br>            Plaintiff,             )<br>                                                )<br>    v.                                        )<br>                                                )<br>**U.S. DEPARTMENT OF JUSTICE,**  )<br>                                                )<br>            Defendant.          )<br>                                                ) | Civil Action No. 05-1076 (JGP) |

**ORDER**

UPON CONSIDERATION of defendant's motion for enlargement of time, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have until February 5, 2006, in which to reply to plaintiff's opposition to defendant's motion for summary judgment.


Date: _____

_____
UNITED STATES DISTRICT JUDGE