UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1076 (JGP) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 21 days, up to and including March 27, 2006, in which to reply to plaintiff *pro se*'s opposition to defendant's motion for summary judgment. Defendant's reply would otherwise be due on March 6, 2006. Defendant seeks this enlargement on the following grounds:

Plaintiff *pro se* filed opposition papers with five exhibits that are, in the aggregate, voluminous. The Federal Bureau of Investigation ("FBI") has worked diligently to prepare several declarations that would cover all of the matters addressed by plaintiff *pro se* in his papers and attachments. Defendant has been required to file this motion, however, because defendant's counsel is currently representing the United States and five of its agencies in a voluminous, complex and difficult six-year-old litigation, the considerable demands of which have displaced several other scheduled events on defendant's counsel's calendar, including, but not limited to, the preparation of defendant's reply brief in support of its motion for summary judgment in this case. Defendant's counsel had needed to file enlargement motions in several

of her cases to accommodate the significant demands of that large litigation, including enlargement motions before the United States Court of Appeals for the District of Columbia Circuit. Defendant's counsel is currently preparing several motions and/or opposition memoranda in that large case, and coordinating the preparation of the federal government's Rule 30(b)(6) deponents, including voluminous document preparation for fifteen individual witnesses. At the same time, defendant's counsel is attempting to complete outstanding discovery requirements in three cases with impending discovery cut-off dates, including expert witness discovery of significant technical complexity, and to satisfy the requirements of her otherwise ample caseload.

Defendant appreciates that it has sought and been granted previous enlargements of time to file its reply papers and regrets the need to seek this enlargement. Defendant would not be doing so if there were some reasonable means by which to comport with the existing due date for the reply memoranda.

For the foregoing reasons, defendant respectfully requests that the enlargement sought be granted.

Defendant's counsel has not conferred with plaintiff *pro se* regarding this motion because plaintiff *pro se* is incarcerated.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

An order granting the relief sought is attached hereto.

        Respectfully submitted,

        /s/ Kenneth L. Wainstein
        KENNETH L. WAINSTEIN, D.C. Bar # 451058
        United States Attorney

        /s/ R. Craig Lawrence
        R. CRAIG LAWRENCE, D.C. Bar # 171538
        Assistant United States Attorney

        _____
        LISA S. GOLDFLUSS, D.C. Bar #417787
        Assistant United States Attorney
        555 4th Street, N.W., Tenth Fl.
        Washington, D.C. 20530
        (202) 514-7198
        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

_____
LISA S. GOLDFLUSS
Assistant United States Attorney

4