UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JERRY LEWIS BEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1076 (JGP) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of defendant's motion for enlargement of time, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have until March 27, 2006, in which to reply to plaintiff's opposition to defendant's motion for summary judgment.

Date: _____

_____
UNITED STATES DISTRICT JUDGE