IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY LEWIS BEY**<br>**R# 22328-044**<br>**F.C.I.-EDGEFIELD**<br>**POB 725**<br>**Edgefield, N.C. 29824**<br><br>      **Plaintiff,**<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**<br><br>      **Defendant.** | Civil Action No. 05-1076 (JGP) |

## SUBSTITUTION OF COUNSEL

 Defendant respectfully requests that the Clerk of the Court enter the appearance of Marian L. Borum, Assistant U.S. Attorney, as counsel of record for the defendant, in the

above-captioned case and withdraw the appearance of Lisa S. Goldfluss, Assistant U.S. Attorney.

                    Respectfully submitted,

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198


_____
MARIAN L. BORUM, D.C. Bar # 435406
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7561

## CERTIFICATE OF SERVICE

  I hereby certify that on this \_\_\_\_ day of _____, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey- **pro se**
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

_____
MARIAN L. BORUM
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7561