UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE )<br>Federal Bureau of Investigation, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1076 (JGP) |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 30 days, up to and including April 26, 2006, in which to reply to plaintiff *pro se*'s opposition to defendant's motion for summary judgment.  Defendant's reply would otherwise be due on March 27, 2006.  Defendant seeks this enlargement on the following grounds:

Undersigned counsel recently transferred to the Civil Division and was assigned this matter on March 16, 2006.  A review of Plaintiff's *pro se* filed opposition papers and exhibits reveals that the documentation involved in the case is voluminous.  In addition, several declarations have had to be prepared by the Federal Bureau of Investigation in order to address all of the matters raised by plaintiff *pro se* in his papers and attachments.  As such, newly assigned counsel requires time in which to digest the documentation and consult with agency counsel.

For the foregoing reasons, defendant respectfully requests that the enlargement sought be granted.

Defendant's counsel has not conferred with plaintiff *pro se* regarding this motion because plaintiff *pro se* is incarcerated.[1]

An order granting the relief sought is attached hereto.

                                              Respectfully submitted,

                                              /s/
                                              KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                              United States Attorney

                                              /s/
                                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                                              Assistant United States Attorney

                                              /s/
                                              MARIAN L. BORUM, D.C. Bar # 435409
                                              Assistant United States Attorney
                                              501 Third Street, N.W., Fourth Floor
                                              Washington, D.C.  20530
                                              (202) 514-6531
                                              Counsel for Defendant

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

\_\_\_/s/_____
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-1076 (JGP) |

### ORDER

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including April 26, 2006 in which to reply to plaintiff *pro se*'s opposition to defendant's motion for summary judgment..


Date _____        _____
                                  UNITED STATES DISTRICT JUDGE