UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br><br>              Defendant. | Civil Action No. 05-1076 (JGP) |

### ORDER

It is hereby

ORDERED that defendant's motion for an enlargement of time to file a reply [#23] is GRANTED. The Court notes that this is defendant's <u>fifth</u> request for more time to file its reply. Further requests for enlargements of time are strongly discouraged.

    SO ORDERED.

**DATE: April 5, 2006**                                         JOHN GARRETT PENN
                                                                        **United States District Judge**