UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY,  )<br>  )<br>           Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>U.S. DEPARTMENT OF JUSTICE  )<br>Federal Bureau of Investigation,  )<br>  )<br>           Defendant.  )<br>  ) | Civil Action No. 05-1076 (JGP) |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of twenty days, up to and including May 18, 2006, in which to reply to plaintiff *pro se*'s opposition to defendant's motion for summary judgment. Defendant's reply would otherwise be due on April 28, 2006.[1] Defendant seeks this enlargement on the following grounds:

Undersigned counsel has consulted with agency counsel and learned that it is in the process of coding the documents responsive to Plaintiff's request and preparing the Vaughn Declaration. Agency counsel has informed undersigned counsel that it would need an additional twenty days to complete this process.

---

[1] The Court's last order granted defendant until April 28, 2006 to respond to plaintiff *pro se*'s Opposition to Defendant's Motion for Summary Judgment rather than April 26, 2006. See Docket Report, Entry 24.

Undersigned counsel is aware that the Court's last order indicated that further requests for enlargement of time were strongly discouraged. Undersigned counsel also appreciates the Court's granting defendant's past Motions for Enlargement of Time. However, undersigned counsel has filed only one previous Motion for Enlargement of Time after having been assigned this case a mere eleven days before a response was due. The remainder of the Motions for Enlargement of Time were filed by previous counsel and, the majority of those motions were made due to the press of her schedule.

Undersigned counsel anticipates that, if the court grants this request for an additional twenty days, the agency will be able to complete its coding of the documents and preparation of the Vaughn Declaration.

For the foregoing reasons, defendant respectfully requests that the enlargement sought be granted.

Defendant's counsel has not conferred with plaintiff *pro se* regarding this motion because plaintiff *pro se* is incarcerated.[2]

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

An order granting the relief sought is attached hereto.

                Respectfully submitted,

                /s/
                KENNETH L. WAINSTEIN, D.C. Bar # 451058
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. Bar # 434122
                Assistant United States Attorney

                /s/
                MARIAN L. BORUM, D.C. Bar # 435409
                Assistant United States Attorney
                501 Third Street, N.W., Fourth Floor
                Washington, D.C.  20530
                (202) 514-6531
                Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of April, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey  
R# 22328-044  
F.C.I. - Edgefield  
POB 725  
Edgefield, S.C. 29824

                                       ___/s/_____  
                                       MARIAN L. BORUM  
                                       Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY LEWIS BEY,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 05-1076 (JGP)<br>)<br>) |
| **U.S. DEPARTMENT OF JUSTICE,** | )<br>) |
| Defendant. | )<br>) |

**ORDER**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including May 18, 2006 in which to reply to plaintiff *pro se*'s opposition to defendant's motion for summary judgment..

Date _____           _____
                                   UNITED STATES DISTRICT JUDGE