UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1076 (JGP) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE ) | |
| Federal Bureau of Investigation, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of one day, up to and including May 19, 2006, in which to respond to plaintiff *pro se*'s opposition to defendant's motion for summary judgment. Defendant's response would otherwise be due on May 18, 2006. Defendant seeks this enlargement on the following grounds:

Plaintiff originally filed a Complaint and Amended Complaint on May 27, 2005. See Docket Report 1. By filing the Amended Complaint without incorporating the contents of the Complaint, plaintiff voided the contents of the Complaint, thereby rendering the requests addressed therein null and void.

On or about October 25, 2005, defendant filed a Motion for Summary Judgment addressing issues in the Amended Complaint. See Docket Report 15. On or about December 2, 2005, plaintiff filed an Opposition to Defendant's Motion for Summary Judgment. See Docket

Report 18. In that Opposition, plaintiff asked that the court require defendant to address the issues raised in his Complaint.

In order to avoid protracted procedural measures, defendant prepared a Motion for Summary Judgment to address the issues raised in plaintiff's Complaint. Defendant also prepared a Reply to Defendant's Opposition to Summary Judgment to address the matters raised in plaintiff's Amended Complaint.

The Reply was timely filed. However, the Motion for Summary Judgment is pending final review. Therefore, defendant requests one day for the review process to be completed.

For the foregoing reasons, defendant respectfully requests that the enlargement sought be granted.

Defendant's counsel has not conferred with plaintiff *pro se* regarding this motion because plaintiff *pro se* is incarcerated.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

An order granting the relief sought is attached hereto.

        Respectfully submitted,

        /s/
        KENNETH L. WAINSTEIN, D.C. Bar # 451058
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        /s/
        MARIAN L. BORUM, D.C. Bar # 435409
        Assistant United States Attorney
        501 Third Street, N.W., Fourth Floor
        Washington, D.C.  20530
        (202) 514-6531
        Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of May, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

                                      ___/s/_____
                                      MARIAN L. BORUM
                                      Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY LEWIS BEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1076 (JGP) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of May, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including May 19, 2006 in which to respond to plaintiff *pro se*'s opposition to defendant's motion for summary judgment..

Date _____          _____
                                    UNITED STATES DISTRICT JUDGE