# Exhibit A

*Second
Notice !!*

Date: September 20, 2002

To: U.S. Department of Justice
Federal Bureau of Investigation
Attn: Freedom of Information Section
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

From: Mrs. Doris Lewis Bey
10405 Lord
St. Louis, Missouri 63136

Re: <u>Information Being Maintained In FBI File No. 245B-5</u>
<u>On Doris Lewis Bey/ Maiden Name Doris Franklin, To</u>
<u>Be Disclosed By Your Agency To Jerry Lewis Bey</u>

Dear FOIA Officer:

MAR 13 2003

*Second*
*Notice !!*

Date: September 20, 2002

To: U.S. Department of Justice
Federal Bureau of Investigation
Attn: Freedom of Information Section
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

From: Mrs. Doris Lewis Bey
10405 Lord
St. Louis, Missouri 63130

Re: Information Being Maintained In FBI File No. 245B-5
On Doris Lewis Bey/ Maiden Name Doris Franklin, To
Be Disclosed By Your Agency To Jerry Lewis Bey

Dear FOIA Officer:

This request is pursuant to the Freedom of Information and
Privacy Acts, Title 5 U.S.C. 552 and 552(a) and 552a(b), 1974.
I'm authorizing the Federal Bureau of Investigation (FBI), to
disclose to Jerry Lewis Bey, all information being maintained on
me under FBI File No. 245B-5. I'm making this authorization pur-
suant to Title 5 U.S.C. 552a(b). I'm also attaching a "Certifi-
cate of Identity" declaring that I am the requestor of the here-
in records and is authorizing those records to be release to a-
nother person, Jerry Lewis Bey. These records should include all
telephone bills in my name, automobiles in my name and license
plate numbers, photos of any automobile that I owned or drove or
was a passenger, traffic tickets, firearms in my name, arrest re-
cords, addresses and photos of my residence which should include

5946 Pamplin and 12654 Stoneridge Drive. All of the above infor-
mation and any other that mention my name under FBI File No. 245B
-5, should be release pursuant to the Acts. I do hope by me
being specific, will assist you in locating the records respon-
sive to my request, which should also include any records on the
Family Market and Package Liquor, which was located at 4649 Car-
ter, which I was the owner. This request should also include the
Family Market telephone bills which numbers were (314) 381-2220
and (314) 381-2221. I trust that your agency will delete any in-
formation on any page where my name appear that cannot be disclosed
pursuant to the Acts, and that those pages then be disclosed after
deletion. I want to thank you in advance for your time and con-
cern in the herein matter and hope that Jerry Lewis Bey will hear
from your agency within the minimum time prescribed under the Acts.

                         Sincerely yours,

                         Doris Lewis Bey
                         - Doris.Lewis.Bey
                         10405 Lord
                         St. Louis, Missouri 63136

cc: Jerry Lewis Bey
    #22328-044
    U.S. Penitentiary Beaumont
    P.O. Box 26030
    Beaumont, Texas 77720

U.S. Department of Justice                    **Certification of Identity**                    

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]     **Doris Lewis Bey / Maiden Name Doris Franklin**

Citizenship Status [2]    **U.S.A.**                Social Security Number [3]    **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**

Current Address    **10405 Lord    St. Louis, Mo. 63136**

Date of Birth    **February 17, 1955**    Place of Birth    **St. Louis, Missouri**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]    _Doris Lewis Bey_            Date    **9-23-02**
                  Doris Lewis Bey

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to

**Jerry Lewis Bey #22328-044    USP Beaumont, P.O. Box 26030, Beaumont,TX**
                                                                              **77720**
                                    Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

# Exhibit B

**U.S. Department of Justice**

**Federal Bureau of Investigation**

In Reply, Please Refer to
File No. 190-SL-188506

P.O. Box 7251, Main Station
St. Louis, Missouri 63177
March 25, 2003

Mr. Jerry Lewis Bey
#22328-044
U.S. Penitentiary Beaumont
Post Office Box 26030
Beaumont, Texas 77720

                    RE:  Doris Lewis Bey, aka Doris Franklin
                         St. Louis File 245-5

Dear Mr. Lewis Bey:

        This is in response to your Freedom of Information Act
(FOIA) request received by this office on March 13, 2003.

        We have completed a search of the manual and automated
indices to the central records system maintained in St. Louis and
material responsive to your request has been located.

        We have referred your request to FBI Headquarters for
processing.  The FOIA Section will maintain your request by order
of receipt and will assign it for processing in turn.

        Headquarters will assign your request an FOIA number
and advise you of that number as soon as possible.  Any future
correspondence concerning this request should be directed to FBI
Headquarters, FOIA Section, 935 Pennsylvania Ave. N.W.,
Washington, D.C.  20535-0001.

                              Sincerely yours,

1 - Addressee
(1) - Bureau                    THOMAS E. BUSH, III
1 - St. Louis (190-SL-188506)  Special Agent in Charge
pdp
(3)

084pdp02.oth

                              By:
                              PETER J. KRUSING
                              Chief Division Counsel

# Exhibit C

Date: May 2, 2003

To: Federal Bureau of Investigation
    Attn: FOIA Section
    935 Pennsylvania Ave. N.W.
    Washington, D.C. 20535-0001

From: Jerry Lewis Bey
      # 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720-6030

Re: FOIA Request For Documents In Your File On
    Doris Lewis Bey, aka Doris Franklin

Dear FOIA Officer:

    This letter is in response to a letter I recieved from the
St. Louis FBI field office dated March 25, 2003. I was advised
that their office had located material responsive to my request
and was being referred to your office for processing and that a
FOIA number will be assigned to me. As of this writing, I have
not heard from your office nor been assigned a FOIA number.

    I trust to hear from you in the near future and that your
office will began to process those materials. I'm enclosing a
copy of the St. Louis FBI office letter. I want to thank you in
advance for your time and concern in the herein matter.

                                    Sincerely yours,

                                    Jerry Lewis Bey
                                    # 22328-044

cc: file copy;



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 190-SL-188506

P.O. Box 7251, Main Station
St. Louis, Missouri  63177
March 25, 2003

Mr. Jerry Lewis Bey
#22328-044
U.S. Penitentiary Beaumont
Post Office Box 26030
Beaumont, Texas  77720

RE: Doris Lewis Bey, aka Doris Franklin
    St. Louis File 245-5

Dear Mr. Lewis Bey:

This is in response to your Freedom of Information Act
(FOIA) request received by this office on March 13, 2003.

We have completed a search of the manual and automated
indices to the central records system maintained in St. Louis and
material responsive to your request has been located.

We have referred your request to FBI Headquarters for
processing. The FOIA Section will maintain your request by order
of receipt and will assign it for processing in turn.

Headquarters will assign your request an FOIA number
and advise you of that number as soon as possible. Any future
correspondence concerning this request should be directed to FBI
Headquarters, FOIA Section, 935 Pennsylvania Avenue,
Washington, D.C.  20535-0001.

Sincerely yours,

THOMAS E. BUSH, III
Special Agent in Charge

By: PETER J. KRUSING
PETER J. KRUSING
Chief Division Counsel

# Exhibit D

U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR JERRY LEWIS BEY
\*\*22326-044
POST OFFICE BOX 26030
BEAUMONT, TX 77720

May 06, 2003

Request No.: 0976607- 000
Subject: LEWIS BEY, DORIS

Dear Requester:

    This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

    To promptly respond to our requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters. No records pertinent to your FOIPA request were located by a search of the automated indices. These indices serve as a catalog for all security, applicant, and administrative records created since January 1, 1958, as well as all criminal records created since January 1, 1973. If you believe the records you seek were created prior to the above dates, you may request another search.

    You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

    Should you desire a check of our Salt Lake City field office files, you must write directly to the appropriate field office(s).

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure: 1

# Exhibit E

Date: May 11, 2003

To: Federal Bureau of Investigation Headquarters
    Attn: Freedom of Information Section
    935 Pennsylvania Ave. N.W.
    Washington, D.C. 20535-0001

From: Mr. Jerry Lewis Bey
    R.G.# 22328-044
    U.S. Penitentiary Beaumont
    P.O. Box 26030
    Beaumont, Texas 77720-6030

Re: Disclosure of Records on Doris Lewis Bey
    aka Doris Franklin, St. Louis File 245-5

Dear FOIA Officer:

    This letter is to inquire about the status of my FOIA request
September 20, 2002 and the St. Louis FBI office letter dated
March 25, 2003, whereas they had located the material responsive
to my request for the above documents in file 245-5. It was my
understanding that I would have recieved a FOIA number from your
agency by now, as stated in Counsel Peter Krusing March 25, 2003
letter.

    It was also my understanding that pursuant to the FOIA, the
President of the United States, as well as the Attorney General
has a clear commitment to ensure that the FBI comply with both
the letter and spirit of the FOIA. It is my hope that my request
is being processed and that I will soon recieved the material lo-
cated that is disclosable under the Act.

    I want to again thank you for your time and concern in the
herein matter as I apprciate your attention, as well as your ef-
forts in dealing with the daily request your agency recieves.

                                        Sincerely yours,

                                        Mr. Jerry Lewis Bey

cc: file;

# Exhibit F

Date: May 13, 2003

To: Federal Bureau of Investigation Headquarters
Attn: FOIA Section
935 Pennsylvania, Avenue, N.W.
Washington, D.C. 20535-0001

From: Mr. Jerry Lewis Bey
R.G.# 22328-044
U.S. Penitentiary Beaumont
P.O. Box 26030-
Beaumont, Texas 77720-6030

Re: Doris Lewis Bey, aka Doris Franklin
St. Louis File 245-5

Dear FOIA Officer:

This letter is in response to your agency letter dated May 08
2003, whereas you indicated that your agency searched the main
files in the Central Records System at your Headquarters and no
records were located by a search of the automated indices. I must
apologize for my May 2, 2003 letter sent to your agency, as I
failed to advise you in my letter that the information that I
requested had been located by the St. Louis FBI field office in
St. Louis file 245-5 and this material was forwarded to your
agency on or about March 25, 2003, by a Mr. Peter J. Krusing,
Chief Division Counsel.

It's apparent that by my omission, your agency incorrectly
searched the Washington files for the material rather than look-
ing in the St. Louis 245-5 file. I'm enclosing a copy of the St.
Louis letter and hope this will clear up the matter and I will be
recieving the material from that file that's disclosable pursuant
to the Acts. I want to again thank you in advance for your time
and concern in the herein matter.

Sincerely yours,

Jerry Lewis Bey

cc: Mr. Peter J. Krusing
St. Louis FBI Chief Division
Counsel



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 190-SL-188506

P.O. Box 7251, Main Station
St. Louis, Missouri  63177
March 25, 2003

Mr. Jerry Lewis Bey
#22328-044
U.S. Penitentiary Beaumont
Post Office Box 26030
Beaumont, Texas  77720

                    RE:  Doris Lewis Bey, aka Doris Franklin
                         St. Louis File 245-5

Dear Mr. Lewis Bey:

          This is in response to your Freedom of Information Act
(FOIA) request received by this office on March 13, 2003.

          We have completed a search of the manual and automated
indices to the central records system maintained in St. Louis and
material responsive to your request has been located.

          We have referred your request to FBI Headquarters for
processing.  The FOIA Section will maintain your request by order
of receipt and will assign it for processing in turn.

          Headquarters will assign your request an FOIA number
and advise you of that number as soon as possible.  Any future
correspondence concerning this request should be directed to FBI
Headquarters, FOIA Section, 935 Pennsylvania Ave. N.W.,
Washington, D.C.  20535-0001.

                              Sincerely yours,


                              THOMAS E. BUSH, III
                              Special Agent in Charge



                         By: _____
                              PETER J. KRUSING
                              Chief Division Counsel



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D C 20535*

MR JERRY LEWIS BEY
\*\*22328-044
POST OFFICE BOX 26030
BEAUMONT, TX 77720

May 08, 2003

Request No  0976807- 000
Subject  LEWIS BEY, DORIS

Dear Requester

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above

To promptly respond to our requests, we concentrate on identifying main files in the Central
Records System at FBI Headquarters.  No records pertinent to your FOIPA request were located by a
search of the automated indices.  These indices serve as a catalog for all security, applicant, and
administrative records created since January 1, 1958, as well as all criminal records created since January
1, 1973  If you believe the records you seek were created prior to the above dates, you may request
another search

You may file an administrative appeal by writing to the Co-Director, Office of Information and
Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D C  20530, within
sixty days from receipt of the letter  The envelope and the letter should be clearly marked "Freedom of
Information Appeal" or "Information Appeal"  Please cite the FOIPA number assigned to your request so
that it may be easily identified

Should you desire a check of our Salt Lake City field office files, you must write directly to the
appropriate field office(s)

Sincerely yours,

David M  Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure  1

# Exhibit G

Date: July 1, 2003

To: Mr. Peter J. Krusing
St. Louis FBI Chief Division Counsel
Federal Bureau of Investigation
P.O. Box 7251, Main Station
St. Louis, Missouri 63177

From: Mr. Jerry Lewis Bey
R.G.# 22326-044
U.S. Penitentiary Beaumont
P.O. Box 26030
Beaumont, Texas 77720-6030

Re: FBI File No.  190-SL-188506

Dear Mr. Krusing:

Sir, on March 25, 2003, you forwarded me a letter advising me
that your office had completed a search of the manual and auto-
mated indices to the central records system maintained by your
office and material responsive to my request regarding Doris
Lewis Bey had been located.  Sir, you further advised that the
material was being referred to FBI Headquarters for processing
and that Headquarters would assign me a FOIA number and advise me
of that number as soon as possible.

Mr. Krusing, as of today I have not recieved any FOIA number
nor has any material been sent to me.  Sir, I'm at this time re-
questing if you would please look into this matter and see if
you can find out the status on my request. I thank you in advance
for your time and concern in the herein matter.

Sincerely yours,

Mr. Jerry Lewis Bey

cc: Doris Lewis Bey



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 190-SL-188506

P.O. Box 7251, Main Station
St. Louis, Missouri  63177
March 25, 2003

Mr. Jerry Lewis Bey
#22328-044
U.S. Penitentiary Beaumont
Post Office Box 26030
Beaumont, Texas  77720

RE: Doris Lewis Bey, aka Doris Franklin
St. Louis File 245-5

Dear Mr. Lewis Bey:

This is in response to your Freedom of Information Act
(FOIA) request received by this office on March 13, 2003.

We have completed a search of the manual and automated
indices to the central records system maintained in St. Louis and
material responsive to your request has been located.

We have referred your request to FBI Headquarters for
processing.  The FOIA Section will maintain your request by order
of receipt and will assign it for processing in turn.

Headquarters will assign your request an FOIA number
and advise you of that number as soon as possible.  Any future
correspondence concerning this request should be directed to FBI
Headquarters, FOIA Section, 935 Pennsylvania Ave. N.W.,
Washington, D.C.  20535-0001.

Sincerely yours,

THOMAS B. BUSH, III
Special Agent in Charge

By: _Peter J. Krusing_
PETER J. KRUSING
Chief Division Counsel

# Exhibit H



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

July 15, 2003

MR. JERRY LEWIS BEY
#22295-044
POST OFFICE BOX 26030
BEAUMONT, TX 77720 6030

Subject: LEWIS BEY, DORIS

FOIPA No. 0976607- 001

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3) _____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☒(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

15  page(s) were reviewed and 5  page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐ referred to the OGA for review and direct response to you.

    ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C.  20530-0001 within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)  (2)

In regards to the Freedom of Information-Privacy Acts (FOIPA) request of Doris Lewis Bey to the FBI St. Louis Field Office, enclosed are serials 70 and 71 from St. Louis file 245-SL-5.

# Exhibit I

Date: April 7, 2004

To: Federal Bureau of Investigation
   Attn: Mr. David M. Hardy/ Section Chief
   Freedom of Information Section
   Washington, D.C. 20535

From: Doris J. Franklin    aka Doris J. Lewis Bey
   10405 Lord
   St. Louis, Missouri 63136

Re: <u>St. Louis FBI File No. 245B-5</u>

Dear Mr. Hardy:

This request is pursuant to the Freedom of Information and Privacy
Ats, Title 5 USC 552 and 552(a). I'm requesting that your agency
disclosed to my ex-husband, Jerry Lewis Bey, all records being
maintained on me in St. Louis FBI file # 245B-5. The request is
for any FBI memorandums, 302 reports, and should include a 1983
memorandum  regarding a traffic violation that was forwarded to
te 1983 MSTA task force. I'm enclosing a signed Certificate of
Identity form showing I authorized your agency to release these
records at my request. I thank you in advance for your time and
concern.

Sincerely,

Doris Franklin

cc: Jerry Lewis Bey

U.S. Dep..    .. of Justice

## Certification of Identity

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   Doris J. Franklin   aka Doris Lewis Bey

Citizenship Status [2]   USA   Social Security Number [3]   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

Current Address   10405 Lord   St. Louis, Mo. 63136

Date of Birth   2-17-55   Place of Birth   St. Louis, Mo.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   _____   Date   April 7, 2004

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information release to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Mr. Jerry Lewis Bey, #22328-044   FCI, PO. Box 725, Edgefield, S.C. 29824

Print or Type Name

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought

DOJ APPROVED O.M.B. NO. 1105-0016   FORM DOJ-361
1/98 CFS .3.FP.01   APR.01

# Exhibit J

Date: July 21, 2004

To: Federal Bureau of Investigation
    Freedom of Information Unit
    Attn: Mr. David M. hardy/Section Chief
    Washington, D.C. 20535-0001

From: Mr. Jerry Lewis Bey #22328-044
      FCI Edgefield
      P.O. Box 725
      Edgefield, SC. 29824

Re: <u>FOIA Records On Doris J. Franklin  aka Doris J. Lewis Bey</u>
    <u>In FBI St. Louis File No. 245B-5</u>

Dear Mr. Hardy:

Sir, this letter is in regards to the April 7, 2004 letter sent
to your office by my ex-wife Doris J. Franklin. This letter was
pursuant to the FOIA whereas she requested that your agency disclosed
to me records being maintained in File 245B-5, by the St. Louis
FBI field office.

Sir, as of this writing, <u>I have not heard from your agency, nor</u>
<u>was I given a FOIA Request number.</u> I'm at this time requesting
that I be given a number or that these records be disclosed to
me pursuant to the FOIPA and any exapy portion be deleted. I want
to again thank you in advance for your time and concern in the
herein matter and I hope to hear from you soon.

                                    Sincerely,

                                    _____
                                    Jerry Lewis Bey #22328-044

cc: files

Date: April 7, 2004

To: Federal Bureau of Investigation
   Attn: Mr. David M. Hardy/ Section Chief
   Freedom of Information Section
   Washington, D.C. 20535

From: Doris J. Franklin   aka Doris J. Lewis Bey
   10405 Lord
   St. Louis, Missouri 63136

Re: St. Louis FBI File No. 245B-5

Dear Mr. Hardy:

This request is pursuant to the Freedom of Information and Privacy
Ats, Title 5 USC 552 and 552(a). I'm requesting that your agency
disclosed to my ex-husband, Jerry Lewis Bay, all records being
maintained on me in St. Louis FBI file # 245B-5. The request is
for any FBI memorandums, 302 reports, and should include a 1983
memorandum  regarding a traffic violation that was forwarded to
ta 1983 MSTA task force. I'm enclosing a signed Certificate of
Identity form showing I authorized your agency to release these
records at my request. I thank you in advance for your time and
concern.

Sincerely,

Doris Franklin

Jerry Lewis Bey

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    Doris J. Franklin    aka Doris Lewis Bey

Citizenship Status [2]    USA    Social Security Number [3]    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

Current Address    10405 Lord   St. Louis, Mo. 63136

Date of Birth    2-17-55    Place of Birth    St. Louis, Mo.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretences is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____    Date    April 7, 2004

**OPTIONAL: Authorization to Release Information to Another Person**

This form is to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Under the provisions of 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Mr. Jerry Lewis Bey, #22328-044   FCI, P.O. Box 725, Edgefield, S.C. 29824

_____
Print or Type Name

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

# Exhibit K

Date: September 20, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      FCI Edgefield
      P.O. Box 725
      Edgefield, S.C. 29824

Re: <u>Unacknowledged FOIA Request</u>

Dear Mr. Hardy:

    This letter is to inquire about my three (3) seperate Free-
dom of Information Act (FOIA) request that I forwarded to your
agency on April 7, 2004, May 3, 2004 and August 2, 2004, which
has not been acknowledged.  I have not recieved a FOIA request
number for either of my request, which has been the normal pro-
cedure when an individual makes a request for records pursuant
to the FOIA.  Two of the request was from two of my ex-wives,
giving the FBI authorization to disclose any information being
maintained in your FBI files on them to me.  The other request
was from me seeking information on myself that are being main-
tained in polygraph examinations taken by the FBI on certain
government witnesses in my RICO case.

    I'm enclosing copies of the three(3) letters, as it is my
hope that I will hear from you soon and that no civil action
has to be filed in federal court.  I again thank you in advance
for your time and concern in the herein matter.

Sincerely,

Jerry Lewis Bey

cc: file copy

-2-

Date: April 7, 2004

To: Federal Bureau of Investigation
Attn: Mr. David M. Hardy/ Section Chief
Freedom of Information Section
Washington, D.C. 20535

From: Doris J. Franklin    aka Doris J. Lewis Bey
10405 Lord
St. Louis, Missouri 63136

Re: St. Louis FBI File No. 245B-5

Dear Mr. Hardy:

This request is pursuant to the Freedom of Information and Privacy
Ats, Title 5 USC 552 and 552(a). I'm requesting that your agency
disclosed to my ex-husband, Jerry Lewis Bey, all records being
maintained on me in St. Louis FBI file # 245B-5. The request is
for any FBI memorandums, 302 reports, and should include a 1983
memorandum  regarding a traffic violation that was forwarded to
te 1983 MSTA task force. I'm enclosing a signed Certificate of
Identity form showing I authorized your agency to release these
records at my request. I thank you in advance for your time and
concern.

Sincerely,

Doris Franklin

cc: Jerry Lewis Bey

Certification of Identity

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester ¹ _____ Doris J. Franklin    aka Doris Lewis Bey _____

Citizenship Status ² _____ USA _____    Social Security Number ³ _____ 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 _____

Current Address _____ 10405 Lord    St. Louis, Mo. 63136 _____

Date of Birth _____ 2-17-55 _____    Place of Birth _____ St. Louis, Mo. _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature ⁴ _____ [signature] _____ Date _____ April 7, 2004 _____

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____ Mr. Jerry Lewis Bey, #22328-044    FCI, P.O. Box 725, Edgefield, S.C. 29824 _____

Print or Type Name

¹ Name of individual who is the subject of the record sought.
² Individual submitting a request under the Privacy Act of 1974 must be enter "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
³ Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
⁴ Signature of individual who is the subject of the record sought.

ORDA-APPROVED (OMB NO. 1103-0016)    FORM DOJ-361
UPDATE 5 30-01    APR 01

# Exhibit L

Date: November 20, 2004

To: Federal Bureau of Investigation
    Attn: Freedom of Information Section
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey
     #22328-044
     FCI
     P.O. Box 725
     Edgafield, S.C. 29824

Re: April 7, 2004, April 9, 2004, May 3, 2004 and September 20,
    2004 FOIA Request Letters Unacknowledged BY The FBI

Dear FOIA Officer:

    This letter is to inquire about my Freedom of Information
Act (FOIA) request for records being maintained by your agency.
Seven months ago my ex-wife Doris Franklin (Doris Lewis Bey), in
a letter to your office requested that you disclose all records
being maintained on her in St. Louis FBI file #245B-5. I never
heard from your agency nor did I recieve a FOIA Request Number.

    Also on April 9, 2004 my other ex-wife Tonya Timmons (Tonya
Lewis Bey) also made a request that you disclose all records in
the same St. Louis file 245B-5 and as of this writing, I never
recieved a FOIA Request Number nor any disclosure. On May 3,
2004 and again on September 20, 2004 I wrote to your agency and
sent copies of their request letters and asked that these records
be disclosed to me and again "there was no response."

    It's clear that the FOIA requires governmental agencies such
as the FBI, upon "any" request for records which reasonably de-
scribes such records, to make the records "promptly" available
pursuant to Title 5 USC 552(a)(3). I want to thank you again
and hope to hear from you soon.

                            Sincerely yours,

                            Jerry Lewis Bey

Date: September 20, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey
    R.G.# 22328-044
    FCI Edgefield
    P.O. Box 725
    Edgefield, S.C. 29824

Re: Unacknowledged FOIA Request

Dear Mr. Hardy:

    This letter is to inquire about my three (3) seperate Free-
dom of Information Act (FOIA) request that I forwarded to your
agency on April 7, 2004, May 3, 2004 and August 2, 2004, which
has not been acknowledged. I have not recieved a FOIA request
number for either of my request, which has been the normal pro-
cedure when an individual makes a request for records pursuant
to the FOIA. Two of the request was from two of my ex-wives,
giving the FBI authorization to disclose any information being
maintained in your FBI files on them to me. The other request
was from me seeking information on myself that are being main-
tained in polygraph examinations taken by the FBI on certain
government witnesses in my RICO case.

    I'm enclosing copies of the three(3) letters, as it is my
hope that I will hear from you soon and that no civil action
has to be filed in federal court. I again thank you in advance
for your time and concern in the herein matter.

Sincerely,

Jerry Lewis Bey

cc: file copy

-2-

Date: April 7, 2004

To: Federal Bureau of Investigation
Attn: Mr. David M. Hardy/ Section Chief
Freedom of Information Section
Washington, D.C. 20535

From: Doris J. Franklin   aka Doris J. Lewis Bey
10405 Lord
St. Louis, Missouri 63136

Re: St. Louis FBI File No. 245B-5

Dear Mr. Hardy:

This request is pursuant to the Freedom of Information and Privacy
Ats, Title 5 USC 552 and 552(a). I'm requesting that your agency
disclosed to my ex-husband, Jerry Lewis Bey, all records being
maintained on me in St. Louis FBI file # 245B-5. The request is
for any FBI memorandums, 302 reports, and should include a 1983
memorandum  regarding a traffic violation that was forwarded to
te 1983 MSTA task force. I'm enclosing a signed Certificate of
Identity form showing I authorized your agency to release these
records at my request. I thank you in advance for your time and
concern.

Sincerely,

Doris Franklin

Jerry Lewis Bey

U.S. Depa...   f Justice

## Certification of Identity

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester ⁴    Doris J. Franklin    aka Doris Lewis Bey

Citizenship Status ²    USA                         Social Security Number ³    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

Current Address    10405 Lord . St. Louis, Mo. 63136

Date of Birth    2-17-55                         Place of Birth    St. Louis, Mo.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature ⁴ _[signature]_    _[signature]_    Date    April 7, 2004

**OPTIONAL: Auth rization to Release Information to Another Person**

This form is to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Mr. Jerry Lewis Bey, #22328-044    FCI, P.O. Box 725, Edgefield, S.C. 29824

                                         Print or Type Name

⁴ Name of individual who is the subject of the record sought.
² Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
³ Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
⁴ Signature of individual who is the subject of the record sought.

DOJ APPROVED OMB NO. 1103-0016                         FORM DOJ-361
EXPIRES 2/28/94                                         APR 01

# Exhibit M

Second Notice

To: Federal Bureau of Investigation
    Attn: Freedom of Information Officer
    400 West Monroe Street, Suite 400
    Springfield, Illinois 62704

From: Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720

Re: Tonya Lewis Bey, Springfield FBI Office File
    No. 72-SI-46052

Dear Sir/Ms: FOIA Officer,

    This letter will serve as my request pursuant to the provi-
sions of the Freedom of Information Act (5 USC 552) and the Pri-
vacy Act (5 USC 552(a) ).  Tonya Lewis Bey, has authorized your
agency to release to me all information in FBI file No. 72-SI-
46052, that is being maintained on her, pursuant to 5 USC 552a(b)
I'm enclosing a "Certificate of Identity" form, that is signed by
Tonya Lewis Bey, declaring that she is the person/requester giv-
ing such permission.

    The specific information that I'm requesting to be released
to me concerns a December 1992 arrest of Tonya Lewis Bey and a
Leslie Leland.  These records can be found in file 72-SI-46052,
and should include any and all interview reports, FD-302's, tape
recordings, Airtels, and any other records where the name Tonya
Lewis Bey is mentioned.

RECEIVED
JUL 0 7 2003
BY:

...reason ... determined that portion of the

...ght is exempt pursuant to 552 (b)(2),(b)(7)(C)(D)

...problem with that exemption and I am willing to pay

...cost if the documents exceed the first 100 copies,

...of copies

...that your

...this re-

...and concern in

...nalty of perjury that

...of the above information and documents for

Respectfully submitted,

Jerry Lewis Bey /# 2328-044

cc: file copy
Tonya Lewis Bey

-2-

## Privacy Waiver and Certification of Identity

FOIPA Request Number _____
                              (if known)

Full Name: Tonya S. Lewis-Bey

Current Address: 7116 Idlewild
                 St. Louis, Missouri 63136

Date of Birth: November 22, 1961    Place of Birth: St. Louis, Missouri

(Optional: Prior addresses, employments, aliases, etc., which may assist the FBI in locating the requested information)
        ss# 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

I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :

                    (name, address, & phone of Attorney or other Designee)
                    Jerry Lewis-Bey  #22328-044
                    U.S. Penitentiary Beaumont

                    P.O. Box 26030
                    Beaumont, Texas 77720-6030

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: X _____    Date: X 8.12.03

illegible
not accepted

# Exhibit N

10-31-03

To: Federal Bureau of Investigation
Attn: FOIA Officer
400 W. Monroe Street, Suite #00
Springfield, Illinois 62704

From: Jerry Lewis Bey #22328-044          Springfield
Federal Correctional Institution           Request
Unit C-4  Cell # 319
P.O. Box 725                               #968438
Edgefield, South Carolina 29824
                                           New address
Re: My July 6, 2003 FOIA Request Letter

Dear FOIA officer:

This letter is to inquire about the status of my July 6, 2003
FOIA request. As of this writing I have not heard from your
office. It is possible you forwarded information to my old address
and it was returned to your agency. I am no longer at USP
Beaumont, my new address is as follows:

                    Federal Correctional Institution
                    Unit C-4  Cell # 319
                    P.O. Box 725
                    Edgefield, South Carolina 29824

        I want to apologize for not notifying you earlier, however,
it took the BOP six weeks to get me to South Carolina and I didn't
have your address. I do hope to hear from your office soon.

                    Sincerely,
                    Jerry Lewis Bey

# Exhibit O



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

November 19, 2003

Mr. Jerry Lewis-Bey
**22328-044
Unit C-4, Cell 319
Post Office Box 725
Edgefield, SC 29824

Subject: Lewis-Bey, Tonya S.

Dear Mr. Lewis-Bey:

Your letter asking for information maintained by the FBI under the Freedom of Information-Privacy Acts (FOIPA) concerning another individual was forwarded from the Springfield Field Office and is being returned to you.

Before we commence processing your request for records pertaining to another individual, we ask that you submit to the FBI a privacy waiver from that person. Without a privacy waiver, the disclosure of law enforcement records or information about another person is considered an unwarranted invasion of personal privacy. Such records, if they exist, are exempt from disclosure pursuant to Exemptions (b)(6) and/or (b)(7)(C) of the FOIA, Title 5, United States Code, Section 552.

Enclosed is a Privacy Waiver and Certification of Identity form. The subject of your request should complete this form and sign it. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You may fax your response directly to the FOIPA Section at 202-324-3752.

Once you have provided us with the necessary information, as described above, we will conduct a search of our records and advise you of the results.

This response should not be considered an indication of whether or not records responsive to your request exist in FBI files.

Sincerely yours,

/S/

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

Enclosure

All Attached Correspondence Must Be Returned to the FBI With This Letter

FORWARDED TO MSU
BY
DATE  11/19/03

JAB(2)

# Exhibit P

Date: November 29, 2003


To: Federal Bureau of Investigation
    Attn: Freedom of Information Officer
    400 West Monroe Street, Suite 400
    Springfield, Illinois 62704


From: Jerry Lewis Bey
      #22328-044
      Federal Correctional Institution
      Unit C-4   Cell# 319
      P.O. Box 723
      Edgefield, SC 29824


Re: FBI File # 72-SI-46052
Subject: Tonya Lewis Bey


Dear FOIA Officer:

This letter will serve as my request pursuant to the provisions of the Freedom
of Information Act (Title 5 USC 552) and the Privacy Act (Title 5 USC 552(a)).
Tonya Lewis Bey has authorized your agency to release to me any and all infor-
mation being maintained on her in FBI file # 72-SI-46052. Enclosed you will
find a privacy waiver signed by her authorizing the herein information to be
released to me pursuant to (Title 5 USC 552a(b) ).

The specific information is in regards to an arrest on or about December 1992
and should include any report, memorandum or tape recordings, where her name
is mentioned.

I expect that any portions of any material found that is exempt will be deleted
pursuant to 552 (b)(2),(b)(7)(C)(D) and I'm willing to pay for any documents
over the first 100 pages, which to my understanding is free.

I want to thank you again, for your time and concern in the herein matter and
I hope to hear from your agency within the ten(10) working days pursuant to
Title 5 USC 532a(6)(A)(I).

                                        Sincerely yours,

                                        Jerry Lewis Bey


cc: Tonya Lewis Bey

# Exhibit Q

Date: December 16, 2003

To: Federal Bureau of Investigation
Attn: Mr. David M. Hardy/Section Chief
Freedom of Information Disclosure Section
Washington, D.C. 20535

From: Mr. Jerry Lewis Bey
#22328-044
Federal Correctional Institution
P.O. Box 725
Edgefield, S.C. 29824

Re: FBI File# 72-SI-46052
Subject: Tonya Lewis Bey/Tonya Timmons

Dear Mr. Hardy:

Enclosed is a copy of my original November 29, 2003 FOIA request letter and a signed "Privacy Waiver and Certification of Identity" form from my ex-wife, Tonya Lewis Bey, now Tonya Timmons. Enclosed also is a signed letter from her to your agency along with three (3) pieces of her identification varifying her name and signature, as the same on the Privacy waiver form.

It is my hope that the enclosed information will be of satisfactory whereas your agency can began a search of your files and advise me of the results. I want to thank you in advance for your time and concern in the herein matter and hope to hear from you soon.

Sincerely yours,

Jerry Lewis Bey

cc: Tonya Timmons

Date: November 29, 2003

To: Federal Bureau of Investigation
Attn: Freedom of Information Officer
400 West Monroe Street, Suite 400
Springfield, Illinois 62704

From: Jerry Lewis Bey
#22328-044
Federal Correctional Institution
Unit C-4    Cell# 319
P.O. Box 723
Edgefield, SC 29824

Re: FBI File # 72-SI-46052
Subject: Tonya Lewis Bey

Dear FOIA Officer:

This letter will serve as my request pursuant to the provisions of the Freedom
of Information Act (Title 5 USC 552) and the Privacy Act (Title 5 USC 552(a)).
Tonya Lewis Bey has authorized your agency to release to me any and all infor-
mation being maintained on her in FBI file # 72-SI-46052.  Enclosed you will
find a privacy waiver signed by her authorizing the herein information to be
released to me pursuant to (Title 5 USC 552a(b) ).

The specific information is in regards to an arrest on or about December 1^92
and should include any report, memorandum or tape recordings, where her name
is mentioned.

I expect that any portions of any material found that is exempt will be deleted
pursuant to 552 (b)(2),(b)(7)(C)(D) and I'm willing to pay for any documents
over the first 100 pages, which to my understanding is free.

I want to thank you again, for your time and concern in the herein matter and
I hope to hear from your agency within the ten(10) working days pursuant to
Title 5 USC 552a(6)(A)(I).

Sincerely yours,

Jerry Lewis Bey

cc: Tonya Lewis Bey

To Whom It May Concern

Please find enclosed a letter that was mailed back to me, stating my signature was invalid/illegible. I'm not sure if there is a previous signature on file, but I remarried November 21, 2001. My new name is Tonya S. Timmons, and that is now how I sign my signature. I have also enclosed copies of legal documents that support how I currently sign my signature. I hope this will clear the matter and the requested documents are forwarded to Mr. Jerry Lewis Bey 22328-044, Federal Correctional Institution of Edgefield, Unit C-4 Cell 319, P O Box 725, Edgefield, SC 29824. I thank you in advance for your prompt attention to this matter.

Sincerely,

Tonya S Timmons

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

November 19, 2003

Mr. Jerry Lewis-Bey
22328-044
Unit C-4, Cell 319
Post Office Box 725
Edgefield, SC 29624

Subject: Lewis-Bey, Tonya S.

Dear Mr. Lewis-Bey:

Your letter asking for information maintained by the FBI under the Freedom of Information-Privacy Acts (FOIPA) concerning another individual was forwarded from the Springfield Field Office and is being returned to you.

Before we commence processing your request for records pertaining to another individual, we ask that you submit to the FBI a privacy waiver from that person. Without a privacy waiver, the disclosure of law enforcement records or information about another person is considered an unwarranted invasion of personal privacy. Such records, if they exist, are exempt from disclosure pursuant to Exemptions (b)(6) and/or (b)(7)(C) of the FOIA, Title 5, United States Code, Section 552.

Enclosed is a Privacy Waiver and Certification of Identity form. The subject of your request should complete this form and sign it. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You may fax your response directly to the FOIPA Section at 202-324-3752.

Once you have provided us with the necessary information, as described above, we will conduct a search of our records and advise you of the results.

This response should not be considered an indication of whether or not records responsive to your request exist in FBI files.

Sincerely yours,

David M. Hardy

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure

All Attached Correspondence Must Be Returned to the FBI With This Letter

## Privacy Waiver and Certification of Identity

FOIPA Request Number _____
(if known)

Full Name ___ Tonya S. Lewis-Bey _____

Current Address ___ 7116 IdleWild _____
___ St. Louis, Missouri 63136 _____

Date of Birth ___ November 22, 1961 ___ Place of Birth ___ St. Louis, Missouri

(Optional: Prior addresses, employments, aliases, etc., which may assist the FBI in locating the
requested information)
___ SS# 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 _____
_____
_____

I hereby waive my right to privacy, and I authorize the FBI to release any and all
information relating to me to:

(name, address, & phone of Attorney or other Designee)
Jerry Lewis-Bey  #22328-044
U.S. Penitentiary Beaumont

P.O. Box 26030
Beaumont, Texas 77720-6030

Under penalty of perjury, I hereby declare that I am the person described above and understand
that any falsification of this statement is punishable under the provisions of Title 18, United States Code
(U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five
years, or both, and that requesting or obtaining any record(s) under false pretenses is punishable under
the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than
$5,000.

Signature X _____  Date X 8/12.03

illegible
not accepted

## Privacy Waiver and Certification of Identity

FOIPA Request Number    Unknown
(if known)

Full Name    Tonya S. Lewis-Bey

Current Address    7116 IdleWild

St. Louis, Missouri 63136

Date of Birth    November 22, 1961    Place of Birth    St. Louis, Missouri

(Optional) Prior addresses, employments, aliases, etc., which may assist the FBI in locating the requested information)

ss# 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    12654 Stonoridge  St. Louis, MO.

(prior address)

I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :

(name, address, & phone of Attorney or other Designee)

Jerry Lewis Bey  #22328-044

Federal Correctional Institution

Unit C-4   Cell# 319
P.O. Box 725
Edgefield, South Carolina 29824

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000

Signature _____    Date  12/10/03







Tonya S Timmons
1400 Herrington RD #210L
C Ville, Georgia, 30014



FEDERAL BUREAU OF INVESTIGATION
Attn: FREEDOM OF INFORMATION OFFICER
400 WEST MONROE ST STE 400 RECEIVED
SPRINGFIELD, ILLINOIS 62704

DEC 1 8 2003

SIRO
MAIL DESK

62704+1833 31

# Exhibit R

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*January 13, 2004*

MR JERRY LEWIS BEY
#22328-044
UNIT C-4   CELL#319
POST OFFICE BOX 725
EDGEFIELD, SC 29824

Request No.: 0969997- 000
Subject:TIMMONS, TONYA S

Dear Mr. Bey:

- ☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

- ☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

- ☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

- ☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

- ☐ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

- ☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

# Exhibit S



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR JERRY LEWIS BEY                          February 17, 2004
**22328-044
UNIT C-4   CELL#319
POST OFFICE BOX 725
EDGEFIELD, SC 29824

Subject: TIMMONS, TONYA S

FOIPA No. 0969997- 000

Dear Mr. Lewis Bey:

    The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☒(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

100 page(s) were reviewed and 79 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐ referred to the OGA for review and direct response to you.

    ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown,

confident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

□ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)

# Exhibit T

Date: April 9, 2004

To: Federal Bureau of Investigation
Attn: Mr. David M. Hardy/ Section Chief
Freedom of Information Unit
Washington, D.C. 20535

From: Mrs. Tonya S. Timmons
1400 Herrington Rd. # 2102
Lawrenceville, GA. 30044
S
Re: FBI St. Louis File # 245B-5

Dear Mr. Hardy:

This request is pursuant to Title 5 USC 552 and 552(a) of the Free-
dom of Information and Privacy Acts, I'm requesting that your
agency disclose to my ex-husband, Jerry Lewis Bey, all the records
being maintained on me in St. Louis FBI File # 245B-5. It has
been brought to my attention by my ex-husband, that this file in-
vestigation began in March 1983. In 1983, my name was Tonya S.
Brown and I was Jerry Lewis Bey's girlfriend and later became his
wife in April 1990. I have since remarried on November 21, 2001,
and my name is now Tonya S. Timmons. The requested records should
include all FBI 302 reports, memorandums, photos, surveillance
logs records, pen-register records.

I'm also enclosing a FBI privacy waiver and Certification of Iden-
tity form that I have signed showing that I have made the authori-

zation for these records to be disclosed to another person. Your
agency also have on file, copies of legal documents showing how
I sign my signature, as your agency in FOIA Request No. 0989997-
000, recently released other records at my request to Mr. Lewis
Bey. I want to thank you in advance for your time and concern
in the herein matter.

Sincerely,

Tonya B. Timmons

cc: Jerry Lewis Bey







## Privacy Waiver and Certification of Identity

FOIPA Request Number: __None__
(if known)

Full Name: __Tonya S. Timmons__

Current Address: __1400 Herrington Rd. # 2102__
__Lawrenceville, GA. 30044__

Date of Birth: __11-22-61__    Place of Birth: __St. Louis, Mo.__

(Optional: Prior addresses, employments, aliases, etc., which may assist the FBI in locating the requested information)
__Tonya S. Brown-name at birth__
__Tonya S. Lewis Bey- maiden name__

I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to:

(name, address, & phone of Attorney or other Designee)
__Mr. Jerry Lewis Bey # 22328-044__

__F.C.I. Edgefield__

__P.O. Box 725__

__Edgefield, South Carolla 29824__

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: x _Amy_____    Date: _4/9/04_

# Exhibit U

Date: May 3, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey # 22328-044
    F.C.I. Edgefield
    P.O. Box 725
    Edgefield, S.C. 29824

Re: FOIA Request on Tonya Brown Being Maintained In
    St. Louis FBI File No. 245B-5

Dear Mr. Hardy:

This letter is in regards to a Freedom of Information Act, Title
5 USC 552 and 552(a), the Privacy Act, request, that was submitted
to your agency by my ex-wife, Tonya Timmons, formerly Tonya
Lewis Bey and Tonya Brown. In her April 9, 2004 request letter,
she requested that your agency, the FBI, release to me all
records being maintained by the St. Louis FBI office in file
# 245B-5.

Sir, since I'm familiar with this file, I wanted to make
sure that your agency know that the information would be found
under the name Tonya Brown, her maiden name, not Lewis Bey
nor Timmons. This is a 1983 task force file, which she and
I was living at 11882 San Remo at one time during the investi-
gation which lasted over a number of years. Additionally, our
telephone number at San remo was (314) 741-3118.

Sir, the information being maintained, should include all automobiles Tonya Brown was seen in by the FBI, and photos of those automobiles, as well as surveillance records of those automobiles. The records should include pen-register records on telephone number (314) 741-3118, as well as toll-records and South Western Bell telephone records, bills, etc. These records should include all FBI 302 reports, memorandums, and federal court records, including subpoenas, installation records for telephone recordings or trace and traps. In addition, any federal grand jury subpoenas relating to Tonya Brown and all task force surveillance records from the task force under cover apartment as well as any other surveillance records.

Sir, I hope by my being specific, and identifying the file, it would assist you and your staff in locating these records. I want to thank you again in advance for your time and all the assistance you have rendered me in the past, as I hope to hear from you soon.

Sincerely,

Jerry Lewis Bey

Date: April 9  2006

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy/ Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mrs. Tonya S. Timmons
      1400 Herrington Rd. # 2102
      Lawrenceville, GA. 30044

Re: FBI St. Louis File # 245B-S

Dear Mr. Hardy:

This request is pursuant to Title 5 USC 552 and 552(a) of the Free-
dom of Information and Privacy Acts.  I'm requesting that your
agency disclose to my ex-husband, Jerry Lewis Bey, all the records
being maintained on me in St. Louis FBI File # 245B-S.  It has
been brought to my attention by my ex-husband, that this file in-
vestigation began in March 1983.  In 1983, my name was Tonya S.
Brown and I was Jerry Lewis Bey's girlfriend and later became his
wife in April 1990.  I have since remarried on November 21, 2005,
and my name is now Tonya S. Timmons. The requested records should
include all FBI 302 reports, memorandums, photos, surveillance
logs records, pen-register records.

I'm also enclosing a FBI privacy waiver and Certification of Iden-
tity form that I have signed showing that I have made the authori-

zation for these records to be disclosed to another person.  Your
agency also have on file, copies of legal documents showing how
I sign my signature, as your agency in FOIA Request No. 0989997-
000, recently released other records at my request to Mr. Lewis
Bey.  I want to thank you in advance for your time and concern
in the herein matter.

Sincerely,

Tonya S. Timmons

cc: Jerry Lewis Bey

U.S. Depa... f Justice                    Certification of Identity                    

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester ¹  **Tonya S. Timmons**

Citizenship Status ²  **USA**                    Social Security Number ³  **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**

Current Address  **1400 Herrington RD. #2102    Lawrenceville, GA. 30044**

Date of Birth  **11-22-61**                    Place of Birth  **St. Louis, Missouri**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature ⁴ X _____                    Date  **4/9/04**

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to

**Mr. Jerry Lewis Bey # 22328-044    FCI, P.O. Box 725, Edgefield, S.C. 29824**

_____
Print or Type Name

¹ Name of individual who is the subject of the record sought.
² Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
³ Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
⁴ Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016                    FORM DOJ-361
EXPIRES 7-31-01                    SEP 00







# Exhibit V

Date: July 21, 2004

To: Federal Bureau of Investigation
    Attn: David M. Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20535-0001

From: Mr. Jerry Lewis Bey #22328-044
    FCI Edgefield
    P.O. Box 725
    Edgefield, SC. 29824

Re: <u>FOIA Request On Tonya Brown Being Maintained In
    FBI St. Louis File No. 245B-5</u>

Dear Mr. Hardy:

In a letter to the Federal Bureau of Investigation (FBI), dated
April 9, 2004, Mrs. Tonya Timmons, maiden name Tonya Lewis Bey,
requested that your agency release to me, her former husband, records
that is being maintained in St. Louis FBI file #245B-5.  On May
3, 2004, I also sent a letter to your office along with attached
documents and a copy of Mrs. Timmons April 9, 2004 letter.

Sir, as of this writing, I have yet to hear from your office, nor
has I been presented with a FOIA disclosure request number.  I
would really appreciate it if you or your representative would
notify me and let me know the status of my request or let me know
if the disclosure was sent to the wrong address.  I want to again
thank you in advance for your time and concern in the herein matter
and hope to hear from you soon.

                                      Sincerely,
                                      Jerry Lewis Bey #22328-044

cc; files;

# Exhibit W

Date: September 20, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20535

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      FCI Edgefield
      P.O. Box 725
      Edgefield, S.C. 29824

Re: Unacknowledged FOIA Request

Dear Mr. Hardy:

    This letter is to inquire about my three (3) seperate Free-
dom of Information Act (FOIA) request that I forwarded to your
agency on April 7, 2004, May 3, 2004 and August 2, 2004, which
has not been acknowledged.  I have not recieved a FOIA request
number for either of my request, which has been the normal pro-
cedure when an individual makes a request for records pursuant
to the FOIA.  Two of the request was from two of my ex-wives,
giving the FBI authorization to disclose any information being
maintained in your FBI files on them to me.  The other request
was from me seeking information on myself that are being main-
tained in polygraph examinations taken by the FBI on certain
government witnesses in my RICO case.

    I'm enclosing copies of the three(3) letters, as it is my
y hope that I will hear from you soon and that no civil action
has to be filed in federal court.  I again thank you in advance
for your time and concern in the herein matter.

Sincerely,

Jerry Lewis Bey

cc: file copy

-2-

Date: May 3, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey # 22328-044
    F.C.I. Edgefield
    P.O. Box 725
    Edgefield, S.C. 29824

Re: <u>FOIA Request on Tonya Brown Being Maintained In
    St. Louis FBI File No. 245B-5</u>

Dear Mr. Hardy:

This letter is in regards to a Freedom of Information Act, Title
5 USC 552 and 552(a), the Privacy Act, request, that was submitted
to your agency by my ex-wife, Tonya Timmons, formerly Tonya
Lewis Bey and Tonya Brown.  In her April 9, 2004 request letter,
she requested that your agency, the FBI, release to me all
records being maintained by the St. Louis FBI office in file
# 245B-5.

   Sir, since I'm familiar with this file, I wanted to make
sure that your agency know that the information would be found
under the name Tonya Brown, her maiden name, not Lewis Bey
nor Timmons.  This is a 1983 task force file, which she and
I was living at 11882 San Remo at one time during the investi-
gation which lasted over a number of years. Additionally, our
telephone number at San remo was (314) 741-3118.

Sir, the information being maintained, should include all automobiles Tonya Brown was seen in by the FBI, and photos of those automobiles, as well as surveillance records of those automobiles. The records should include pen-register records on telephone number (314) 741-3118, as well as toll-records and South Western Bell telephone records, bills, etc. These records should include all FBI 302 reports, memorandums, and federal court records , including subpoenas, installation records for telephone recordings or trace and traps. In addition, any federal grand jury subpoenas relating to Tonya Brown and all task force surveillance records from the task force under cover apartment as well as any other surveillance records.

Sir, I hope by my being specific, and identifying the file, it would assist you and your staff in locating these records. I want to thank you again in advance for your time and all the assistance you have rendered me in the past, as I hope to hear from you soon.

Sincerely,

Jerry Lewis Bey

-2-

Date: April 9, 1996.

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy, Section Chief
    Freedom of Information Unit
    Washington, D.C. 20535

From: Mrs. Tonya S. Timmons
      1400 Herrington Rd. # 2102
      Lawrenceville, GA. 30044

Re: FBI St. Louis File # 245B-5

Dear Mr. Hardy:

This request is pursuant to Title 5 USC 552 and 552(a) of the Freedom of Information and Privacy Acts. I'm requesting that your agency disclose to my ex-husband, Jerry Lewis Bey, of the records being maintained on me in St. Louis FBI File # 245B-5. It has been brought to my attention by my ex-husband, that this file investigation began in March 1983. In 1983, my name was Tonya Brown and I was Jerry Lewis Bey's girlfriend and later became his wife in April 1990. I have since remarried on November 31, 1995, and my name is now Tonya S. Timmons. The requested records should include all FBI 302 reports, memorandums, photos, surveillance logs records, pen-register records.

I'm also enclosing a FBI privacy waiver and Certification of Identity form that I have signed showing that I have made the authori-

zation for these records to be disclosed to another person.   Your
agency also have on file, copies of legal documents showing how
I sign my signature, as your agency in FOIA Request No. 0989997-
000. recently released other records at my request to Mr. Lewis
Bey.  I want to thank you in advance for your time and concern
in the herein matter.

Sincerely,

Tonya S. Timmons

cc: Jerry Lewis Bey

Privacy Act Statement: In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]     **Tonya S. Timmons**

Citizenship Status [2] _____ USA _____          Social Security Number [3] _____ 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 _____

Current Address _____ 1400 Herrington RD. #2102     Lawrenceville, GA. 30044 _____

Date of Birth _____ 11-22-61 _____          Place of Birth _____ St. Louis, Missouri _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any records(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]    x _~Tony~_          Date _____ 4/9/04 _____

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____ Mr. Jerry Lewis Bey # 22328-044    FCI, P.O. Box 725, Edgefield, S.C. 29824 _____

Print or Type Name

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought







# Exhibit X

Date: November 20, 2004

To: Federal Bureau of Investigation
    Attn: Freedom of Information Section
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey
      #22328-044
      FCI
      P.O. Box 725
      Edgefield, S.C. 29824

Re: April 7, 2004, April 9, 2004, May 3, 2004 and September 20,
    2004 FOIA Request Letters' Unacknowledged BY The FBI

Dear FOIA Officer:

     This letter is to inquire about my Freedom of Information
Act (FOIA) request for records being maintained by your agency.
Seven months ago my ex-wife Doris Franklin (Doris Lewis Bey), in
a letter to your office requested that you disclose all records
being maintained on her in St. Louis FBI file #245B-5. I never
heard from your agency nor did I recieve a FOIA Request Number.

     Also on April 9, 2004 my other ex-wife Tonya Timmons (Tonya
Lewis Bey) also made a request that you disclose all records in
the same St. Louis file 245B-5 and as of this writing, I never
recieved a FOIA Request Number nor any disclosure. On May 3,
2004 and again on September 20, 2004 I wrote to your agency and
sent copies of their request letters and asked that these records
be disclosed to me and again "there was no response."

     It's clear that the FOIA requires governmental agencies such
as the FBI, upon "any" request for records which reasonably de-
scribes such records, to make the records "promptly" available
pursuant to Title 5 USC 552(a)(3). I want to thank you again
and hope to hear from you soon.

                              Sincerely yours,

                              Jerry Lewis Bey

Date: September 20, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey
    R.G.# 22328-044
    FCI Edgefield
    P.O. Box 725
    Edgefield, S.C. 29824

Re: <u>Unacknowledged FOIA Request</u>

Dear Mr. Hardy:

    This letter is to inquire about my three (3) seperate Free-
dom of Information Act (FOIA) request that I forwarded to your
agency on April 7, 2004, May 3, 2004 and August 2, 2004, which
has not been acknowledged.  I have not recieved a FOIA request
number for either of my request, which has been the normal pro-
cedure when an individual makes a request for records pursuant
to the FOIA.  Two of the request was from two of my ex-wives,
giving the FBI authorization to disclose any information being
maintained in your FBI files on them to me.  The other request
was from me seeking information on myself that are being main-
tained in polygraph examinations taken by the FBI on certain
government witnesses in my RICO case.

    I'm enclosing copies of the three(3) letters, as it is my
y hope that I will hear from you soon and that no civil action
has to be filed in federal court.  I again thank you in advance
for your time and concern in the herein matter.

Sincerely,

Jerry Lewis Bey

cc: file copy

-2-

Date: May 3, 2004

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy/Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mr. Jerry Lewis Bey # 22328-044
      F.C.I. Edgefield
      P.O. Box 725
      Edgefield, S.C. 29824

Re: FOIA Request on Tonya Brown Being Maintained In
    St. Louis FBI File No. 245B-5

Dear Mr. Hardy:

This letter is in regards to a Freedom of Information Act, Title
5 USC 552 and 552(a), the Privacy Act, request, that was submitted
to your agency by my ex-wife, Tonya Timmons, formerly Tonya
Lewis Bey and Tonya Brown. In her April 9, 2004 request letter,
she requested that your agency, the FBI, release to me all
records being maintained by the St. Louis FBI office in file
# 245B-5.

    Sir, since I'm familiar with this file, I wanted to make
sure that your agency know that the information would be found
under the name Tonya Brown, her maiden name, not Lewis Bey
nor Timmons. This is a 1983 task force file, which she and
I was living at 11882 San Remo at one time during the investi-
gation which lasted over a number of years. Additionally, our
telephone number at San remo was (314) 741-3118.

Sir, the information being maintained, should include all automobiles Tonya Brown was seen in by the FBI, and photos of those automobiles, as well as surveillance records of those automobiles. The records should include pen-register records on telephone number (314) 741-3118, as well as toll-records and South Western Bell telephone records, bills, etc. These records should include all FBI 302 reports, memorandums, and federal court records , including subpoenas, installation records for telephone recordings or trace and traps. In addition, any federal grand jury subpoenas relating to Tonya Brown and all task force surveillance records from the task force under cover apartment as well as any other surveillance records.

Sir, I hope by my being specific, and identifying the file, it would assist you and your staff in locating these records. I want to thank you again in advance for your time and all the assistance you have rendered me in the past, as I hope to hear from you soon.

Sincerely,

Jerry Lewis Bey

-2-

Date: April 9, 200

To: Federal Bureau of Investigation
    Attn: Mr. David M. Hardy/ Section Chief
    Freedom of Information Unit
    Washington, D.C. 20525

From: Mrs. Tonya S. Timmons
      1400 Herrington Rd. # 2102
      Lawrenceville, GA. 30044

Re: <u>FBI St. Louis File # 245B-5</u>

Dear Mr. Hardy:

This request is pursuant to Title 5 USC 552 and 552(a) of the Free-
dom of Information and Privacy Acts. I'm requesting that your
agency disclose to my ex-husband, Jerry Lewis Bey, all the records
being maintained on me in St. Louis FBI File # 245B-5. It has
been brought to my attention by my ex-husband, that this file in-
vestigation began in March 1983. In 1983, my name was Tonya S.
Brown and I was Jerry Lewis Bey's girlfriend and later became his
wife in April 1990. I have since remarried on November 21, 2004,
and my name is now Tonya S. Timmons. The requested records should
include all FBI 302 reports, memorandums, photos, surveillance
logs records, pen-register records.

I'm also enclosing a FBI privacy waiver and Certification of Iden-
tity form that I have signed showing that I have made the authori-

zation for these records to be disclosed to another person.  Your
agency also have on file, copies of legal documents showing how
I sign my signature, as your agency in FOIA Request No. 0989997-
000. recently released other records at my request to Mr. Lewis
Bey.  I want to thank you in advance for your time and con.ern
in the herein matter.

                                        Sincerely,

                                        Tonya S. Timmons

cc: Jerry Lewis Bey



U.S. Department of Justice                 Certification of Identity

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]     Tonya S. Timmons

Citizenship Status [2]     USA               Social Security Number [3]     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

Current Address     1400 Herrington RD. #2102     Lawrenceville, GA. 30044

Date of Birth     11-22-61         Place of Birth     St. Louis, Missouri

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] X _Amy_                  Date    4/9/04

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to

Mr. Jerry Lewis Bey # 22328-044     FCI, P.O. Box 725, Edgefield, S.C. 29824

Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 5/31/04

FORM DOJ-361
APR 99









# Exhibit Y



# Federal Bureau of Investigation

# Freedom of Information / Privacy Acts

# Release

# Subject:   DORIS BEY

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

MEMORANDUM

JAN 16 1985

TO      : SAC, ST. LOUIS (245B-5) (P)

b6 -1
b7C -1

FROM    : SA [          ]

SUBJECT: JERRY LEE LEWIS, aka;
         dba MOORISH SCIENCE TEMPLE
         OF AMERICA (MSTA);
         OCDE TASK FORCE CASE
         (OO:ST. LOUIS)

b6 -2
b7C -2

On 11/14/84, Sergeant [          ] LAMBERT-ST. LOUIS INTERNATIONAL AIRPORT POLICE DEPARTMENT (LIAPD) furnished the following information:

b6 -5
b7C -5

He advised that DORIS LEWIS-BEY is still employed by the AEROPLEX CORPORATION (AEROPLEX) at the airport in one of the gift shops. He cautioned against contacting anyone with AEROPLEX because [          ] is a political figure who hires friends and associates of his political allies. He noted that DORIS LEWIS-BEY probably owes her job to her political ties.

b6 -5
b7C -5

When the LIAPD recently tried to tow her car, a white and red Oldsmobile, Missouri license plate number HEB-834, from the reserved parking space of [          ], they were told that she had permission to park there. [          ] confirmed this by telephone and since then DORIS LEWIS-BEY has been parking there on a regular basis. In addition to the above car, she sometimes drives a Mercedes Benz.

St. Louis
DAD:kdd



245 B-5 -70

SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___
JAN 16 1985

b6 -1
b7C -1

BEY-1

REVIEW FOR INDEXING

SL 2458-5

b6 -2,5 [redacted] also cautioned against discussing her name with
[redacted] because DORIS LEWIS-BEY [redacted]
b7C -2,5 [redacted]

ADMINISTRATIVE:

Delay in transcription of this communication was due to a
stenographic delinquency in the St. Louis Division of which the
Bureau is aware.

-2-

BEY-2

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

MEMORANDUM

JAN 16 1985

TO     : SAC, ST. LOUIS (245B-5) (P)

b6 -1
b7C -1

FROM   : SA _____

SUBJECT: JERRY LEE LEWIS, aka,
         dba MOORISH SCIENCE TEMPLE
         OF AMERICA (MSTA);
         OCDE TASK FORCE CASE
         (OO:ST. LOUIS)

b6 -2
b7C -2

On 11/13/84, Sergeant _____ ST. LOUIS POLICE
DEPARTMENT (SLPD), Intelligence Unit, furnished a copy of a
report, dated 11/9/84, covering the arrest on same date of JERRY
LEE LEWIS-BEY, and his wife DORIS LEWIS-BEY.  Both are scheduled
to appear in Circuit Court number two on 1/18/85, at 11:00 A.M.,
on charges of General Peace Disturbance.  A copy of this report
is attached.

ADMINISTRATIVE:

Delay in transcription of this communication was due to a
stenographic delinquency in the St. Louis Division of which the
Bureau is aware.



- St. Louis
DAD:kdd

245B-5-71

SEARCHED____INDEXED____
SERIALIZED____FILED____

JAN 16 1985

b6 -1
b7C -1

READY FOR INDEXING    BEY-3

METROPOLITAN POLICE DEPARTMENT ST. LOUIS
ENFORCEMENT OFFENSE / INCIDENT REPORT

| 1 COPIES TO | 2 OFFICER INJURED | 3 CLEARED BY | 4 CODE | 5 REPORT AS | 6 PAGE | 7 COMPLAINT NUMBER |
|---|---|---|---|---|---|---|
| MEDICAL Division | ☑ YES ☐ NO | Wm. 1774 | | LOCATION | 1 of 10 | 84-142740 |

| 8 TYPE OF INCIDENT | 9 SOC | 10 UCR CODE | 11 HOW COMPLAINT/CASE RECEIVED (Check) | 12 ARRIVAL TIME |
|---|---|---|---|---|
| UUW - Flourishing ASSAULT 3RD | 7007 | | ☐ RADIO  ☑ PHONE  ☐ ON VIEW  ☐ CITIZEN  ☐ OTHER UNITS NOTIFIED | |
| | 13 ORIGINALLY RECEIVED AS | | | |
| | SHOTS FIRED | | | |

| 14 DAY, DATE, TIME OF OCCURRENCE | 15 DAY DATE, AND TIME REPORTED | 16 STATUS |
|---|---|---|
| Fri., 11-9-84, 10:28pm | Fri 11-9-84, 10:31pm | ☐ ACTIVE  ☐ INACTIVE  ☒ CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ UNF |

| 17 LOCATION OF OCCURRENCE | 18 CAR/AREA | 19 DISTRICT | 20 SERIAL/AREA CODE |
|---|---|---|---|
| 4147 St. Louis Ave. | 829 | 8 | |

| 21 TYPE OF PREMISE | 22 POINT OF ENTRY | 23 FOR VEHICLE TO PATROL |
|---|---|---|
| Street | | ☐ YES ☐ NO |

| 24 POINT OF ENTRY | 25 TOOLS USED | 26 POINT OF EXIT | 27 WEAPONS/OBJECTS USED OR DISPLAYED |
|---|---|---|---|

| 28 VICTIM | 29 RESIDENCE ADDRESS | 30 RESIDENCE PHONE | AREA CODE |
|---|---|---|---|
| ☒ CHECK MULTIPLE VICTIMS | 12654 STONE RIDGE | 741-6912 | |
| Lewis-Bey, Doris | 31 BUSINESS ADDRESS  LAMBERT AIRPORT | 32 BUSINESS PHONE  421-1880 | AREA CODE |

| VICTIM'S PEDIGREE | 33 RACE | 34 SEX | 35 AGE | 36 DATE OF BIRTH | 37 PLACE OF BIRTH | 38 OCCUPATION | 39 MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | N | F | 29 | 2-17-55 | St. Louis | CLERK | S |

| 40 CONVEYED TO | 41 CONVEYED BY | 42 HOSPITAL DISPOSITION | 43 TYPE OF INJURIES |
|---|---|---|---|
| | | ☐ ADMITTED ☐ LEFT FOR TREATMENT ☐ TREATED AND RELEASED ☐ DOA | ☐ FATAL ☐ DISABLING ☐ EVIDENT NOT DISABLING ☐ PROBABLE NOT APPARENT ☐ NOT APPARENT ☐ UNKNOWN |

CODES: 1 – Reporting Party  3 – Witness  5 – Title Holder  7 – Last Person In Possession  9 – Parent
2 – Person Securing Premises  4 – Guest  6 – Person Discovering Crime  8 – Guardian  10 – Property Insurance

| 44 CODE | 45 NAME (Last, First, Middle) | 46 ADDRESS | 47 PHONE (#) | AREA CODE |
|---|---|---|---|---|
| 1 | Lewis-Bey, Doris | 12654 STONE RIDGE  LAMBERT AIRPORT | 741-6912  421-1880 | |
| | | OTHER RESIDENCE | | |
| | | BUSINESS | | |
| | INSURANCE AGENT | OTHER BUSINESS | | |
| 10 | INSURANCE COMPANY | BUSINESS | | |

VEHICLE CODES: 1 – Stolen  2 – Used  3 – Wanted  4 – Held as Evidence  5 – Victim's Vehicle  6 – Recovered  7 – Bicycle  8 – Towed 8

| 48 CODE | 49 YEAR | 50 MAKE | 51 MODEL | 52 STYLE | 53 VIN | 54 COLOR | 55 TAG NUMBER |
|---|---|---|---|---|---|---|---|

| 56 LICENSE NUMBER | 57 STATE | 58 YEAR | 59 TIRES | 60 KEYS IN VEHICLE | 61 IGNITION LOCKED | 62 DOORS LOCKED | 63 INSURED | 64 VALUE | 65 REFERENCE NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | ☐ ☐  ☐ YES ☐ No | ☐ YES ☐ NO ☐ UNKNOWN | ☐ YES ☐ NO ☐ UNKNOWN | ☐ YES ☐ NO ☐ UNKNOWN | ☐ YES ☐ NO ☐ UNKNOWN | | |

PROPERTY CODES: A – Currency Notes  C – Clothing, Furs  E – Office Equipment  G – TV, Radio, Cameras, etc  I – Consumable Goods  K – Misc
B – Jewelry/Precious Metals  D – Damaged Property  F – Firearms  H – Household Goods  J – Live Stock  L – Tools

| 66 CODE | 67 QUANTITY | 68 PROPERTY DESCRIPTION | 69 VALUE | 70 RECOVERED | 71 REFERENCE NO |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | BEY-4 |

| 72 REMARKS | 73 INFORMATION SUBMITTED COPIED TO CRIME WATCH ☐ | 74 HOURS | 75 TOTAL | 76 OPERATION IDENT ☐ YES ☐ NO |
|---|---|---|---|---|

see narrative

| 77 REPORTING OFFICER, DSN | 78 DSN | 79 REPORT REVIEWED | 80 SUPERVISOR SIGNAL |
|---|---|---|---|
| P.O. Mary L. Warneck DSN 4-9-84 | MTS 8114 | | |

FILE COPY

**METROPOLITAN POLICE DEPARTMENT**
**ENFORCEMENT OFFENSE / INCIDENT REPORT**

| 1 COPIES TO | 2 OFFICER INJURED ☐ YES ☐ NO | 3 PLACED BY | 4 CODE | 5 REPORT | 6 PAGE ☐ OF ☐ | 7 COMPLAINT NUMBER 04-142740 |
|---|---|---|---|---|---|---|

LOCATION

| 8 TYPE OF INCIDENT ASSAULT 3RD | 9 SROC | 10 UCR CODE | 11 HOW COMPLAINT WAS RECEIVED (Check) 1 RADIO  2 PHONE  3 ON VIEW  2 OTHER  4 STATION | 12 ARRIVAL TIME |
|---|---|---|---|---|
| | 13 ORIGINALLY RECEIVED AS | | 14 OTHER UNITS NOTIFIED (ORN AND UNIT NAME) | |

| 13 DAY, DATE, TIME OF OCCURRENCE | 16 DAY, DATE, AND TIME REPORTED | 17 STATUS ☐ ACTIVE ☐ INACTIVE ☐ CLEARED BY ARREST ☐ EXCEPTIONALLY CLEARED ☐ UNF |
|---|---|---|
| | | 18 CAR/BEAT | 19 DISTRICT | 21 REPORTING UNIT |
| 21 LOCATION OF OCCURRENCE - SPECIFY STREET ADDRESS AND/OR APARTMENT COMPLEX, SUBDIVISION, HOTEL | | |

| 22 TYPE OF PREMISE (Specify) | 23 POINT OF ENTRY | 24 FIVE VEHICLE TO PURSUE ☐ YES ☐ NO |
|---|---|---|
| 25 METHOD OF ENTRY | 26 TOOLS USED | 27 POINT OF EXIT | 28 WEAPONS/OBJECTS USED OR DISPLAYED |

| 29 VICTIM'S NAME (Last, First, Middle) CHECK IF MULTIPLE VICTIMS ⊠ | 30 RESIDENCE ADDRESS 4408 MARCUS | 31 RESIDENCE PHONE 381-2220 | AREA CODE |
|---|---|---|---|
| Lewis-Bey Jerry | 32 BUSINESS ADDRESS 3600 N. GRAND | 33 BUSINESS PHONE No phone | AREA CODE |

| VICTIM'S PEDIGREE | 34 SEX N | 35 RACE M | 36 AGE 34 | 37 DATE OF BIRTH 10-7-50 | 38 PLACE OF BIRTH St. Louis | 39 OCCUPATION Minister | 42 MARITAL STATUS S |
|---|---|---|---|---|---|---|---|

| 40 TIMES VICTIM CONTACTED | 41 HOSPITAL DISPOSITION ☐ ADMITTED ☐ LEFT FOR TREATMENT ☐ TREATED AND RELEASED ☐ DOA | 42 TYPE OF INJURIES ☐ FATAL ☐ DISABLING ☐ EVIDENT BUT DISABLING ☐ PROBABLE BUT NOT APPARENT ☐ NOT APPARENT ☐ UNKNOWN |
|---|---|---|

CODES:   1 – Reporting Party    3 – Witness    5 – Title Holder    7 – Last Person In Possession    9 – Parent
         2 – Person Securing Premise    4 – Owner    6 – Person Discovering Crime    8 – Guardian    10 – Property Insurance

| 43 CODE | 44 NAME (Last, First) | 47 ADDRESS | 48 PHONE NO | AREA CODE |
|---|---|---|---|---|
| 43A 1 | Lewis-Bey Jerry | 47A RESIDENCE 4408 MARCUS | 48A 381-2220 | |
| 43B | | 47B BUSINESS 3600 N. GRAND | 48B No phone | |
| | | 47C BUSINESS | | |
| 43C | 45 INSURANCE AGENT | 46 NO. LICENSE | 46C |
| 10 | INSURANCE COMPANY | 46F COMPANY | |

VEHICLE CODES  1 – Stolen   2 – Used   3 – Wanted   4 – Held as Evidence   5 – Victim's Vehicle   6 – Recovered   7 – Bicycle   8 – Towed

| 49 CODE | 50 YEAR | 51 MAKE | 52 MODEL | 53 BODY STYLE | 54 VIN | 55 COLOR | 56 ID NUMBER |
|---|---|---|---|---|---|---|---|

| 57 LICENSE NUMBER | 58 STATE | 59 YEAR | 60 PLATES MISSING ☐ YES ☐ NO | 61 KEYS IN VEHICLE ☐ YES ☐ NO ☐ UNKNOWN | 62 IGNITION LOCKED ☐ YES ☐ NO ☐ UNKNOWN | 63 DOORS LOCKED ☐ YES ☐ NO ☐ UNKNOWN | 64 INSURED ☐ YES ☐ NO ☐ UNKNOWN | 65 VALUE | 66 REFERENCE NO |
|---|---|---|---|---|---|---|---|---|---|

PROPERTY CODES   A – Currency Notes   C – Clothing, Furs   E – Office Equipment   G – Fire Arms   I – Consumable Goods   K – Misc
                 B – Jewelry/Precious Metals   D – Damaged Property   F – TV, Radio, Cameras, etc   H – Household Goods   J – Live Stock   L – Tools

| 67 CODE | 68 QUANTITY | 70 PROPERTY DESCRIPTION | 71 VALUE | 72 RECOVERED | 73 REFERENCE NO |
|---|---|---|---|---|---|

BEY-5

| 74A INFORMATION BULLETIN ISSUED TO OTHER UNITS ☐ | 75 TOTAL | 76 INJURY | 77 OPERATION IDENTIFY ☐ YES ☐ NO |
|---|---|---|---|

all signatures

| 78 REPORTING OFFICER | 79 DSN OF REPORT | EMERGENCE NO V-984 | 81 SUPERVISOR'S DSN | 82 REVIEWING OFFICER'S DSN |
|---|---|---|---|---|

**FILE COPY**

METROPOLITAN POLICE DEPARTMENT
LAW ENFORCEMENT OFFENSE / INCIDENT REPORT

LOCATION

COMPLAINT NUMBER: 84-142740

TYPE OF INCIDENT: Property Damage 3RD

VICTIM: DARTON-BEY, IRENE

RESIDENCE ADDRESS: 5946 PAPIN, WASHINGTON UNIO

RESIDENCE PHONE: 385 - 9546

BUSINESS PHONE: UNK

VICTIM'S PEDIGREE: F  36  UNK

VEHICLE: 5  82  Chrys  Leb  4 Dr  Blue  Blue

LICENSE NUMBER: JEM 486  MO

PROPERTY:

| CODES | QUANTITY | PROPERTY DESCRIPTION | VALUE | RECOVERED | REFERENCE NO |
|---|---|---|---|---|---|
| | 1 | Car door window | 75.00 | | |
| | | | | | BEY-6 |

TOTAL: 75.00

TOTAL: 75.00

see narrative

R.O. Mary J. Warnick, 522  4-9-84

FILE COPY

# METROPOLITAN POLICE DEPARTMENT—CITY OF ST. LOUIS
## PERSONAL DESCRIPTORS CONTINUATION FORM

1 COMPLAINT NUMBER: **84-142740**  of 10

PREFIX: S SUSPECT   R - RUNAWAY   J - JUVENILE   C CONFINED   SUFFIX: 1 - ARMED & DANGEROUS
A ARRESTED   W - WANTED   M MISSING PERSON   W W - WARRANT WITHDRAWN   2 ASSAULTS OFFICERS   3 - MENTAL CONDITION

### SUBJECT NO. 1

3 CODE: A    4 LAST NAME: Lewis-Bey    FIRST NAME: Jerry    MIDDLE NAME:    JR/SR:    5 ARREST REQ. or HISTORY #: **8-3778**

6 AKA OR MAIDEN NAME:    7 MIRANDA WARNING: ☐YES OSN ☑NO 1522    7A UNDERSTOOD: YES ☑ NO ☐    7B I.D. NO: 117595    8 REFERENCE NUMBER:

ACTUAL ☐ / OBV ☑ 16 RACE: N    10 SEX: M    11 AGE: 34    12 DATE OF BIRTH: 10-7-50    13 PLACE OF BIRTH-CITY: St. Louis    STATE: M    14 MARITAL STATUS: S    15 CLOTHING:

16 HEIGHT: 511    17 WEIGHT: 130    18 BUILD: Slender    19 COMPLEX: Dark    20 EYES: BRN    22 FACIAL HAIR: Blk    23 TEETH:    24 SCARS, MARKS, TATTOOS:

25 OBV CROPPED:    26 VOICE:    27 SOCIAL SECURITY NUMBER: 498/52/4394    28 OPERATORS LICENSE NUMBER:    29 STATE:

30 ADDRESS: 4408 Marcus    31 CITY: St. Louis    32 STATE: Mo    33 HOME PHONE AREA CODE: 381-2220    30 ☑EMPLOYED ☐UNEMPLOYED

35 OCCUPATION: Minister    36 EMPLOYER (PRESENT/CLASS): Moors Church    37 BUSINESS ADDRESS: 4000 Al Grand    38 CITY: St. Louis Mo    39 STATE:    40 (A.C.) BUSINESS PHONE:

| 41 CHARGES | | 42A DATE OF OFFENSE | 42B COMPLAINT # | 44A COURT | 45A COURT DATE | 43A TIME | 47A COUNTER ASSN ARREST |
|---|---|---|---|---|---|---|---|
| A | UMW - Flourish | ☑C ☐D | 11-9-84 | 142740 | | | | ☐YES ☑NO |
| B | Assault 3rd | F ☑M ☐C ☐D | 11-9-84 | 142740 | | | | ☐YES ☑NO |
| C | General Peace Disturbance | ☑C ☐D | 11-9-84 | 142740 | 2 | 1-18-85 | 11:00 AM | ☐YES ☑NO |
| D | | ☐C ☐D | | | | | | ☐YES ☐NO |

### SUBJECT NO. 2

49 CODE: A    50 LAST NAME: Lewis-Bey    FIRST NAME: Doris    MIDDLE NAME: Jean    JR/SR:    58 ARREST REQ. or HISTORY #: **8-3779**

51 AKA OR MAIDEN NAME:    51A MIRANDA WARNING: ☐YES OSN ☑NO 1522    51B UNDERSTOOD: YES ☑ NO ☐    52 I.D. NO: 51385M    63 REFERENCE NUMBER:

ACTUAL ☐ / OBV ☑ 54 RACE: N    55 SEX: F    56 AGE: 29    57 DATE OF BIRTH: 2-17-55    58 PLACE OF BIRTH-CITY: St. Louis    STATE: Mo    59 MARITAL STATUS: S    60 CLOTHING:

61 HEIGHT: 506    62 WEIGHT: 105    63 BUILD: Small    64 COMPLEX: Med    65 EYES: BRN    66 FACIAL HAIR: Blk    68 TEETH:    69 SCARS, MARKS, TATTOOS:

70 OBV CROPPED:    71 VOICE:    72 SOCIAL SECURITY NUMBER: 484/62/2097    73 OPERATORS LICENSE NUMBER:    76 STATE:

77 ADDRESS: 12654 Stone Ridge    78 CITY: Blacktrock    77 STATE: Mo    70 HOME PHONE AREA CODE: 741-6312    70 ☑EMPLOYED ☐UNEMPLOYED

80 OCCUPATION: Clerk    81 EMPLOYER (PRESENT/CLASS): Lambert Airport    82 BUSINESS ADDRESS: St. Louis Mo    83A (A.C.) BUSINESS PHONE:

| CHARGES | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | Assault 3rd | F ☑M ☐C ☐D | 11-9-84 | 142740 | | | | ☐YES ☑NO |
| B | General Peace Disturbance   Votman 1310 | ☑C ☐D | 11-9-84 | 142740 | 2 | 1-18-85 | 11:00 AM | ☐YES ☑NO |
| C | Fug St. Louis Co.   Yes Man 1310 | F ☑M ☐C ☐D | | W1171747 | | | | ☑YES ☐NO |
| D | Fug St. Louis Co. | F ☐C ☑D | | W1171755 | | | | ☑YES ☐NO |

### MISSING PERSON

BEY-7

113 ARRESTING OFFICER: ____ DSN: 4596    115 DSN OF REPORT: N989    116 SUPERVISORS INITIAL: MTI 8714    118 REVIEWING OFFICER'S SIGNATURE & DSN:

METROPOLITAN POLICE DEPARTMENT—CITY OF ST. LOUIS
PERSONAL DESCRIPTIONS CONTINUATION FORM

PAGE 1 of 10    COMPLAINT NUMBER 142740

PREFIX: S - SUSPECT    R - RUNAWAY    J - JUVENILE    C - CONFINED
A - ARRESTED    W - WANTED    M - MISSING PERSON    W W - WARRANT WITHDRAWN

SUFFIX: 1 - ARMED & DANGEROUS    2 - ASSAULTS OFFICERS    3 - MENTAL CONDITION

**SUBJECT NO. 2**

CODE: A    LAST NAME: Subject #2 Continued

**SUBJECT NO. 3**

CODE: A    LAST NAME: Franklin    FIRST NAME: Bruce    MIDDLE NAME: Carlos    ARREST REG: 8-3780

Miranda Warning: NO    Understood: NO    CDD: Kal857

SEX: M    RACE: N    AGE: 25    DATE OF BIRTH: 6-24-59    PLACE OF BIRTH—CITY: St. Louis    STATE: MO    MARITAL STATUS: S

HEIGHT: 5'8"    WEIGHT: 170    BUILD: Med    COMPLEXION: Dark    EYES: Brn    HAIR: Blk

SOCIAL SECURITY NUMBER: 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

ADDRESS: 4197 St. Louis Ave    CITY: St. Louis    STATE: MO    HOME PHONE: 533-1331    ☐ EMPLOYED  ☑ UNEMPLOYED

| CHARGE(S) | | CODE | STATUS OF OFFENSE | | DATE DAY MTH OCT OF OFFENSE | COMPLAINT NUMBER | CHARGE NUMBER | COURT DATE | TIME | COUNTER ARREST MADE |
|---|---|---|---|---|---|---|---|---|---|---|
| A | Resisting Arrest | E | F / D | 11-9-84 | 142740 | -43 | 1-18-85 | 1:30 | ☐ YES ☑ NO |
| B | General Peace Dist | D | F / D | 11-9-84 | 142740 | 2 | 1-18-85 | 11:35 | ☐ YES ☑ NO |
| C | | | F / D | | | | | | ☐ YES ☐ NO |
| D | | | F / D | | | | | | ☐ YES ☐ NO |

**MISSING PERSON**

BEY-8

SUBMITTED BY: William J. Daniels    DSN: 4981    REVIEWING OFFICER:    5607

FILE COPY

DISTRICT FILE COPY

**METROPOLITAN POLICE DEPARTMENT – CITY OF ST. LOUIS**
**CONTINUATION REPORT**

• FILE NO. • FOR RECORDS DIVISION

PAGE NO. 6

COMPLAINT NO. 84-142740

On 11-9-84 at 10:30 pm PO Mary J Warnecke and PO Robert Amplemann in car 839 received a radio assignment to 4147 St Louis for shots fired.

Upon arrival the above officers were met by victim #2 who was standing next to his vehicle as described in box 49 which had the drivers side car window shattered. Victim #2 stated to these officers that the woman on the porch at 4147 St Louis had a gun and had shot out the car window.

At that time the officers observed a n/f on the front porch at 4147 St Louis run inside the residence. The above officers attempted to follow the n/f subject however the door had been locked. After a few moments (15 to 20 seconds) the n/f subject returned to the door and opened same. The above officers were met by the n/f subject along with 2 other n/m's and another n/f.

The officers entered the doorway of the residence at which time one of the n/m's who will be referred to as arrested subject #3 (AS#3) stated "Get the fuck out of my house!" AS#3 was advised to stay out of the matter and that the officers wanted to talk with the n/f. The n/f then exited the doorway and came onto the porch.

Upon coming onto the porch AS#1 and the

SLMPD FORM 10 (R-2)

BEY-9

DISTRICT FILE COPY

**METROPOLITAN POLICE DEPARTMENT – CITY OF ST. LOUIS**
**CONTINUATION REPORT**

FILE NO . FOR RECORDS DIVISION

PAGE NO.                    7

COMPLAINT NO. 84 - 142 740

N.F (#1) become involved in an argument in which each began to yell causing the neighboring residents to gather.

During the course of this argument A.S.#1 lunged at N.F #1 pushing her to the porch pavement. At that time A.S #1 was placed under arrest for charge B and C. The N.F - A.S.#2 was placed under arrest for charges A, B and E after victim revised his statement and said "A.S.#2 had broken the car window, however he was unsure in what manner. Note victim 2 was seated in the car at the time the window was broken.
Both subjects were read their constitutional rights per MPD form 300-19.

As the above officers were effecting the above arrests and placing same in conveyances, A.S.#3 continually yelled profanities at the officers. This caused more of a crowd to gather.
A.S.#3 was approached by officers above officers and Po kenneth Brieggenhorst #1166 in Car 108 and advised he was under arrest for charge A of page 5. A.S.#3 stated the officers had no business belonging on his front porch and stood behind the other N.F. and N.M. that were previously mentioned as being in the doorway with N.F #1.                    BEY-10

DISTRICT FILE COPY

METROPOLITAN POLICE DEPARTMENT—CITY OF ST. LOUIS
CONTINUATION REPORT

FILE NO. —FOR RECORDS DIVISION

PAGE NO.

COMPLAINT NO.

Officer Ampleman again advised AS#3 he was under arrest, however AS#3 refused to move away from the other 2 subjects, and yell that he would kill the officers before being arrested. At that point PO Ampleman and Buggenhirst both took hold of the subjects arms and PO Warnecke grabbed the subject jacket inorder for the officers to pull AS#3 away from the other 2 subjects. AS#3 attempted to pull away from the officers at which time he was pushed to the concrete and pavement. AS#3 continued to move his arms at which point Buggenhirst held 1 arm, PO Warnecke the right while PO Ampleman handcuffed the subject. AS#3 continued to threaten the officers as he was placed in cruiser 808.

AS#3 was then moved to the corner of Kennedy and Whittier to await an ambulance due to the large crowd present. AS#3 was conveyed by Medic 20, EMT's Sweeney and Kimball to City Hospital 2. Treated by Dr. Morgan for minor laceration to the throat, contusions to the lower back and left elbow.

AS#3 was released and conveyed to District 8 in vehicle 826 operated by PO David Robinson 2107 and PO Andre Watson 1308. There he was booked for charges A and B

BEY-11

During the course of the arrest of AS#3 PO Ampleman and PO Buggenhirst both suffered injuries. Both

METROPOLITAN POLICE DEPARTMENT – CITY OF ST. LOUIS
CONTINUATION REPORT

FILE NO. - FOR RECORDS DIVISION

PAGE NO. _____ 9

COMPLAINT NO. _____ 18 2740

were conveyed to St. Louis University Hospital by
Sgt. Michael Indelicato DSN 8824, vehicle 813
who had also been present during the incident.
Both were treated by Dr. Okada & the hospital
staff diagnosis. Biggenhost sprain and
contusion to the right wrist. Ptl. Empleman suffered
from a sprain to the left forearm. Both officers
advised to contact the medical division, and returned to duty.
Victims #1 and #2 both reported they were uninjured
in the incident.
Victim #1 also stated AS #2 had pointed a handgun
as she had entered the residence just prior
to these officers arrival. Victim #1 stated AS #2
did not say anything to her at the time and after she
ran she believed AS #2 fired the handgun on the
corner of Sarah and St. Louis. AS #2 was
additionally charged.
A search of the area failed to locate the gun
and no description could be given.

AS #1 and #2 were conveyed to district 8 where
wanted checks revealed an "active Wanted on AS #2
as a fugitive from St. Louis County. The wanted
under references W1171755 and W1171747 were
verified by clerk Ustman DSN 1312 as active and
AS #2 was additionally charged.

BEY-12

DISTRICT FILE COPY

METROPOLITAN POLICE DEPARTMENT – CITY OF ST. LOUIS
CONTINUATION REPORT

FILE NO - FOR RECORDS DIVISION

CASE NO. _____

COMPLAINT NO. 88 - 142770

No action wanted on #5*1 or #5*3. Prior records on all three subjects.

An attempt to contact the registered owner of the damaged vehicle was to no avail.

Warrant disposition and criminal information requested. Warrants to be applied for in the usual manner.

Investigation of victim 3's auto revealed the driver's window shattered. Inside the auto was what appeared to be a shattered soda bottle which is believed to have been used to break the window.

BBY-13

Respectfully,
_____



# Federal Bureau of Investigation

# Freedom of Information / Privacy Acts

# Release

# Subject:  TONYA TIMMONS

FD-302 (REV. 3-10-82)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  1/7/93



b6 -3
b7C -3
b7D -2

was interviewed at
was advised of the identity of the interviewing agent and
the purpose of the interview. provided the following
information.

an ongoing RICO/drug trial in the
Eastern District of Missouri. had little knowledge of
the extent to which JERRY LEWIS BEY and the others members of the
b6 -3,4  MOORISH SCIENCE TEMPLE were involved in drug trafficking, murder
b7C -3,4  and other criminal conduct.
b7D -2
has agreed to
provide assistance to the government in this case

by JERRY LEWIS BEY
the St.Clair County Jail. Usually the wife of BEY
BEY

b6 -3,4                                                                    JERRY
b7C -3,4  LEWIS BEY
b7D -2                                arrangements were made to
consensually record                                      has
not been able to record all of the conversations for a variety of
reasons.                      states no one has threatened or
intimidated                      BEY

BEY-14

Investigation on  1/7/93
b6 -3
b7C -3
b7D -2  at                                      File #  72-SI-46052-1

by  SA                      b6 -1                      Date dictated  1/7/93
b7C -1

This document contains neither recommendation . . . clusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.



SA
MARK FOR INDEXING AND
RETURN TO SQUAD SECRETARY
WITHIN 7 WORKING DAYS.

b6 -1
b7C -1

72-SI-46052-1

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

JAN 0 7 1993

FBI - SPRINGFIELD

INDICES
☑ FOIMS ☐
☑ Manual ☐
☐ Conf. ☐
☐ ELSUR ☐

BEY-15

FD-302a (Rev. 11-15-83)

72-SI-

b6 -3
b7C -3
b7D -2

Continuation of FD-302 of _____ , On __1/7/93__ , Page __2__



b6 -3,4  LEWIS BEY
b7C -3,4  states that JERRY LEWIS BEY
b7D -2

b6 -3,4
b7C -3,4  BEY and
b7D -2

BEY-16

FD-302 (Rev. 3-10-82)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/24/92



b6 -3
b7C -3
b7D -2

was interviewed at the **OAK BROOK POLICE DEPARTMENT**, Oak Brook, Illinois. After being advised [        ] **Miranda** rights and the identities of the interviewing Agents, [        ] consented to talk and provided the following:

b6 -3
b7C -3
b7D -2

[        ] stated that [        ]

b6 -3
b7C -3
b7D -2

**TONYA SHERRELL LEWIS-BEY**. **LEWIS-BEY** is the wife of **JERRY LEWIS-BEY** who is incarcerated in Missouri on drug distribution charges. **JERRY LEWIS-BEY (JLB)** was the leader of the **MOORISH SCIENCE TEMPLE** [        ] located at 4411 North Florissant Street, St. Louis, Missouri. JLB refers to himself as **SHEIKH JERRY LEWIS-BEY**.

b6 -3
b7C -3
b7D -2

b6 -3
b7C -3
b7D -2

**TONYA LEWIS-BEY**

**BEY-17**

Investigation on   12/20/92   at   Oak Brook, Illinois   File #   183D-CG-85664

b6 -1
b7C -1

by   SA [        ] and   SA [        ]:jlk   Date dictated   12/21/92

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

72-SI-46052-2



72-SI-4052

SEARCHED _____ INDEXED _____
SERIALIZED ___✓___ FILED ___✓___

JAN 2 0 1993

FBI- SPRINGFIELD

FD-302a (Rev. 11-15-83)

183D-CG-89664

b6 -3
b7C -3
b7D -2

Continuation of FD-302 of _____ , On 13/20/92 , Page 2



b6 -3,4
b7C -3,4
b7D -2

JLB.  TLB and JLB talked

JLB

JLB's red BMW.

b6 -3
b7C -3
b7D -2

JLB also has TLB

b6 -3,4
b7C -3,4
b7D -2

JLB
JLB
JLB

JLB

was arrested in 1991.

friend of TLB

b6 -3,4,5
b7C -3,4,5
b7D -2

JLB
JLB
JLB's arrest, but the money was not found.

in the St. Louis, Missouri, area.

recalls that                    TLB

in St. Louis.

b6 -3,4,5
b7C -3,4,5
b7D -2

Missouri,                                           JLB's

residence is near

BEY-19

FD-302a (Rev. 11-15-83)

b2 -1

183D-CG-89664

b6 -3
b7C -3
b7D -2

Continuation of FD-302 of _____ , On __12/20/92__ , Page __3__



**b6 -3,4**
**b7C -3,4**
**b7D -2**

approximately _____ years of age.

JLB

In order to

JLB

**b6 -3,4,5**
**b7C -3,4,5**
**b7D -2**

JLB

exchange for _____ JLB. _____ recalled that on several occasions.

**b6 -3,4**
**b7C -3,4**
**b7D -2**

added that JLB

And JLB

**b6 -3,4**
**b7C -3,4**
**b7D -2**

Once when the police were about to raid JLB's house

**b6 -3,4**
**b7C -3,4**
**b7D -2**

JLB                                JLB                    TLB

TLB also gave TLB money

**b6 -3,4,5**
**b7C -3,4,5**
**b7D -2**

In order to                    TLB                    JLB

BEY-20

b2 -1

FD-302a (Rev. 11-15-83)

189D-GG-85664

b6 -3
b7C -3
b7D -2

Continuation of FD-302 of _____, On 12/30/92, Page 4

b6 -3,4
b7C -3,4
b7D -2

in St. Louis, Missouri.

who is presently incarcerated at the LEAVENWORTH PRISON in Leavenworth, Kansas.

b6 -3,4,5
b7C -3,4,5
b7D -2

described approximately years of age, lives in the St. Louis area

b6 -3
b7C -3
b7D -2

JLB

JLB is presently

b6 -3,4,5
b7C -3,4,5
b7D -2

Association were

have

Temple members in exchange for drugs and/or money from JLB. Individuals associated with the temple placed the words BEY or EL after their names.

thinks that JLB was responsible for the murder of several people associated with his organization. specifically thinks that JLB had an individual by the name of murdered. toward against

b6 -3,4
b7C -3,4
b7D -2

JLB was murdered. thinks that JLB had an individual killed in St. Louis, Missouri JLB involvement in the murder.

JLB

BEY-21

FD-302a (Rev. 11-15-83)

183D-CG-89664

b6 -3
b7C -3
b7D -2

Continuation of FD-302 of _____ , On  12/20/92 , Page  3

b6 -3,4,5
b7C -3,4,5
b7D -2

JLB was good friends with _____ (Last Name Unknown) JLB. According to _____ JLB. However, after the initial statement, no further mention was made of it.

b6 -3,4
b7C -3,4
b7D -2

_____ thinks that JLB's ex-wife, DORRIS LEWIS-BEY, would be willing to talk about JLB. _____ thinks that _____ would be willing to talk.

BEY-22

FD-302 (REV. 3-10-82)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    1/22/93

date of birth

was interviewed at the UNITED
STATES ATTORNEYS OFFICE, East St. Louis, Illinois. [____] was
advised of the identity of the interviewing agent and the purpose
of the interview.  Also present at the interview were ASSISTANT
UNITED STATES ATTORNEY DEIDRE DURBURROW and [____]
had been interviewed previously by agents
from the Chicago Division regarding [____] JERRY LEWIS
BEY and the MOORISH SCIENCE TEMPLE (MST) in Florissant, Missouri.

JERRY LEWIS
BEY (JLB) and JLB's wife TONYA LEWIS BEY (aka TONYA BROWN) for
[____] years. [____] members of
the MST and [____] the criminal activity of temple
members. [____] states [____] at the
request of JLB and TONYA

b6 -3,5
b7C -3,5
b7D -2

JLB    According to [____]
JLB was arrested and
JLB was ordered held without bond.

b6 -3,4
b7C -3,4
b7D -2

JLB'S direction,
receiving drugs                                      may be

JLB in the current trial.
JLB and

BEY-23

b6 -3,4
b7C -3,4
b7D -2

Investigation on   1/21/93      at East St. Louis, Illinois File #  72-SI-46052-[_]

by  SA [____]                        Date dictated   1/21/93

b6 -1
b7C -1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

72-51-46052-3

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

JAN 2 9 1992

FBI - SPRINGFIELD

BEY-24

FD-302a (Rev. 11-15-83)

72-SI-46052

b6 -3
b7C -3
b7D -2

Continuation of FD-302 of _____, On ___1/21/93___, Page __2__



b6 -3,4
b7C -3,4
b7D -2

...n the name of TONYA BROWN
is an associate of MST members and according to
knows a great deal of information about JLB.
knowledge of the MST.
MST members and have had some
connection                                    JLB and the MST

b6 -3,4
b7C -3,4
b7D -2

states that
TONYA          JLB
                                        JLB
              TONYA
      JLB
              TONYA                              JLB
                              JLB
      JLB
                        JLB instructed
              JLB
                  JLB was arrested.

b6 -3,4
b7C -3,4
b7D -2

and TONYA                    JLB also
                            JLB as described above.
                    JLB
          JLB
      TONYA
  TONYA
that TONYA                              (TONYA's)

BEY-25

FD-302a (Rev. 11-15-83)

72-SI-46052



b6 -3
b7C -3
b7D -2    On  1/21/93  , Page  3

Continuation of FD-302 of _____

BMW. _____ states that _____
_____ that JLB or the MST
_____ JLB _____ TONYA

b6 -3,4,5
b7C -3,4,5
b7D -2

_____ TONYA _____
_____
_____ TONYA and JLB _____
                                    TONYA

b6 -3,4
b7C -3,4
b7D -2
                                    claims
that JLB has _____
_____
_____ at the direction of JLB, _____

_____ cannot recall _____
JLB.  Many times JLB would provide ___

b6 -3
b7C -3    JLB said that _____
b7D -2

BEY-26

FD-302a (Rev. 11-15-83)

72-SI-46052

b6 -3
b7C -3
b7D -2

Continuation of FD-302 of _____, On ___1/21/93___, Page ___4___



b6 -3,4
b7C -3,4
b7D -2

from JLB
cannot recall the

According to
states that JLB and TONYA
does not know
can only describe          According to
JLB did not explain

states that          According to          JLB
JLB and          JLB
told
JLB and
JLB either.

states that          TONYA
claims that TONYA is
(phonetic).  According to          TONYA

b6 -3,4
b7C -3,4
b7D -2

TONYA

TONYA
JLB
TONYA.

BEY-27

**Memorandum**



To   :   SAC, ST. LOUIS (72-0)                    Date   1/6/93

b6 -1    From :   SSA
b7C -1

Subject:   JERRY LEWIS-BEY; 72-53-46052, 245F-SL-172780
          UNSUB(S);
          OBSTRUCTION OF JUSTICE;
          OO:  ST. LOUIS

b6 -3           SAC authority is requested to consensually monitor 72-46052
        telephone conversations which occur between
b7C -3  _____ and JERRY LEWIS-BEY and others unknown.
b7D -2  Authority is requested for 90 days.

                 DETAILS:

b6 -3           This matter is being investigated by Springfield
        Division and the monitoring will be conducted in St. Louis    72-53-46052
b7C -3  Missouri by Springfield FBI Agents.
b7D -2  7testify.  On January 6, 1993, AUSA MICHAEL K. FAGAN, Eastern
        District of Missouri, concurred with the use of monitoring
        equipment and foresaw no entrapment issue.


        SAC Approval _____    Date ___1/6/93___

        ASAC Approval_____     Date_____


1 - Springfield                              b6 -1
    (Attn: SSRA
        Fairview Heights Resident Agency)    b7C -1
2 - St. Louis (72-0)
SB:jeh
(3)

72-53-46052-4

SEARCHED____INDEXED____
SERIALIZED____FILED____

JAN 2 5 1993

FBI - SPRINGFIELD

INDICES  Neg Pos By____1/25/93
☑ FOIMS  ☐    ☐
☐ Manual ☐    ☐____
☐ Conf.   ☐    ☐____
☐ ELSUR  ☐    ☐____

BEY-28

b6 -1

b7C -1

FD-36 (Rev. 8-29-85)

FBI

TRANSMIT VIA:
☒ Teletype
☐ Facsimile
☐ AIRTEL

PRECEDENCE:
☒ Immediate
☐ Priority
☐ Routine

CLASSIFICATION:
☐ TOP SECRET
☐ SECRET
☐ CONFIDENTIAL
☐ UNCLAS E F T O
☒ UNCLAS

Date  1/29/93

FM FBI SPRINGFIELD (72-SI-46052) (P)

TO DIRECTOR FBI/IMMEDIATE/

FBI KANSAS CITY/IMMEDIATE/

ST LOUIS (245F-SL-172780)/IMMEDIATE/

BT

UNCLAS

CITE:  //3860:1715//

PASS:  (BUREAU) ATTN:  SA [        ] SQUAD 4.      b6 -1
                                                   b7C -1

SUBJECT:  JERRY LEWIS BEY; ET AL, AKA MOORISH SCIENCE TEMPLE;

OBSTRUCTION OF JUSTICE; OO:  SI.

     FOR INFORMATION OF RECEIVING OFFICES, JERRY LEWIS BEY AND

OTHER ASSOCIATES OF THE MOORISH SCIENCE TEMPLE ARE PRESENTLY

BEING PROSECUTED IN THE EASTERN DISTRICT OF MISSOURI ON

VARIOUS CHARGES, INCLUDING RICO VIOLATIONS.  THIS CASE HAS

BEEN UNDER INVESTIGATION FOR SEVERAL YEARS AND INVOLVES

NUMEROUS AGENCIES, INCLUDING ST. LOUIS, FBI, AND DEA.

① - SI (72-SI-46052)
LMS/kss
(1)

Approved: _____  Original filename: _____

Time Received: _____   Telprep filename: _____

MRI/JULIAN DATE: _____  ISN: _____  BEY-29

FOX DATE & TIME OF ACCEPTANCE: _____

^PAGE 2 SI 72-SI-46052 UNCLAS

DEFENDANTS IN THIS CASE ARE ATTEMPTING TO INFLUENCE THE

TESTIMONY OF CO-DEFENDANTS AND WITNESSES BY INTIMIDATION,

THREATS, AND THE PROMISES OF FUTURE FINANCIAL GAIN.

b6 -3,4     SPECIFICALLY, JERRY LEWIS BEY IS DIRECTING HIS WIFE, TONYA

b7C -3,4    LEWIS BEY, [                                    ]

b7D -2

CONTACT WITNESSES WITH THREATENING MESSAGES AND TO DELIVER

MONEY TO FAMILY MEMBERS OF OTHER WITNESSES.  SEVERAL CONFIRMED

CONTRACT MURDERS HAVE BEEN COMMITTED BY MOORISH SCIENCE TEMPLE

MEMBERS.  ALTHOUGH TONYA LEWIS BEY [                    ] NO

b6 -3,4     VIOLENT CRIMINAL HISTORY [                ] CONSIDERED ARMED AND

b7C -3,4    DANGEROUS [                ] ASSOCIATION WITH THE MOORISH

b7D -2      SCIENCE TEMPLE.

[                                                    ] IN THIS

INVESTIGATION.

b6 -3,4

b7C -3,4

b7D -2              TONYA LEWIS BEY

            ACCORDING TO [            ]     TONYA LEWIS BEY

BEY-30

^PAGE 3 SI 72-SI-46052 UNCLAS



ST. LOUIS, MISSOURI

BEY

BEY.  A NUMBER OF

b6 -3,4

b7C -3,4

b7D -2    STATES TONYA LEWIS BEY

(PHONETIC).

THE ONLY

OTHER IDENTIFYING INFORMATION

ARE ASSOCIATED WITH THE MOORISH SCIENCE TEMPLE.

THE FAIRVIEW HEIGHTS RA ON

TONYA LEWIS BEY

TONYA LEWIS BEY'S 1988 RED BMW

BEY-31

^PAGE 4 SI 72-SI-46052 UNCLAS

FOUR-DOOR, BEARING MISSOURI REGISTRATION N6G940.

b6 -3
b7C -3
b7D -2

BELIEVES THAT IF TONYA LEWIS BEY IS PUT IN A
POSITION WHERE SHE (BEY) THINKS SOME LAW ENFORCEMENT ACTION
WILL BE TAKEN AGAINST HER, TONYA LEWIS BEY WILL COOPERATE AND
PROVIDE WHATEVER INFORMATION NECESSARY REGARDING JERRY LEWIS
BEY, TO BENEFIT HERSELF. TONYA LEWIS BEY MAY HAVE A GREAT
DEAL OF INFORMATION PERTINENT TO THE GOVERNMENT'S CASE AGAINST
JERRY LEWIS BEY AND THE MOORISH SCIENCE TEMPLE.
JERRY LEWIS BEY                                    TONYA

b6 -3,4
b7C -3,4
b7D -2

IS DESCRIBED AS FOLLOWS:

TONYA LEWIS
BEY IS DESCRIBED AS FOLLOWS: TONYA SHERRILL LEWIS BEY, AKA
TONYA LEWIS BEY, TONYA BROWN, B/F, DOB 11/22/61, 5'5", 111
POUNDS, BROWN EYES, BROWN HAIR, ADDRESS-12654 STONERIDGE,
FLORRISANT, MISSOURI.

BEY-32

^PAGE 5 SI 72-SI-46052 UNCLAS

KANSAS CITY, AT FPC, LEAVENWORTH:  ATTEMPT TO VERIFY

[redacted] AT FPC,

LEAVENWORTH.  IF SO, ADVISE BUREAU OF PRISONS (BOP) SPECIAL

INVESTIGATIONS PERSONNEL [redacted]

[redacted] IF BOP

PERSONNEL ARE AGREEABLE, MAKE ARRANGEMENTS TO HAVE [redacted]

DISCREETLY SURVEILLED [redacted]

b6 -3,4   [redacted]

b7C -3,4  [redacted] TONY LEWIS BEY [redacted] TONYA LEWIS

b7D -2    BEY, [redacted] AND CONDUCT

INTERVIEWS, LEADING THEM TO BELIEVE THEY MAY BE FEDERALLY

PROSECUTED [redacted]

[redacted] TONYA LEWIS BEY [redacted]

ADVISING THEM THEY WILL BE CONTACTED LATER BY BUREAU AGENTS IN

THE ST. LOUIS, MISSOURI AREA.  UNDER NO CIRCUMSTANCES, REVEAL

THE FACT [redacted] IS COOPERATING. [redacted]

[redacted]

[redacted] IF THIS CAN BE

ACCOMPLISHED WITHOUT ADVISING BOP PERSONNEL OF [redacted]

BEY-33

^PAGE 6 SI 72-SI-46052 UNCLAS

IDENTITY AS A COOPERATING INDIVIDUAL, DO SO.                     b6 -3

FEARFUL OF RETALIATION                                          b7C -3

                                                               b7D -2

COOPERATION WITH THE GOVERNMENT IS REVEALED.   USA'S OFFICE FOR

THE SOUTHERN DISTRICT OF IL HAS BEEN ADVISED OF THIS

SITUATION.   QUESTIONS CAN BE DIRECTED TO SA                     b6 -1

FAIRVIEW HEIGHTS RA, TELEPHONE (618)                            b7C -1

BT                                                              b2 -1

BEY-34

1454

OO P12 FBISI FBISL

DE FBIKC #0001 0322240

ZNR UCUUU

O 012218Z FEB 93

FM FBI KANSAS CITY (72-SI-46052) (SQ4) (P)

TO DIRECTOR FBI/IMMEDIATE/

FBI SPRINGFIELD/IMMEDIATE/

FBI ST LOUIS (245F-SL-172780)/IMMEDIATE/

BT

UNCLAS

CITE:  //3350:SQ 4//


SUBJECT:  JERRY LEWIS BEY; ET AL; AKA MORRIS SCIENCE TEMPLE;

OBSTRUCTION OF JUSTICE; OO:  SPRINGFIELD.

        RE SPRINGFIELD TEL TO KANSAS CITY, JAN. 29, 1993.

        FOR INFO. OF RECEIVING OFFICES, ON JAN. 29, 1993, KANSAS

CITY DIVISION, U.S. MARSHAL'S SERVICE, AND BUREAU OF PRISONS

STAFF CONDUCTED A SURVEILLANCE OF THE UNITED STATES

PENITENTIARY, LEAVENWORTH, KANSAS (USPLK) CAMP.  THE

SURVEILLANCE WAS IN PLACE

b6 -3
b7C -3
b7D -2



72-SI-46052-6

b6 -1
b7C -1

FEB 1 1993

BEY-35

PAGE TWO DE FBIKC 0001 UNCLAS

b6 -3,4

b7C -3,4

b7D -2

REG. NO.

ARE FROM ST. LOUIS, MISSOURI,

BASED ON INFORMATION RECEIVED FROM THE SPRINGFIELD

DIVISION, FAIRVIEW HEIGHTS, ILLINOIS RA,

TANYA LEWIS BEY

b6 -3

b7C -3

b7D -2

LEAVENWORTH, KANSAS.  A CHECK OF

ALONG WITH A SURVEILLANCE          WAS NEGATIVE FOR TANYA

LEWIS BEY

ADVISED THAT A TANYA BROWN FITS THE DESCRIPTION FOR TANYA

LEWIS BEY

PAGE THREE DE F3IKC 0001 UNCLAS

TANYA

BROWN                          BUT THEY WOULD ONLY BE AVAILABLE          b6 -3

DURING BUSINESS HOURS.                              THE                  b7C -3

SURVEILLANCE HAS CONCLUDED                                               b7D -2

                                    TANYA LEWIS BEY

        IN THE LEAVENWORTH, KANSAS AREA.

        IF FURTHER INFORMATION IS PROVIDED IN THIS MATTER, REFER

TO KANSAS CITY FILE NUMBER 90B-KC-71258, SUBJECT                         b6 -3,4

                                          FEDERAL PRISON                 b7C -3,4

CAMP (FPC), LEAVENWORTH, KANSAS; IFPI; OO:  KANSAS CITY."                b7D -2

BT

#0001

NNNN

BEY-37

**Memorandum**



| | |
|---|---|
| To : | SAC, Springfield  (72-SI-46052) (P) |

Date  2/16/93

b6 -1
b7C -1

From :    SA ☐

Subject:    JERRY LEWIS BEY;
Et Al; aka
Moorish Science Temple;
Obstruction of Justice;
OO:SI

RE memo from SAC, St.Louis to SAC, Springfield, 1/6/93.

Effective from the date of the above communication from the St.Louis Division, SAC emergency authority was granted to consensually record telephonic communications between subjects in the titled investigation and a cooperating individual.  SSRA ☐ advised writer that SAC Springfield had been informed of the situation and concurred with the use of consensual recording as proposed by SAC, St.Louis.

b6 -1
b7C -1

On 12/22/92, AUSA for the Eastern District of Missouri, Michael Reap, discussed the prosecutive merit of the titled investigation with FAUSA Clifford Proud, Southern District of Illinois (SDI).  FAUSA Proud advised writer that if positive evidence was obtained to substantiate an obstruction of justice violation, the U.S. Attorneys Office for the SDI would actively pursue the prosecution.





72-SI-46052-7

FEB 17 1992

FBI SPRINGFIELD

BEY-38

FD-302 (Rev. 3-10-82)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription     12/24/92

b6 -3
b7C -3
b7D -2



was interviewed at the OAK BROOK POLICE DEPARTMENT, Oak Brook, Illinois. After being advised ☐ Miranda rights and the identities of the interviewing Agents, ☐ consented to talk and provided the following:

b6 -3
b7C -3
b7D -2

stated that

b6 -3
b7C -3
b7D -2

TONYA SHIRRELL LEWIS-BEY. LEWIS-BEY is the wife of JERRY LEWIS-BEY who is incarcerated in Missouri on drug distribution charges. JERRY LEWIS-BEY (JLB) was the leader of the MOORISH SCIENCE TEMPLE #26 located at 5957 West Florissant Street, St. Louis, Missouri. JLB refers to himself as SHEIKH JERRY LEWIS-BEY.

b6 -3
b7C -3
b7D -2

TLB
TLB
TLB
TONYA LEWIS-BEY
JLB.
JLB

b6 -3
b7C -3
b7D -2

BEY (TLB)
TLB
JLB.
TONYA LEWIS-
JLB

Investigation on   12/20/92   at   Oak Brook, Illinois   File #   1820-SS-25554

72-31-46058-8

b6 -1
b7C -1

by   SA _____
     SA _____ :flk   Date dictated   12/23/92

BEY-39

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 11-15-83)

183D-CG-85664

b6 -3
b7C -3
b7D -2

Continuation of FD-302 of _____ , On  12/20/92 , Page  2



b6 -3,4
b7C -3,4
b7D -2

JLB.  TLB and JLB talked

TLB's res           JLB

b6 -3
b7C -3
b7D -2

JLB also has TLB
JLB
JLB.
JLB

b6 -3,4
b7C -3,4
b7D -2

JLB

was arrested in 1990.

JLB

b6 -3,4,5
b7C -3,4,5
b7D -2

JLB's arrest, but the money was not found.

in the St. Louis, Missouri, area.

recalls that            TLB

b6 -3,4,5
b7C -3,4,5
b7D -2

in St. Louis.

JLB's

residence is near

BEY-40

FD-302a (Rev. 11-15-83)

183D-CG-85664

b6 -3
b7C -3
b7D -2

Continuation of FD-302 of _____, On __12/20/92__, Page __3__



b6 -3,4
b7C -3,4
b7D -2

approximately [ ] years of age,
JLB's behalf. In [ ] JLB
[ ] JLB also
[ JLB ]

In order to [ ] JLB put
[ JLB ]

b6 -3,4,5
b7C -3,4,5
b7D -2

exchange for [ ]
[ JLB ]
In

b6 -3,4
b7C -3,4
b7D -2

[ ] added that JLB
[ and JLB)
JLB

b6 -3,4
b7C -3,4
b7D -2

Once when the police were about to raid JLB's house

b6 -3,4
b7C -3,4

JLB    TLB    TLB

b7D -2

JLB also gave TLB money    TLB

b6 -3,4,5
b7C -3,4,5
b7D -2

In order to    TLB

BEY-41

FD-302a (Rev. 11-15-83)

183D-CG-85664

Continuation of FD-302 of

b6 -3
b7C -3
b7D -2 ____. On __12/20/92__ , Page ___6___



b6 -3,4
b7C -3,4
b7D -2

in St. Louis, Missouri,

who is presently incarcerated at the LEAVENWORTH PRISON in Leavenworth, Kansas.

described approximately ___ years of age,

b6 -3,4,5
b7C -3,4,5
b7D -2

lives in the St. Louis area

b6 -3
b7C -3
b7D -2

TLB

JLB is presently

JLB's

b6 -3,4,5
b7C -3,4,5
b7D -2

associates were

Temple members in exchange for drugs and/or money from JLB. Individuals associated with the temple placed the words BEY or EL after their names.

thinks that JLB was responsible for the murder of several people associated with his organization. specifically thinks that JLB had an individual by the name of murdered. turned against

b6 -3,4
b7C -3,4
b7D -2

JLB
was murdered. thinks that JLB had an individual killed in St. Louis, Missouri
JLB

JLB

BEY-42

FD-302a (Rev. 11-15-83)

183D-CG-85664

b6 -3
b7C -3
b7D -2

Continuation of FD-302 of ▢ , On 12/20/92 , Page 5

b6 -3,4,5
b7C -3,4,5
b7D -2

JLB was good friends with ▢
▢ (Last Name Unknown) ▢
JLB. According to ▢ JLB ▢
however, after the initial
statement, no further mention was made of it.

b6 -3,4
b7C -3,4
b7D -2

▢ thinks that JLB's ex-wife, DORRIS LEWIS-BEY,
would be willing to talk about JLB. ▢ thinks that
▢ would be willing to talk.

BEY-43

FD-36 (Rev. 11-17-86)

FBI

TRANSMIT VIA:                  PRECEDENCE:                  CLASSIFICATION:
☐ Teletype                     ☐ Immediate                  ☐ TOP SECRET
☐ Facsimile                    ☐ Priority                   ☐ SECRET
☒ AIRTEL                       ☐ Routine                    ☐ CONFIDENTIAL
                                                            ☐ UNCLAS E F T O
                                                            ☐ UNCLAS

                                                            Date   1/8/93

TO      :  SAC, ST. LOUIS (245F-SL-172780)

FROM    :  SAC, CHICAGO          (245F-SL-172780)

SUBJECT :  JERRY LEWIS-BEY
           ET AL
           OCRDEF
           CO: ST. LOUIS

b6 -1
b7C -1        Re telcal to SA [          ] on 12/31/92.

              Enclosed for St. Louis are the following items:

              1)  The original and one copy of an FD-302 that
          reflects the interview of [          ]

b6 -3         2)  1-A envelope that contains an OAK BROOK POLICE
b7C -3    DEPARTMENT miranda warning and waiver signed by [          ]
b7D -2
              3)  1-A envelope that contains the original
          interview notes of [          ]

              4)  Two copies of a Missouri application for title
          and license.

              5)  Two copies of the driver's license and ID cards
b6 -4     of TONYA LEWIS-BEY, JERRY LEWIS-BEY, [          ]
b7C -4    [          ]

          ②- St. Louis (Encl. 13)
          1 - Chicago
          WJW:flk
          (3)

                                              72-SI-46052-9

                                        1993

                                                    JAN 18 1993

Approved: _WDG/JGP_    Transmitted _____    Per  BEY-44
                              (Number)  (Time)

245F-SL-172780

b6 -4
b7C -4

       6)  Two copies of phoney IDs used by [ ]

       7)  **One** copy each of the **arrest** reports for [ ] TONIA LEWIS-BEY;

b6 -2
b7C -2

       8)  One copy of a **three page** investigative report prepared by Detective [ ] of the **OAK BROOK POLICE** DEPARTMENT;

       9)  One copy of a Missouri State Highway Patrol uniform complaint and summons;

b6 -4
b7C -4

       10)  One copy each of [ ] LEWIS in the names [ ]

       11)  1-A envelope that **contains the original** interview log concerning the interview of [ ]

b6 -3
b7C -3

       12)  One copy, **front and back**, of the **AMERICAN** EXPRESS card issued to [ ]

b6 -4
b7C -4

b7D -2

       13)  A packet containing 58 **pages of miscellaneous** information found in the possession of [ ] LEWIS.

b6 -4
b7C -4

       For information [ ] LEWIS [ ] arrested in Oak Brook, Illinois, [ ] **attempted** to **pass** a **bad check** written in the amount of $1,236.17 at a **NORDSTROM** store located at the Oak Brook Mall. **After their arrest**, Detective [ ] determined [ ] were associated with JERRY LEWIS-BEY.

b6 -2,4
b7C -2,4

2

FD-36 (Rev. 11-17-68)

FBI

TRANSMIT VIA:
☐ Teletype
☐ Facsimile
☒ AIRTEL

PRECEDENCE:
☐ Immediate
☐ Priority
☐ Routine

CLASSIFICATION:
☐ TOP SECRET
☐ SECRET
☐ CONFIDENTIAL
☐ UNCLAS E F T O
☐ UNCLAS

Date  3/2/93

TO       : SAC, SPRINGFIELD (72-SI-46052)

FROM     : SAC, ST. LOUIS (72-0)

SUBJECT  : JERRY LEWIS-BEY;
           ET AL;
           OBSTRUCTION OF JUSTICE;
           OO:  SPRINGFIELD


           Re Chicago airtel to St. Louis, dated 1/8/93.

           Enclosed for Springfield are the following items:

           1.  Photocopy of Chicago airtel to St. Louis, dated
1/8/93.

           2.  Original and one copy of an FD-302 for           b6 -3
                                                                b7C -3
_____                                  b7D -2

           3.  Original interview notes.

           4.  Memorandum, dated 1/6/93, authorizing
consensual monitoring of telephone calls between
and LEWIS-BEY.

b6 -3
b7C -3
b7D -2

b6 -3           On 1/20/93, Chicago airtel, dated 1/8/93, received
b7C -3   by St. Louis, Squad 05 Supervisor.  Without review of
b7D -2   FD-302, matter was forwarded to Squad 06, handling 72 matters.

                                                    72-SI-46052-10

②- Springfield (Encls. 4)
2 - St. Louis
     (1 - 72-0)
     (1 - 245-SL-172780)
RAL:jeh
(4)

Approved: _____   Transmitted _____   Per _____
                        (Number)   (Time)              BEY-46

b6 -1
b7C -1

SL   72-0

b6 -1
b7C -1
                    After review by Relief Supervisor, SA [        ]
[        ] it was determined the information developed by Chicago
and forwarded in referenced airtel did not relate to the
discussion of any defense strategy by the defendants or
witnesses neither did it relate to any attorney/client

b6 -3
b7C -3
b7D -2
privilege.  A possible exception might be the FD-302 of [        ]
and for that reason it was not made available to St. Louis
Squad 05 Supervisor handling the 245 matter.

b6 -3
b7C -3
b7D -2
                    Photocopy of referenced airtel placed in St. Louis
72-0 file.  Additionally, referenced airtel with all
enclosures, except the [        ] FD-302 and interview notes, was
placed in St. Louis file 245-SL-172780.

2

BEY-47

**Memorandum** 

To    :    SAC, Springfield (72-SI-46052) (P)    Date    2/2/93

b6 -1
b7C -1    From  :    SA [                    ]

Subject:    **JERRY LEWIS BEY;**
**Et AL; aka**
**Moorish Science Temple;**
**Obstruction of Justice;**
**OO:SI**

b6 -3
b7C -3    [          ]    RE FD-302 of cooperating individual [                    ]
b7D -2    and memo from SAC, St.Louis to Springfield, 1/6/93.

[                          ] cooperating with FBI and DEA St. Louis
Divisions throughout this case regarding [                    ]
b6 -3    criminal conduct by members of the Moorish Science Temple.
b7C -3    [                    ] engaging in consensually recorded
b7D -2    conversation which are substantiating the allegations of witness
tampering by JERRY LEWIS BEY and others. [                    ]
telephone in making the recorded conversations with subjects in
this case. [                                              ]

b6 -3        Authority is requested to disburse available case funds
in the amount of [          ] to pay for [          ] telephone bill, which
b7C -3    will allow the consensual recordings to continue.
b7D -2

BEY-48



FD-794 (10-1-81)

Cl____ification _____

| Draft Request | | 1. Date | 12-2-93 |
|---|---|---|---|

2. Request for: ( ) Advance (X) Expense    3. Social Security No:

4. Payee Name                               5. File No: 72-SI-46052

| 15. | Cat | Item No | 6. | Description | 7. Amount |
|---|---|---|---|---|---|

b6 -1,3
b7C -1,3
b7D -2

Description: telephone bill

Per _____ Unit Chief, Enforcement
_____ FBIHQ approved for one time
payment for these are paid out of
_____ funds.

8. Total $

9. Justification: payment of telephone bill at _____
individual making consensual recordings

Asset/Informant File No. _____ Symbol No. _____
Payment/Code Name _____ Period Covered _____ To
One Time Non-symbol Source Payment
True Name _____ DOB: _____
Date of Waiver: _____

10. Payment for reimbursable expense - forfeiture or drug related? ( ) Yes (X) No

b2 -1

11. Requested by: _____    12. Telephone No _____

b6 -1
b7C -1

| 13. | | Approval | | Date |
|---|---|---|---|---|
| | Supervisor Initials: | | | |
| SAC / ASAC / OSM / AOSM Approval: | | | | 2/9/83 |
| | Supply Technician Approval: | | | |
| | Draft Approval Officer: | | | 2/9/83 |
| | Procurement Authorization: | | No. | |

G, 3

Shaded areas for draft office use only

Control file draft office
72-SI-46052

Blue Copy - Administrative/Case File

Classification: _____
Classified By: _____
Declassify on: DBX-19

SEARCHED _____ FILED _____
SERIALIZED _____

MAR 16 1993

FBI - SPRINGFIELD

b6 -1
b7C -1

## DRAFT REQUEST FORM INSTRUCTIONS

**REQUESTING EMPLOYEE** - Complete blocks 1 to 12 as follows:

1 - Current date.
2 - Check the box to indicate if this request is for an advance of funds or for payment of an expense.
3 - Your Social Security Account Number.
4 - The name of the person or company that should appear on the check.
5 - The substantive file number, or the file number of the case benefitted by a payment to an informant, asset or cooperative witness. (If more than one case, see No. 9 below)
6 - Brief description of the type of expense to be paid.
7 - Amount requested for each type of expense.
8 - Total amount requested.
9 - Brief justification for expense or advance requested. Indicate multiple cases benefitted by asset/informant/CW payment if applicable. Attach a justification memorandum for confidential expenses for field office use only.
10 - Check the proper answer to indicate if the requested expense is reimbursable as asset forfeiture related or as a payment for drug information.
11 - Your name.
12 - Your telephone number or extension.

**APPROVAL:**

13 - Each request should be reviewed by the employee's direct supervisor, who should initial the form to indicate review. Confidential expenses must be approved by signature of an ASAC or above. Expense/Advance requests for the purchase of supplies or equipment must be approved by the Supply Technician prior to payment. Commercial expenses must be approved by signature of an AOSM or above prior to payment. The Draft Approval Officer may approve commercial expenses under $50.00. Indicate the name of the FBIHQ procurement officer and telephonic authorization number (T-number), if appropriate. All advances and expenses must be approved by the Draft Approval Officer, who will complete the following parts of this form:

**APPROVAL OFFICER:**

14 - Vendor Number and Vendor Group Number.
15 - Classify the expense using Catalog Number (CAT) and Item Number.
16 - Obligation number if an advance is issued.
17 - Your cost center.
18 - Squad/RA code, if applicable.
19 - Follow-up date for advance liquidation.

**DRAFT CASHIER:**

20 - Document Number assigned to this transaction.
21 - Check if this transaction is confidential (CONF) or commercial (COMM).
22 - Draft Number.
23 - Date issued.
24 - Cashier signature.
25 - Enter advance settlement information when receipts are presented and the matching expense transaction is entered. If a supplemental draft is issued, complete blocks 26 to 29.
26 - Document Number issued to this transaction.
27 - Draft Number.
28 - Date issued.

BEY-50



b6 -1,3
b7C -1,3
b7D -2

DATE:

Received from Special Agent the

total amount of $ representing $-------------

for services rendered and/or $ for expenses for

the period from to

(Signature)

(Witness)

b6 -1
b7C -1

BEY-51



b6 -3
b7C -3
b7D -2

THANK YOU FOR PAYING BY MAIL



b6 -3
b7C -3
b7D -2

## PURCHASER'S COPY
RETAIN FOR YOUR RECORDS - SEE AGREEMENT BELOW

NOT NEGOTIABLE



b6 -3
b7C -3
b7D -2

Order completely. (2) You do not give the Money Order away voluntarily. (3) You notify American Express immediately of the loss or theft. Copies of Money Orders will only be provided for 2 years from date of purchase. American Express does not have to stop payment on Money Orders.

BEY-52

**Memorandum** 

|        |                                                        |              |
|--------|--------------------------------------------------------|--------------|
| To :   | SAC, Springfield (72-SI-46052) (C)                     | Date 4/29/93 |

b6 -1
b7C -1

From :  SA [                    ]

Subject:  **JERRY LEWIS BEY;**
**ET AL;**
**AKA MOORISH SCIENCE TEMPLE;**
**OBSTRUCTION OF JUSTICE**
**OO:SI**

On 4/20/93, writer was advised by Assistant United
States Attorney Deidre Durburrow that potential prosecution of
this matter will be deferred to the Eastern District of Missouri
(EDM) since the substantantive case is also being handled in the
EDM.

It is therefore recommended this case be closed.





1 - Springfield (72-SI-46052)

BEY-53

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                              Date:  08/10/1998

To:  Springfield                    Attn:

From:  Springfield
       Fairview Heights RA
       Contact:  SA                                        b6 -1

Approved By:                                               b7C -1

Drafted By:                        lms

Case ID #:  72-SI-46052   (Closed)

Title:  JERRY LEWIS BEY;
        MOORISH SCIENCE TEMPLE;
b6 -3                              VICTIM;
        OBSTRUCTION OF JUSTICE;
b7C -3  OO:SI

b7D -2

Synopsis:  To advise that all non-ELSUR evidence retained in 1B1
regarding this case can be destroyed.

Details:  All prosecutive steps in this investigation have been
completed and the evidence is no longer necessary.

◇◇



72-SI-46052-13

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

AUG 10 1998

FBI - SPRINGFIELD

BEY-34

LMS 22

## 1A Envelope

Case ID: 72-SI-46052                                                          b6 -3

| SI | 1 | INTERVIEW NOTES RE [                    ]                          b7C -3 |
| SI | 2 | ORIGINAL FD-192 SHOWING FINAL DISPOSITION FOR 1B1                  b7D -2 |

BEY-55

72-SI-46052

FD-340a (Rev. 11-12-89)

(Title) _____

(File No.) _____

| Item | Date Filed | To be returned | | Disposition |
|------|-----------|-----|-----|-------------|
| | | Yes | No | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

22-51-46052-14

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

MAR 17 1993

FBI - SPRINGFIELD

BEY-56

FD-340 (Rev. 6-16-80)

72- 51- 46052 1A

Universal File Case Number _____ 245F-SL-A2780

Field Office Acquiring Evidence _____

Serial # of Originating Document #10

Date Received _____ 12/20/82

From_____
(Name of Contributor)

_____
(Address of Contributor)

By_____
(Name of Special Agent)

b6 -1
b7C -1

To Be Returned   ☐ Yes  ☑ No
Receipt Given    ☐ Yes  ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
☐ Yes  ☑ No

Title:

Reference:_____
(Communication Enclosing Material)

b6 -3
b7C -3
b7D -2

☑ Original notes re interview of

BI8Y-57



b6 -3,4

b7C -3,4

b7D -2



(1)

12/20/92

b6 -3,4,5

b7C -3,4,5

b7D -2

Tammy Lewis-Bey

added Bey

because of

BEY-59



b6 -3,4,5

b7C -3,4,5

b7D -2

BEY-60

b6 -3,4,5

b7C -3,4,5

b7D -2

BEY-61

b6 -3,4,5

b7C -3,4,5

b7D -2



Jerry got his
money from drugs

b6 -3,4,5

b7C -3,4,5

b7D -2

b6 -3,4,5

b7C -3,4,5

b7D -2





b6 -3,4,5

b7C -3,4,5

b7D -2

BEY-64

b6 -3,4,5

b7C -3,4,5

b7D -2

BEY-65

b6 -3,4,5

b7C -3,4,5

b7D -2



BEY-66

*Jerry is trying to*

b6 -3,4,5

b7C -3,4,5

b7D -2

*Jerry*

of Tampa Red BMW
parked East Terminal
St. Louis Int. Airport

b6 -3

b7C -3

b7D -2



b6 -3,4

b7C -3,4

b7D -2

b6 -3,4,5

b7C -3,4,5

b7D -2



*is part of the*

*case*

b6 -3,4,5

b7C -3,4,5

b7D -2

The main drugs were cocaine and some marijuana

b6 -3,4
b7C -3,4
b7D -2

another person involved.

b6 -3,4
b7C -3,4
b7D -2

BEY-71

*called and said*

b6 -3,4,5

b7C -3,4,5

b7D -2

b6 -3,4

b7C -3,4

b7D -2

Once when the
police killed en
Bey a house

b6 -3

b7C -3

b7D -2

BEY-73

b6 ~3,4

b7C ~3,4

b7D ~2

BEY-74



b6 -3,4

b7C -3,4

b7D -2

BEY-75

b6 -3,4

b7C -3,4

b7D -2



Tanya knew that there was

b6 -3

b7C -3

b7D -2

Garry was also

b6 -3

b7C -3

b7D -2



b6 -3,4,5

b7C -3,4,5

b7D -2

BEY-77



b6 -3,4

b7C -3,4

b7D -2

*in about*

b6 -3,4

b7C -3,4

b7D -2

*possibly Louis in*

*St. Louis possibly*

b6 -3,4,5

b7C -3,4,5

b7D -2

BEY-79

positive about that because of the way thing happened.

b6 -3
b7C -3
b7D -2

a guy was

killed in St. Louis

b6 -3
b7C -3
b7D -2

b6 -3

b7C -3

b7D -2

b6 -3,4

b7C -3,4

b7D -2



BEY-81

b6 -3,4,5

b7C -3,4,5

b7D -2

BEY-82

b6 -3,4

b7C -3,4

b7D -2



BEY-83



b6 -3,4

b7C -3,4

b7D -2

b6 -3,4

b7C -3,4

b7D -2

BEY-84



b6 -3,4

b7C -3,4

b7D -2

b6 -3,4,5

b7C -3,4,5

b7D -2

FD-340 (Rev. 8-7-97)

Universal Case File Number 72 - S1 - 46052 -142

Field Office Acquiring Evidence _____

Serial # of Originating Document _____

Date Received 3/10/99

From SA _____                           b6 -1
                    (Name of Contributor)               b7C -1

_____
(Address of Contributor)

By EC _____                              b6 -1
                                                        b7C -1

To Be Returned    ☐ Yes  ☐/No
Receipt Given     ☐ Yes  ☐/ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                  ☐ Yes  ☐ No

Title:

Reference: _____
                    (Communication Enclosing Material)

Description: ☐ Original notes re interview of

Orig FD-192 showing final
disposition for 1B

Control of General/Drug/Valuable Evidence
FD-192 (Rev. 1-5-89)

Date  1-11-93

☑ General Evidence     ☐ Drug Evidence     ☐ Valuable Evidence

☐ Special Handling Requirement (i.e., FBI Lab Instructions Re Body Fluid Stains, Whole Blood, etc.)

Title and Character of Case                                    FILE NO.  72-SI-
JERRY LEWIS BEY;                    b6 -4
                                   b7C -4              OO:           SI
MOORISH SCIENCE TEMPLE;      b6 -3
         VICTIM;
OBSTRUCTION OF JUSTICE       b7C -3

| Date Acquired | Acquired From: | | |
|---|---|---|---|
| 12/31/92 | DEA    SA        b7D -2 | ST LOUIS DIVISION AND |
|  | FBI    SA | ST LOUIS DIVISION     b6 -1 |

To Be Returned    See Serial    Acquiring Agent          Case Agent       b7C -1
☐ Yes  ☐ No                                              SAME
☑            SA

☐ Yes  ☑ No    Grand Jury Material – Disseminate Only Pursuant to Rule 6(e), Federal Rules
                of Criminal Procedure

☐ Yes  ☑ No    Property To Be Forfeited To The U.S. Government

Description of Property (Be Specific)

1) - 5 AUDIO CASSETTES OF CONSENSUALLY MONITORED TELEPHONE CONVERSATIONS, AS FOLLOWS:
    (i)                        JERRY LEWIS BEY, TONYA LEWIS
    (ii)         JERRY LEWIS BEY, TONYA LEWIS                    b6 -3,4
    (iii)
    (iv)                           UNSUB                         b7C -3,4
    (v)          JERRY LEWIS BEY, TONYA LEWIS  UNSUBS            b7D -2
2) - ORIGINAL NOTES OF SA            INTERVIEW OF
3) - MICRO CASSETTE CONTAINING RECORDED CONVERSATION BETWEEN SA
4) -
5) - PHOTOCOPIES                                          TONYA LEWIS AND
    DEA-12 EVIDENCE SHEETS

FOR DRUG AND/OR VALUABLE EVIDENCE ONLY – NAMES OF TWO AGENTS
INITIALLY VERIFYING AND SEALING:
                                          72-SI-46052-1B①

For Use By ECT:

Location of Property:

Control Number:

(Package Copy)

E0197224           BEY-88

BLOCKSTAMP
        INDEXED
SERIALIZED   FILED
    4  JAN 12 1992
    FBI - SPRINGFIELD

KEEP ATTACHED TO EXHIBIT
72-SI-46052-1A2

## CHAIN OF CUSTODY

| Item | Accepted Custody | Date | Time | Released Custody | Date | Time |
|------|------------------|------|------|------------------|------|------|
| (5) | Signature _____ | 12/30/02 | 4⁰⁰ Pa | Signature _____ | 1/10/03 | 5⁰⁰ Pm R7... |
| b6 -1 | Reason  EVIDENCE STATUS | | | Reason  SI EVIDENCE  sent to SI via RP  R749871 927 | | |
| b7C -1 | Signature _____ | 1/20/03 | 9 | Signature _____ | 11/4/98 | 3:25 pm |
| | Reason  Storage | | | Reason  Distruction | | |
| | Signature _____ | | | Signature _____ | | |
| | Reason _____ | | | Reason _____ | | |
| | Signature _____ | | | Signature _____ | | b6 -3,4 |
| | Reason _____ | | | Reason _____ | | b7C -3,4 |
| | Signature _____ | | | Signature _____ | | b7D -2 |
| | Reason _____ | | | Reason _____ | | |
| | Signature _____ | | | Signature _____ | | |
| | Reason _____ | | | Reason _____ | | |
| | Signature _____ | | | Signature _____ | | |
| | Reason _____ | | | Reason _____ | | |
| | Signature _____ | | | Signature _____ | | |
| | Reason _____ | | | Reason _____ | | |

REMARKS _____

_____   b6 -3,4 _____

_____   b7C -3,4 _____

_____   b7D -2 _____

BEY-89

Control of General/Drug/Valuable Evidence
FD-192 (Rev. 1-5-89)

Date  4-11-93

☒ General Evidence    ☐ Drug Evidence    ☐ Valuable Evidence

☐ Special Handling Requirement (i.e., FBI Lab Instructions Re Body Fluid Stains, Whole Blood, etc.)

Title and Character of Case                              FILE NO. 72-SI-46052
JERRY LEWIS BEY;                          b6 -4
                                          b7C -4            OO:  SI
MOORISH SCIENCE TEMPLE)
                    VICTIM)             b6 -3
OBSTRUCTION OF JUSTICE            b7C -3

| Date Acquired | Acquired From: | b7D -2 | , ST. LOUIS DIVISION AND |
|---|---|---|---|
| 12/31/92 | DEA    SA | | ST LOUIS DIVISION |
| | FBI    SA | | b6 -1 |

To Be Returned    See Serial    Acquiring Agent                    Case Agent
☒ Yes ☐ No                      SA                                SAME        b7C -1

☐ Yes ☒ No    Grand Jury Material - Disseminate Only Pursuant to Rule 6(e), Federal Rules
              of Criminal Procedure

☐ Yes ☒ No    Property To Be Forfeited To The U.S. Government

Description of Property (Be Specific)
1) - 5 AUDIO CASSETTES OF CONSENSUALLY MONITORED TELEPHONE CONVERSATIONS, AS FOLLOWS
   (A)                    JERRY LEWIS BEY, TONYA LEWIS
   (B)                    JERRY LEWIS BEY, TONYA LEWIS            b6 -3,4
   (C)                                                           b7C -3,4
   (D)                    UNSUB
   (E)                    JERRY LEWIS BEY, TONYA LEWIS, UNSUBS   b7D -2
2) - ORIGINAL NOTES OF SA            INTERVIEW OF
3) - MICRO-CASSETTE CONTAINING RECORDED CONVERSATION BETWEEN SA        AND
4) -
5) - PHOTOCOPIES                                                    TONYA LEWIS AND
   DEA -12  EVIDENCE SHEETS

FOR DRUG AND/OR VALUABLE EVIDENCE ONLY - NAMES OF TWO AGENTS
INITIALLY VERIFYING AND SEALING:

_____    72-SI-46052~16

For Use By ECT:

Location of Property: ECL LAB 2  D3

BLOCKSTAMP
SEARCHED      INDEXED ✓
SERIALIZED ✓  FILED ✓
JAN 12 1992
FBI - SPRINGFIELD

Control Number:  E0187224

(File Copy)

BEY-90



## CHAIN OF CUSTODY

| Item | Accepted Custody | Date | Time | Released Custody | Date | Time |
|---|---|---|---|---|---|---|
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |

REMARKS _____
_____
_____
_____
_____
_____

REV-01

Control of General/Drug/Valuable Evidence
FD-192 (Rev. 2-5-89)

Date 1/27/93

☒ General Evidence      ☐ Drug Evidence      ☐ Valuable Evidence

☐ Special Handling Requirement (i.e., FBI Lab Instructions Re Body Fluid Stains, Whole Blood, etc.)

Title and Character of Case
JERRY LEWIS - BEY;
UNSUBS (3);
OBSTRUCTION OF JUSTICE;
OO: SI

FILE NO. 72-SI-46052

OO: _____ SI

b6 -3
b7C -3
b7D -2

| Date Acquired | Acquired From: | | |
|---|---|---|---|
| 1/27/93 | | | |

| To Be Returned | See Serial | Acquiring Agent | Case Agent |
|---|---|---|---|
| ☐ Yes ☒ No | | SA | SAME |

b6 -1
b7C -1

☐ Yes ☒ No    Grand Jury Material - Disseminate Only Pursuant to Rule 6(e), Federal Rules of Criminal Procedure

☐ Yes ☒ No    Property To Be Forfeited To The U.S. Government

Description of Property (Be Specific)

(1) - SCOTCH BX/90 AUDIO CASSETTE CONTAINING CONSENSUALLY MONITORED
CONVERSATION ON                                              TONYA LEWIS BEY

b6 -3
b7C -3
b7D -2

FOR DRUG AND/OR VALUABLE EVIDENCE ONLY - NAMES OF TWO AGENTS
INITIALLY VERIFYING AND SEALING:

_____          _____

For Use By ECT:

Location of Property: ELSUR
CAB.14 S1

Control Number: EQ 120201

(File Copy)

72-SI-46052-1B²

BLOCKSTAMP

INDEXED
SERIALIZED ☑ FILED ☑
JAN 29 1992
FBI - SPRINGFIELD

BEY-92

## CHAIN OF CUSTODY

| Item | Accepted Custody | Date | Time | Released Custody | Date | Time |
|---|---|---|---|---|---|---|
| | Signature_____ <br> Reason _____ | | | Signature_____ <br> Reason _____ | | |
| | Signature_____ <br> Reason _____ | | | Signature_____ <br> Reason _____ | | |
| | Signature_____ <br> Reason _____ | | | Signature_____ <br> Reason _____ | | |
| | Signature_____ <br> Reason _____ | | | Signature_____ <br> Reason _____ | | |
| | Signature_____ <br> Reason _____ | | | Signature_____ <br> Reason _____ | | |
| | Signature_____ <br> Reason _____ | | | Signature_____ <br> Reason _____ | | |
| | Signature_____ <br> Reason _____ | | | Signature_____ <br> Reason _____ | | |
| | Signature_____ <br> Reason _____ | | | Signature_____ <br> Reason _____ | | |

REMARKS _____

_____

_____

_____

_____

_____

BEY-93

Control of General/Drug/Valuable Evidence
FD-192 (Rev. 1-5-89)

Date **2-8-93**

☒ General Evidence    ☐ Drug Evidence    ☐ Valuable Evidence

☐ Special Handling Requirement (i.e., FBI Lab Instructions Re Body Fluid Stains, Whole Blood, etc.)

Title and Character of Case

JERRY LEWIS BEY;
ET AL;
MOORISH SCIENCE TEMPLE;
OBSTRUCTION OF JUSTICE

FILE NO. **72-SI-96052**

OO: **SI**

b6 -3

Date Acquired **2-8-93**

Acquired From:

b7C -3

b7D -2

To Be Returned  ☐ Yes  ☒ No

See Serial

Acquiring Agent **SA**

Case Agent **SA**

☐ Yes  ☒ No   Grand Jury Material - Disseminate Only Pursuant to Rule 6(e), Federal Rules   b6 -1
of Criminal Procedure

b6 -1 _____    b7C -1 __

☐ Yes  ☒ No   Property To Be Forfeited To The U.S. Government   b7C -1

Description of Property (Be Specific)

1- SCOTCH BX/90 CASSETTE CONTAINING CONSENSUALLY
RECORDED CONVERSATION

b6 -3,4

b7C -3,4

b7D -2

FOR DRUG AND/OR VALUABLE EVIDENCE ONLY - NAMES OF TWO AGENTS
INITIALLY VERIFYING AND SEALING:

_____    _____

For Use By ECT:

Location of Property: _Elsur_
_CIV 57_

Control Number: _E0120217_

(File Copy)

_tape 0238_

72-SI-96052-18

BLOCK STAMP
SEARCHED _____ INDEXED _____
SERIALIZED __✓__ FILED __✓__

FEB 11 1993

FBI - SPRINGFIELD

BEY-94

## CHAIN OF CUSTODY

| Item | Accepted Custody | Date | Time | Released Custody | Date | Time |
|---|---|---|---|---|---|---|
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |
| | Signature_____<br>Reason _____ | | | Signature_____<br>Reason _____ | | |

REMARKS _____

_____

_____

_____

_____

BEY-95

Checklist - Consensual Monitoring (CM) - Telephone (Criminal Matters)
FD-670 (Rev. 9-10-87)

Execute, serialize and retain in a separate sublettered file to the case file.   Additional sheet(s) may be attached to this form as necessary to enter data regarding
any item below.   Each sheet attached should be numbered as an additional page and reflect the item number being continued.

|  | Serial Number | Initials |
|---|---|---|
| 1. It will be the responsibility of the case Agent and his/her supervisor to ensure compliance with these instructions. | b6 –3 | |
| 2. Review MIOG, Part II, Sections 10-9, and 10-10 through 10-10.2. | b7C –3 | |
| 3. Contact with Squad Supervisor. | b7D –2 | |
| 4. Ensure availability of equipment and necessary support. | | |
| 5. Opinion of USA obtained prior to CM and confirmed in writing. | | |
| 6. Memo to SAC for authority, initialed by Squad Supervisor, that includes brief facts of case, opinion of USA and consent of party obtained. | | |
| 7. Tickler set for expiration of authorization, if appropriate. | | |
| 8. Execute FD-472 and retain as evidence. | 1A 1 | |
| 9. Contact with ELSUR support employee for coordination of necessary recordkeeping. | | |
| 10. Contact with appropriate employee for equipment and necessary support (only after proper authorization). | | |
| 11. Mark Recording for identification purposes.   See MIOG, Part II, Section 16-8.1.2. | 1B2+3 | |
| 12. Execute FD-504 in its entirety for each original tape at the time the tape is initially removed from the recording device or accepted into custody by the FBI. | 1B2+3 | |
| 13. Complete FD-192 and attach to FD-504.   Handcarry to ELSUR tape custodian for duplicating and retention.   Assure adherence to 5-day evidence control rule. | 1B2+3 | |
| 14. Ensure FD-504 sealed and accepted into custody by the tape custodian. | 1B2+3 | |
| 15. ELSUR indexing completed. | 3 | |
| 16. Stamp "ELSUR" on file jacket of Vol. I and all subsequent volumes to the case file. | 1 | |
| 17. Review case file and notify ELSUR support employee in writing (by routing slip or memo) of the full name, initial overhear date and subsequent overhear dates of any individual monitored previously, but not sufficiently identified for ELSUR indexing purposes. | N/A | |
| 18. Supervisor's initials and date certifying compliance with above procedures. | 5/18/93
(Date) | |

BEY-96

72-SI-46052-6    FBI/DOJ

b6 -3
b7C -3
b7D -2

## TELEPHONE CONSENSUAL MONITORING

Date Authority granted

Name of Consenting Party

| | | Serial(s)* |
|---|---|---|
| 1. | SAC authority obtained. | 1 |
| | (a) Beginning date | |
| | (b) Expiration date | 1 |
| 2. | (a) USA concurrence/statement regarding entrapment obtained. | 1 |
| | (b) USA opinion confirmed in writing. | 1 |
| 3. | (a) Written/oral consent(s) obtained from consenting party(s). | 1 |
| | (b) FD-472(s) regarding consent(s) completed. | 1A1 |
| 4. | Memorandum prepared regarding (1), 2(a) and 3(a); Copy to control file 66-2849. | 1 |
| 5. | (a) Conversations recorded. | 1B2+3 |
| | (b) Initial overhear cards prepared; submitted FBIHQ and included in Springfield ELSUR Indices Via FD-664 | 3 |
| | (c) Subsequent overhear(s) of same party(s) included in Springfield ELSUR indices. | N/A |
| 6. | (a) Original tape(s) placed in FD-504(s) | 1B2+3 |
| | (b) Copy(s) of tape(s) made. | |
| 7. | FD-192(s) prepared re tape(s) | 1B2+3 |
| 8. | Transcripts (including FD-302 re review) prepared. | |
| 9. | Case file volume(s) stamped "ELSUR". | 1 |
| 10. | Authority renewed. | |

b6 -3
b7C -3
b7D -2

*Complete only when serialized to file.

MAINTAIN TOP OF FILE - DO NOT SERIALIZE

BEY-97

## Memorandum



To    :   SAC, Springfield   (72-SI-46052)   (P)   Date   3/2/93

b6 -1
b7C -1

From  :   SA [                    ]

Subject:   REQUEST SAC AUTHORITY FOR USE OF
           A TELEPHONIC MONITORING DEVICE

           JERRY LEWIS BEY;
           ET AL;
           AKA MOORISH SCIENCE TEMPLE;
           OBSTRUCTION OF JUSTICE
           OO:  SI

           PURPOSE:

                   SAC authority is requested to utilize an electronic
b6 -3,4   device to monitor and/or record private conversations between
b7C -3,4  [                    ] JERRY LEWIS BEY [            ] and others unknown
b7D -2    at this time in connection with an Obstruction of Justice
          investigation.

           DETAILS:

                   [                              ] information that JERRY
           LEWIS BEY and other defendants charged with a RICO violation are
           attempting to influence witnesses through veiled threats and
           intimidation.
b6 -3     [                                    ] BEY and others [          ]
b7C -3    [                                                                ]
b7D -2    [                                                                ]
          [                            ] has consented to
          [          ] BEY and others recorded and has
          signed appropriate consent forms and has agreed to testify at a
          later date if necessary. The recording device will be located at

③ - Springfield ② - 72-SI-46052 [    ]
            (1 - 66F-2849)
    1 - USA, SDI (ATTN: FAUSA PROUD)
    LMS/lms:nle
    (4)

See
Serials 447
in their Vol.

b6 -1
b7C -1

72-SI-46052-E-1
SEARCHED____ INDEXED____
SERIALIZED____ FILED____
MAR 0 2 1993
FBI - SPRINGFIELD
BEY-98

SI 72-SI-46052

### USA's OPINION:

On 12/22/93, AUSA for the Eastern District of Missouri MICHAEL FAGAN and AUSA for the Southern District of Illinois CLIFFORD PROUD discussed the matter and concurred with the use of consensual recording and advised use in this instance would not involve entrapment.

BEY-99

SI 72-SI-46052

b6 -3

**ADDENDUM:**

b7C -3       On ☐ SAC, St. Louis and SAC, Springfield
authorized use of consensual monitoring in this matter for a 30
b7D -2  day period to begin on ☐

SAC

b6 -1     SUPV

b7C -1    DATE   _8/4/98_

3

FD-340a (Rev. 11-12-89)

(Title) _____

(File No.) 72-5I-46052-E-1A

| Item | Date Filed | To be returned | | Disposition |
|------|-----------|-----|-----|-------------|
| | | Yes | No | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*See attached sheets*

72-5I-46052-E-1A

BEY-101

FILE: SI-0046052-E (072)
--------------------------------------------------------------------------------
1A NO | DESCRIPTION
--------------------------------------------------------------------------------
0001 | FD-472(S) FOR [        ]    DATED [            ]        b6 -3
     | [          ]                                            b7C -3
--------------------------------------------------------------------------------
                                                               b7D -2

4Ãý                              NUM                            #18

BEY-102

72-SI-46052-E-1A1

FD-340b (Rev. 8-18-89)

– E- 1A 1

Universal File Case Number 72 -SI- 46052

Field Office Acquiring Evidence _____

Serial # of Originating Document _____

Date Received _____

From _____



b6 -1,3
b7C -1,3
b7D -2

By _____
(Name of Special Agent)

To Be Returned  ☐ Yes ☒ No

Receipt Given  ☐ Yes ☒ No

Grand Jury Material - Disseminate Only Pursuant
to Rule 6 (e),  Federal Rules of Criminal Procedure

☐ Yes ☒ No

Title:  JERRY LEWIS BEY,

AKA  MOORISH  SCIENCE  TEMPLE;

OOJ;

OO:SI

Reference: _____
(Communication Enclosing Material)

Description:  ☐ Original notes re interview of

ELSUR  CONSENT  FORMS

olta


b6 -3
b7C -3
b7D -2

BEY-103



b6 -3
b7C -3
b7D -2

I,

(Address)

, hereby

b6 -1
b7C -1

authorize _____ and

_____ , Special Agents of the

Federal Bureau of Investigation, United States Department of Justice, to install a

recording device on a telephone located at _____

(Location)

b6 -3
b7C -3
b7D -2

for the purpose of recording any conversation I may have on that telephone with

JERRY LEWIS BEY, UNK. SUBJECTS on or about _____

(Name of Subject(s))                                          (Date)

I have given this written permission to the above-named Special

Agents voluntarily, and without threats or promises of any kind.

b6 -3
b7C -3
b7D -2

Witnesses:

b6 -1
b7C -1

KEEP ATTACHED TO EXHIBIT
SI 72-X-40057-E-1R1

BEY-104

(Date)

b6 -3
b7C -3
b7D -2

(Location)

I,
(Name)

(Address) , hereby

b6 -1
b7C -1

authorize and

, Special Agents of the

Federal Bureau of Investigation, United States Department of Justice, to install a

recording device on a telephone located at

b6 -3
b7C -3
b7D -2

(Location)

for the purpose of recording any conversation I may have on that telephone with

JERRY LEWIS BEY, was subject or about
(Name of Subject(s))

(Date)

b6 -3
b7C -3
b7D -2

I have given this written permission to the above-named Special

Agents voluntarily, and without threats or promises of any kind.

(Signature)

b6 -3
b7C -3
b7D -2

Witnesses:

b6 -1
b7C -1

b6 -3
b7C -3
b7D -2

I, _____

, hereby

b6 -1
b7C -1

authorize _____ and

_____ , Special Agents of the

Federal Bureau of Investigation, United States Department of Justice, to install a

recording device on a telephone located at _____

(Location)

b6 -3
b7C -3
b7D -2

for the purpose of recording any conversation I may have on that telephone with

JERRY LEWIS BEY , UNK SUBJECTS on or about _____
(Name of Subject(s))                                    (Date)

I have given this written permission to the above-named Special

Agents voluntarily, and without threats or promises of any kind.

b6 -3
b7C -3
b7D -2

Witnesses:

b6 -1
b7C -1

BEY-106                72-SI-46052

P81/DO

# Memorandum



| | | | | |
|---|---|---|---|---|
| To | : | SAC, SPRINGFIELD | Date | 2/18/93 |

From  :  FA[                    ]

b6 -1

b7C -1

Subject:  JERRY LEWIS BEY; ET AL,
AKA MOORISH SCIENCE TEMPLE;
OBSTRUCTION OF JUSTICE
OO:  SI

On 2/18/92 the attached names were entered into the

ELSUR Automated Records System (EARS).



(2) - 72-SI-46052-E
1 - 66F-2928
(3)
SKY/sky

72-SI-46052-E-2

SEARCHED_____ INDEXED_____
SERIALIZED_____ FILED_____

FEB 1 8 1993

FBI - SPRINGFIELD

BEY-107

EARS03A        A D D   I N I T I A L   I N T E R C E P T              02/18/9

LAW 3 SOURCE SI-CM
NAME                                                    BATCH: SI
BEY, TONYA, LEWIS
SPELLING    TECH T DEVICE TESUR        CARD DATE 021893    RECEIVED BY EFA:

DATE OF INTERCEPT                  PAGE/TIME                    b6 -3
    1)                        1) ----------------------------------    b7C -3
    2) ------                 2) ----------------------------------    b7D -2
    3) ------                 3) ----------------------------------
    4) ------                 4) ----------------------------------
    5) ------                 5) ----------------------------------
    6) ------                 6) ----------------------------------

FO SI CLASS 72-- CASE-SUB 46052-------------------
    HQCLASS --- CASE        --------------------

SENSITIVITY - CLASSIFIED BY ------ DECLASSIFY ON ---- SCI N
REMARKS: ----------------------------------------------------

            OVERHEAR RECORD ADDED - PRESS F1 TO CONTINUE
                            #04

**Memorandum**



To      :    SAC, SPRINGFIELD (72-SI-46052 SUB E) (P)   Date  2/19/93

From  :    EFA                                                    **b6 -1**

                                                                      **b7C -1**

Subject:    JERRY LEWIS BEY;
                ET AL;
                MOORISH SCIENCE TEMPLE;
                OOJ
                OO:  SI

          On 2/19/93, the attached names were entered into the

ELSUR Automated Records System (EARS).



2 - 72-SI-46052 SUB E
1 - 66F-2663

NLE/nle
(3)

                          **b6 -1**

                          **b7C -1**

72 - SI - 46052-E-3

BEY-109

```
EARS03A        A D D   I N I T I A L   I N T E R C E P T        02/19/93

LAW 3 SOURCE SI-CM   b6 -4
NAME                                                  BATCH: SI
                     b7C -4
SPELLING    TECH T DEVICE TESUR     CARD DATE 021993   RECEIVED BY EFA: 021693

DATE OF INTERCEPT              PAGE/TIME
   1)                      1) -------------------------------- b6 -3
   2) ------              2) --------------------------------
   3) ------              3) -------------------------------- b7C -3
   4) ------              4) -------------------------------- b7D -2
   5) ------              5) --------------------------------
   6) ------              6) --------------------------------

FO SI CLASS 72-- CASE-SUB 46052-E--------------
    HQCLASS ---  CASE      ------------------

SENSITIVITY - CLASSIFIED BY ------ DECLASSIFY ON ---- SCI N
REMARKS: -----------------------------------------------------

                  OVERHEAR RECORD ADDED - PRESS F1 TO CONTINUE
4Ã                                NUM                                    #18
```

BEY-110

```
EARS03A         A D D   I N I T I A L   I N T E R C E P T              02/19/93

LAW 3 SOURCE SI-CM
NAME                                                      ´BATCH: SI
BEY, TONYA, LEWIS
SPELLING   TECH T DEVICE TESUR      CARD DATE 021993   RECEIVED BY EFA: 020193

DATE OF INTERCEPT              PAGE/TIME
   1) [              ]       1) -------------------------------      b6 -3
   2) ------             2) -------------------------------
   3) ------             3) -------------------------------      b7C -3
   4) ------             4) -------------------------------
   5) ------             5) -------------------------------      b7D -2
   6) ------             6) -------------------------------

FO SI CLASS 72-- CASE-SUB 46052-E---------------
    HQCLASS ---   CASE       ------------------

SENSITIVITY - CLASSIFIED BY ------ DECLASSIFY ON ---- SCI N
REMARKS: -------------------------------------------------

              OVERHEAR RECORD ADDED - PRESS F1 TO CONTINUE
4A                               NUM                                      #18
```

BEY-111

```
EARS03A          A D D   I N I T I A L   I N T E R C E P T        02/19/93

LAW 3 SOURCE SI-CM
NAME                                                    │ BATCH: SI

SPELLING C TECH T DEVICE TESUR       CARD DATE 021993   RECEIVED BY EFA: 020193

DATE OF INTERCEPT                 PAGE/TIME                    b6 -3
   1)                        1) -----------------------------
   2)                        2) -----------------------------   b7C -3
   3) ------               3) -----------------------------
   4) ------               4) -----------------------------   b7D -2
   5) ------               5) -----------------------------
   6) ------               6) -----------------------------

FO SI CLASS 72-- CASE-SUB 46052-E---------------
    HQCLASS --- CASE       -----------------

SENSITIVITY - CLASSIFIED BY ------ DECLASSIFY ON ---- SCI -
REMARKS: --------------------------------------------------
```

                    OVERHEAR RECORD ADDED - PRESS F1 TO CONTINUE
4Ã                                NUM                                   #18

BEY-112