UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY,<br><br>               Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br><br>               Defendant. | Civil Action No. 05-1076 (JGP) |

## ORDER

Defendant has filed a **Motion for Enlargement of Time [31]** in which to file a reply in support of its Motion for Summary Judgment [28]. Defendant requests 120 days, up to and including October 12, 2006, to file its reply. Given the lengthy nature of the requested delay, and the number of extensions already granted, it is hereby

**ORDERED** that the Motion for Enlargement of Time [31] is granted in part, *nunc pro tunc*. On or before August 1, 2006, Defendant shall file a report indicating the status of its efforts to obtain and process St. Louis FBI File 245B-5; and it is further

**ORDERED** that the Court will defer ruling on the motion insofar as it requests an enlargement of time beyond August 1, 2006, pending review of Defendant's status report.


DATE: July 13, 2006                                    JOHN GARRETT PENN
                                                            **United States District Judge**