UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JERRY LEWIS BEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE ) <br> Federal Bureau of Investigation, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-1076 (JGP) |

### DEFENDANT'S STATUS REPORT

Defendant, by undersigned counsel, in compliance with the Court's Order of July 13, 2006 (Docket Entry 32), hereby submits this report to inform the court of the status of defendant's efforts to obtain and process St. Louis File Number 245B-5.

The file was requested from the FBI St. Louis Field office of the Federal Bureau of Investigation ("FBI") on June 29, 2006. The file was received at the FBI in Washington, D.C. on July 17, 2006. The file consists of seven (7) volumes and at least three (3) sub-volumes. There are approximate 2,500 pages of documents in the file.

A Legal Administrative Specialist (GS-12) in the FBI Litigation Support Unit, who is familiar with the contents of St. Louis File Number 245B-5, will conduct a document-by-document, line-by-line, word-by-word search for documents within the file regarding plaintiff's ex-wife, Tonya Lewis-Bey also known as Tonya Timmons and Tonya Brown, beginning with Volume 1 and continuing until the final 1A Volume. Undersigned counsel has been informed

that, due to the Legal Administrative Specialist's pressing work schedule, he will begin the detailed search on or about August 1, 2006.

        Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

/s/
MARIAN L. BORUM
Assistant United States Attorney