**APPENDIX A**

| SUMMARY OF JUSTIFICATION CATEGORIES ||
|---|---|
| **CODED CATEGORIES** | **INFORMATION WITHHELD** |
| **Category (j)(2)** | **LAW ENFORCEMENT RECORDS** |
| **Category (b)(3)** | **INFORMATION SPECIFICALLY EXEMPTED FROM DISCLOSURE BY STATUTE** |
| **(b)(3)-1** | Federal Grand Jury Subpoena Information. |
| **Category (b)(6)** | **CLEARLY UNWARRANTED INVASION OF PERSONAL PRIVACY** |
| **(b)(6)-1** | Names of FBI Special Agents and Support Personnel. Cited in conjunction with (b)(7)(C)-1. |
| **(b)(6)-2** | Name of a Special Agent of the Bureau of Alcohol, Tobacco and Firearms (BATF). Cited in conjunction with (b)(7)(C)-2. |
| **(b)(6)-3** | Names of Local Law Enforcement Officers. Cited in conjunction with (b)(7)(C)-3. |
| **(b)(6)-4** | Names and Identifying Information of Individuals who were of Investigative Interest to the FBI. Cited in conjunction with (b)(7)(C)-4. |
| **(b)(6)-5** | Names and Identifying Information of Individuals who are Merely Mentioned in FBI Records. Cited in conjunction with (b)(7)(C)-5. |
| **Category (b)(7)(C)** | **UNWARRANTED INVASION OF PERSONAL PRIVACY** |
| **(b)(7)(C)-1** | Names of FBI Special Agents and Support Personnel. Cited in conjunction with (b)(6)-1. |
| **(b)(7)(C)-2** | Name of a Special Agent of the Bureau of Alcohol, Tobacco and Firearms (BATF). Cited in conjunction with (b)(6)-2. |
| **(b)(7)(C)-3** | Names of Local Law Enforcement Officers. Cited in conjunction with (b)(6)-3. |
| **(b)(7)(C)-4** | Names and Identifying Information of Individuals who were of Investigative Interest to the FBI. Cited in conjunction with (b)(6)-4. |
| **(b)(7)(C)-5** | Names and Identifying Information of Individuals who are Merely Mentioned in FBI Records. Cited in conjunction with (b)(6)-5. |