UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JERRY LEWIS BEY,** ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **U.S. DEPARTMENT OF JUSTICE** ) <br> Federal Bureau of Investigation, ) <br> ) <br> Defendant. ) | Civil Action No. 05-1076 (JGP) |

## MOTION FOR ENLARGEMENT OF TIME TO FILE EXHIBITS

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of one day, up to and including October 13, 2006, in which to file the exhibits to Defendant's Reply to Plaintiff's Motion in Opposition to Defendant's Second Motion for Summary Judgment. Defendant's exhibits would otherwise be due on October 12, 2006.[1] Defendant seeks this enlargement on the following grounds:

Agency counsel provided undersigned counsel with the exhibits to Defendant's Motion after 5:00 p.m., on October 12, 2006. The exhibits totaled 639 pages, which was beyond the Court's 500-page limit for electronic filing. Agency counsel will provide undersigned counsel with a compact disc containing the exhibits on October 13, 2006. That compact disc will then be filed with the Court.

For the foregoing reasons, defendant respectfully requests that the enlargement sought be

---

[1]The Court's last order granted defendant until April 28, 2006 to respond to plaintiff *pro se*'s Opposition to Defendant's Motion for Summary Judgment rather than April 26, 2006. See Docket Report, Entry 24.

granted.

Defendant's counsel has not conferred with plaintiff *pro se* regarding this motion because plaintiff *pro se* is incarcerated.[2]

An order granting the relief sought is attached hereto.

                              Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jerry Lewis Bey
R# 22328-044
F.C.I. - Edgefield
POB 725
Edgefield, S.C. 29824

/s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JERRY LEWIS BEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1076 (JGP) |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

UPON CONSIDERATION of defendant's Motion for Enlargement of Time to File Exhibits, the merits thereof, and for good cause shown, it is this ____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including October 13, 2006 in which to file the exhibits.

Date _____          _____
                                   UNITED STATES DISTRICT JUDGE