UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>Federal Bureau of Investigation, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1076 (JGP) |

**DEFENDANT'S NOTICE OF FILING OF VOLUMINOUS EXHIBITS**

On October 12, 2006, Defendant filed a Reply to Plaintiff's Motion in Opposition to Defendant's Second Motion for Summary Judgment. The exhibits to this Reply are so voluminous that they could not be filed as attachments in the ECF system. For this reason, the undersigned has, this 13th day of October, 2006, submitted the exhibits to the Clerk's Office. The undersigned also has submitted a copy of the exhibits to chambers and plaintiff.[1]

---

[1] In its Motion for Enlargement of Time to File Exhibits, Docket Entry 35, undersigned counsel indicated that it would submit the exhibits to chambers and the Clerk's Office on compact disc. However, counsel has learned that chambers would prefer hard copies of the exhibits.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C.. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 3rd Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that on this 13th day of October, 2006, a copy of the foregoing was sent by First-Class Mail, postage prepaid, to:

**JERRY LEWIS-BEY**
**R22328-044**
**EDGEFIELD FEDERAL CORRECTIONAL INSTITUTION**
**P.O. Box 725**
**Edgefield, SC 29824**


      /s/
      MARIAN L. BORUM
      ASSISTANT UNITED STATES ATTORNEY