UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY LEWIS BEY, )
        Plaintiff, )
)
)
-v- ) Civil Action Number
) 05-1076 (JPG)
)
U.S. DEPARTMENT OF JUSTICE, )
        Defendant. )
)

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S THIRD MOTION FOR AN ENTRY OF SUMMARY MOTION

Comes Now Plaintiff, Jerry Lewis Bey, pro se, and respectfully files his third Motion in Opposition to Defendant's third motion for an entry of summary judgement and states as follows:

Defendant [pp.4-5], acknowledge that pursuant to this litigation, all documents contained in St. Louis Office File Number 245-B-SL-5, were manually reviewed and the search located 639 pages of documents in the name of Tonya Brown. That the 639 pages were reprocessed to achieve maximum disclosure and that these pages were copied and released to plaintiff as Defendant's Exhibit A and numbered as TONYA-1 through TONYA-639.

RECEIVED
NOV 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff on October 19, 2006, recieved through the prison mail system, a response from Defendant that included a copy of David M. Hardy's Fourth Declaration, dated October 11, 2006, a copy of a Motion For Enlargement of Time To File Exhibits, dated October 12, 2006 and Defendant's Reply Motion which request entry for summary judgement, dated October 12, 2006.

What was not included with the above documents were the 639 pages from St. Louis file 245-B-SL-5 and labeled as Defendant's Exhibit A and numbered as TONYA-1 through TONYA-639.

### CONCLUSION

For the foregoing reason, defendant's motion for summary judgement should not be granted until plaintiff has recieved Exhibit A and had the opportunity to review it.

Respectfully submitted,

JERRY LEWIS BEY #22328-044
PRO SE PLAINTIFF
FCI
P.O. BOX 725
EDGEFIELD, S.C. 29824

CERTIFICATE OF SERVICE

I hereby certify that on this 26 day of June, 2006, the foregoing were mailed postage prepaid to:

> Marian L. Borum, D.C. Bar #435409
> Assistant United States Attorney
> 501 3rd Street, N.W., 4th Floor
> Washington, D.C. 20530

```
                              JERRY LEWIS BEY #22328-044
                              PRO SE PLAINTIFF
                              FCI
                              P.O. BOX 725
                              EDGEFIELD, S.C. 29824
```