UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY LEWIS BEY, )
                 )
        Plaintiff, )
                 )
-v-              )
                 )  Civil Action Number
                 )     05-1076  (JGP)
U.S. DEPARTMENT OF JUSTICE, )
                 )
        Defendant. )
                 )

RECEIVED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF SUMMARY MOTION

Comes Now Plaintiff, Jerry Lewis Bey, pro se, and respectfully files his Motion In Opposition To Defendant's Motion for entry of summary judgement and states as follows:

Plaintiff on November 6, 2006 was called to the prison mailroom at FCI Edgefield to sign for Defendant's Exhibit A, numbered as Tonya-1 through Tonya-639.

Plaintiff recieved this exhibit ten days after he filed his October 26, 2006 Motion In Opposition to Defendant's motion for summary judgement.[1]  Plaintiff's motion was recieved and filed with the Clerk Office on November 1, 2006.

---

1. Plaintiff inadvertently dated his motion as being mailed on June 26, 2006.

Plaintiff has had the opportunity to review Defendant's exhibit A (Tonya-1 through Tonya-639) and having reviewed these pages, it's clear that there still exist a genuine issue of material fact that is in dispute and that summary judgement is not required. <u>Anderson v. Liberty Lobby Inc.</u>, 477 U.S. 247 (1986).

Defendant acknowledge that 639 pages were located and released to plaintiff. However, Defendant also acknowledge that in St. Louis File 245B-SL-5, there exist FBI surveillance airplane records and surveillance photos of plaintiff and his then girlfriend, Tonya Brown Bey. <u>See</u>, Attached Defendant's Exhibits Tonya-11,12,13,121,157 and 222.

In addition, according to Tonya-12, there exist video tapes of plaintiff and Tonya Brown Bey.[2] <u>See</u>, Attached Defendant's Exhibit Tonya-12.

In conclusion, there still exist material facts in dispute which clearly show Defendant is not entitled to an entery of Summary Judgement as Defendant has not satisfied its obligation under the FOIA.

Respectfully submitted,

/Jerry Lewis Bey #22328-044
FCI Edgefield
P.O. Box 725
Edgefield, S.C. 29824

---

2. This Court may rule that the video tapes cannot be disclosed pursuant to the FOIA, however, the surveillance photos of plaintiff and Tonya Brown Bey should be released.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of November, 2006, the foregoing were mailed postage prepaid to:

>Marian L. Borum
>Assistant United States Attorney
>501 3rd Street, N.W., Fourth Floor
>Washington, D.C. 20530

_____
Jerry Lewis Bey #22328-044
Pro Se Plaintiff

# Memorandum

To: SAC 245B-5         Date: 6/15/86

From: SA ██████████     b6-1
                       b7C-1

Subject: BUREAU AIRCRAFT OPERATIONS -
REQUEST FOR AIRCRAFT USAGE

File Number: 245B-5

Case Title:
JERRY LEE LEWIS, AKA ET AL
OCDE TASK FORCE
OO: SL

Case Agent: ██████████   b6-1
                                              b7C-1

Type of Mission Requested (check one):
- [x] Surveillance
- [ ] Photo
- [ ] Transportation
- [ ] Other

Description of Mission Requested:

Date: 6/17-18-19/86

Time: 8:00AM — 5:00PM

Location: 11882 SAN REMO

Mission Objective: FOLLOW JERRY LEWIS TO ESTABLISH ROUTINE & ASSOCIATES.

Approval:
SAC
ASAC
Supervisor /s/

1 - 66-3057 Sub 1
(1)- 245B-5

245B-5-395
SEARCHED____ INDEXED____
SERIALIZED__/__FILED____
JUN 16 1986
FBI — ST. LOUIS



TONYA-11    b6-1
            b7C-1

FBI/DOJ

SL 245B-5

<u>EDWIN MYRON NALL</u>:

     No trial date as yet been set for NALL who is currently undergoing psychiatric evaluation.

<u>JERRY LEE LEWIS-BEY (MSTA)</u>:

     On 4/1/86, a court order was signed by U.S. District Judge JOHN LIMBAUGH for a pen register installation on telephone number (314) 741-3118 located at 11882 San Remo in the Countryside Apartments where LEWIS is currently living. Thirty day extentions on this order were obtained on 4/30/86 and 5/30/86. The pen register became operational 4/17/86, and has shown exceptionally heavy use of this phone on a daily basis.

     The pen register tapes are being turned over to Microcomputer Assistant ▓▓▓▓▓▓▓▓ on a daily basis for entry, along with subscriber information, into her Burroughs R-Base 4000 Data Base Computer System. Miss ▓▓▓▓ furnishes daily summaries and totals for analysis.     b6-1 / b7C-1

     The pen register results are also being furnished to the ST. LOUIS POLICE DEPARTMENT, Intelligence Unit which is in the process of preparing a summary of information from their files on the individual telephone numbers, subscribers, and addresses.

     On 4/25/86, in an apartment at 1765 Rosado in the Countryside Apartments was rented for the purpose of conducting surveillances of activity around 11882 San Remo where the pen register is installed.

     On 5/1/86, the BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS installed a time lapse video system in the apartment which is set in a 24 hour cycle and is positioned to record all activity in and out of 11882 San Remo. These tapes are being reviewed on a daily basis by individuals assigned to the Task Force Team: FBI Agents ▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓ BATF Agent ▓▓▓▓▓ Detective ▓▓▓▓▓ and Detective ▓▓▓▓▓ ST. LOUIS POLICE DEPARTMENT, Intelligence,    b6-1,2,3 / b7C-1,2,3

2

SL 245B-5

and Officer ████████, MEG Unit.  Handwritten logs are being maintained on these tape reviews as well as any live surveillances conducted from the apartment.

b6 -3
b7C -3

    On 6/4/86, for the first time, a physical survveillance was conducted on LEWIS when he left the apartment.  This surveillance, which was conducted utilizing the Bureau airplane, proved successful, and additional surveillances are being planned.

    This combination of physical surveillances and pen register information off of his own phone, is expected to provide a great deal of information on LEWIS' current activities and associates.

3*

TONYA-13

Surveillance   Report

5/9/86   Surveillance   11882 San Remo

| Time | Activity |
|---|---|
| 0800 | Start review 5/09/86 tape and surveillance 5/10/86 |
| 0828 | The Candyman truck left |
| 0940 | Photos taken of Jerry standing in the doorway |
| 0958 | Photos of Jerry and Unk B/M wearing white cap left |
| 1008 | Mailman delivered mail |
| 1010 | Photos of Jerry and Unk. B/M returning with newspaper |
| 1015 | End review and surveillance (16 photos taken) |

16√

b6-3
b7C-3

TONYA-121

LOCATION  11882 San Remo   NAME  ▓▓▓▓▓   b6 -1
                                          b7C -1
DATE  5/22/86

TIME  7:45 AM   ACTIVITY OBSERVED  Live

START FILM # 3

| Time | |
|---|---|
| 7:45 AM | SURVEILLANCE INSTITUTED GREEN PONTIAC PARKED IN FRONT. MERCEDES NOT THERE |
| 9:57 AM | JL COMES OUT OF 11882 CARRYING BOX AND LEAVES IN GREEN PONTIAC ▓▓▓▓ — WEARING BROWN SUIT AND FEZ (PHOTOS) |
| 2:00 PM | ▓▓▓ ARRIVES IN RENAULT. ENTERS APT. ▓▓▓ (PHOTO) |
| 2:13 PM | N/F (T.B.)? OUT OF 11882 CARRYING BABY — WALKS AROUND TO REAR OF BLDG. LEFT IN MERCEDES. |
| 3:29 PM | JL RETURNS IN PONTIAC. ENTERS 11882. (PHOTO) |
| 3:43 PM | N/F WITH BABY RETURNS IN GOLD MERCEDES |
| 4:50 PM | JL OUT OF APT. LEAVES IN GOLD MERCEDES |
| 5:02 PM | N/F — HEADBAND — CARRYING BABY LEFT IN GREEN PONTIAC (PHOTOS) |
| 5:37 P | ▓▓▓ LEFT IN RENAULT |
| 5:45 P | SURVEILLANCE TERMINATED TAPE ACTIVATED |

TONYA-157

Tape Review

Surveillance 11882 San Remo

Monday 6/16/86

| Time | Activity |
|---|---|
| 1152 | Jerry left in green Pontiac wearing hast and suit ; looking dapper |
| 1215 | Mailman delivering mail |
| 1308 | ▮▮▮▮▮ arrived homes    b6 -4  b7C -4 |
| 1323 | W/M possibly maintenacceman arrived in pickup knocked on door and entered apartment w/toolbox |
| 1325 | W/M Left in piickup |
| 1333 | W/M returned in pickup |
| 1349 | W/M left in pickup |
| 1440 | Jerry arrived home |
| 1442 | B/M guest knocked on door and entered the apartment |
| 1450 | B/M left w/piece of paper in his hand and went to his car to get something; returned to the apartment |
| 1522 | B/M guest left    license ▮▮▮▮▮ (photos taken)    b6 -4  b7C -4 |
| 1951 | ▮▮▮▮▮ returned home |
| 1951 | Jerry and Tonya take clothes to the green Pontiac and left w/baby |
| 2257 | Jerry and B/F w/baby returned home       b6 -3  b7C -3 |

TONYA-222