UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action Number<br>05-1076   (JGP) |

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF SUMMARY MOTION

Comes Now Plaintiff, Jerry Lewis Bey, pro se, and respectfully files his Motion In Opposition To Defendant's motion for entry of summary judgement and states as follows:

It's clear that there still exist a genuine issue of material fact that is in dispute and that summary judgement is not required. Anderson v. Liberty Lobby Inc., 477 U.S. 247 (1986).

To facilitate review of this matter, the Court respectfully is referred to the Fifth Declaration of David M. Hardy ("Fifth Hardy Dec.") attached as Defendant's Exhibit 1 to its January 12, 2007 Reply motion.

**RECEIVED**

JAN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Fifth Hardy Declaration (pp.1-6), prepared by David M. Hardy, Section Chief, Record/Information Dissemination Section, Record Management Division of the Federal Bureau of Investigation Headquarterd ("FBIHQ") asserts that the FBI engaged in a good-faith effort to conduct a search for the requested records and that no records (surveillance airplane records, surveillance photos and video tapes) were located. Specifically, defendant argued in its motion (p.5) that there was "no further indication within the St. Louis FBI file 245B-SL-5 that these records "were ever included in [the] St. Louis office file..." See also Hardy's Dec. at 4.

Additionally, Hardy's Declaration (4-5) asserts that the time lapse video system could possibly be the source of the surveillance photographs referred to on the pages designated as TONYA-121,157 and 222 inasmuch as still frames of videotape can be reproduced as single photographs.

These assertions are misleading and false. First, the surveillance photos referred to on pages designated as TONYA-121, 157 and 222 was in fact in the possession of the St. Louis FBI office and the FBIHQ. [See Attached Exhibits 1&2] In addition, information relating to these photos was in St. Louis file 245B-SL-5. [Exh. 1&2]

Furthermore, these photographs was not reproduced from the video tapes, rather, the photographs were taken with a surveillance photo camera and was forwarded to the Photographic Processing Unit at the FBIHQ. [Exh. 1&2]

It's clear there has not been a thorough and complete search and review of all the documents contained in St. Louis office file 245B-SL-5 by the FBI, as there do exist records showing the surveillance photographs were in this file and was in fact processed at FBIHQ.

## CONCLUSION

For the reason set forth above and the entire record in this case, plaintiff respectfully request that defendant's motion for summary judgement be denied.

Respectfully submitted,

*Jerry Lewis Bey*
JERRY LEWIS BEY #22328-044
PRO SE PLAINTIFF
FCI EDGEFIELD
P.O. BOX 725
EDGEFIELD, S.C. 29824

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 22nd day of January, 2007, a copy of the foregoing was sent by the U.S. Prison Mail Box postage prepaid to:

MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

*Jerry Lewis Bey*
JERRY LEWIS BEY #22328-044

-3-

FD-523 (Rev. 8-23-84)

To: Director, FBI
(Attn: Photographic Processing Unit, Rm. 1B903 TL151)

**AIRTEL**

From: SAC, ST. LOUIS (245B-5)(P)

Cost Code: 3730 Date: 5-27-86

Subject: JERRY LEWIS, aka
The Moorish Science Temple
of America
NARCOTICS

☒ Unclassified ☐ Confidential ☐ Secret

ENCLOSURES:

| | Size | Type | Quantity |
|---|---|---|---|
| Film | 135 | Color | 1 roll |
| Negatives | | | |
| Prints | | | |
| Other (specify) | | | |

(color and black & white work will not be accepted on same request)

CONTACT FOR INFORMATION:
~~[redacted]~~
FTS- [redacted] b7C

WORK REQUESTED:
☒ Develop and print 1 ea. 3½ × 5
Other:

JUSTIFICATION: Ongoing Investigation

PHOTO TECHNICIAN (Intl.) _____

245B-5-383
SEARCHED _____
SERIALIZED _JRT_
INDEXED _____
FILED _JRT_

Enclosure 1 RGM:klb /klb
PETITIONER'S EXHIBIT 1

FD-523 (Rev. 8-23-84)

# AIRTEL

To: Director, FBI
(Attn: Photographic Processing Unit, Rm. 1B903 TL151)

From: SAC, ST. LOUIS (245B-5)(P)    Cost Code: 3738    Date: 8-21-86

Subject: JERRY LEWIS, aka
Jerry Lewis Bey,
Jerry Lewis Bey Shiek, Brother Jerry
Lewis Bey, D. M. Jerry Lewis Bey;
THE MOORISH SCIENCE TEMPLE OF AMERICA
NARCOTICS   OO: ST. LOUIS

☒ Unclassified   ☐ Confidential   ☐ Secret

CONTACT FOR INFORMATION:
Photographer
FTS-

b7C

ENCLOSURES:

| | Size | Type | Quantity |
|---|---|---|---|
| Film | 120 | Color | 1 roll |
| Negatives | | | |
| Prints | | | |
| Other (specify) | | | |

(color and black & white work will not be accepted on same request)

WORK REQUESTED:
☒ Develop and print 1 ea. 3½ × 5
Other:

JUSTIFICATION: Ongoing investigation

PHOTO TECHNICIAN (Intl.) _RGM_

245F-5-420
SEARCHED _____
SERIALIZED _JDT_
INDEXED _____
FILED _JDT_

Enclosure   1   RGM:klb

PETITIONER'S EXHIBIT   2

457