*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

|  |  |
|---|---|
| JERRY LEWIS BEY, | : |
| Plaintiff, | : |
| v. | :  Civil Action No. 05-1076 (JGP) |
| U.S. DEPARTMENT OF JUSTICE, | : |
| Defendant. | : |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motions for summary judgment [15, 28] are **GRANTED**; and it is further

**ORDERED** that **JUDGMENT** shall be entered for defendant.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

DATE: March 26, 2007                             **JOHN GARRETT PENN**
                                                 **United States District Judge**