UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY LEWIS BEY,            )
                            )
        Plaintiff,          )
                            )
-v-                         )   Civil Action Number
                            )
                            )   05-1076 (JGP)
U.S. DEPARTMENT OF JUSTICE, )
                            )
        Defendant.          )
                            )

RECEIVED

MAR 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S
MOTION FOR ENTRY OF SUMMARY MOTION

Comes Now Plaintiff, Jerry Lewis Bey, pro se and respectfully files his Motion In Opposition to Defendant's motion for entry of summary judgement and states as follows:

Again, it's clear there still exist a genuine issue of material fact that is in dispute and that summary judgement is not required. Anderson v. Liberty Lobby Inc., 477 U.S. 247 (1986). To facilitate review of this matter, as to the previous one, the Court respectfully is referred to the Six Declaration of David M. Hardy ("Fifth Hardy Dec.") attached as Defendant's Exhibit 1 to its March 6, 2007 Reply motion.

First, defendant previously argued that ⟶there was no such indication within the St. Louis FBI file 245B-SL-5 that the requested records "were ever included in [the] St. Louis office file."

Now, defendant isarguing that plaintiff's exhibits 1 and 2 attached to plaintiff's January 22, 2007 motion logically refers to the surveillance photos taken of a Vernon Whitlock in 1985. [Decl. at 5] It's undisputed that plaintiff's exhibits 1 and 2 has nothing to do with a Vernon Whitlock nor the surveillance photos taken of him in 1985. Exhibits 1 and 2 clearly states that the subject is Jerry Lewis, Jerry Lewis Bey Brother Jerry Lewis Bey, Sheik Jerry Lewis Bey, D.M. Jerry Lewis Bey and the Moorish Science Temple of America. There is no mention of any Vernon Whitlock

Thus, it's clear that the Hardy's Sixth Declaration does nothing other than merely speculate why the video tapes, airplane surveillance records and the surveillance photos shown in exhibits 1 and 2, has not been released to plaintiff.

## CONCLUSION

For the reasons set forth above and the entire record in this case, plaintiff respectfully request that defendant's motion for summary judgement be denied.

Respectfully submitted,

*Jerry Lewis Bey*
JERRY LEWIS BEY #22328-044
PRO SE PLAINTIFF
P.O. BOX 725
EDGEFIELD, S.C. 29824

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of March, 2007, a copy of the foregoing was sent by the U.S. Prison Mail Box postage prepaid to:

>Marian L. Borum, D.C. Bar #435409
>Assistant U.S. Attorney
>Civil Division
>555 Fourth Street, N.W.
>Washington, D.C. 20530

>_____
>JERRY LEWIS BEY # 22328-044
>PRO SE PLAINTIFF
>P.O. BOX 725
>EDGEFIELD, S.C. 29824